No. 22-40728

# In the
# United States Court of Appeals
# for the Fifth Circuit

---

LISA TORREY, ET AL.,

*Plaintiffs-Appellants,*

v.

INFECTIOUS DISEASES SOCIETY OF AMERICA,

*Defendant-Appellee.*

---

On Appeal from United States District Court
For the Eastern District of Texas, Texarkana Division
Civil Action No. 5:17-cv-190-RWS

---

## APPELLANTS' RECORD EXCERPTS

---

Daniel R. Dutko
Kendall Valenti Speer
RUSTY HARDIN & ASSOCIATES, L.L.P.
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
(713) 652-9000 Phone
ddutko@rustyhardin.com
kspeer@rustyhardin.com

**COUNSEL FOR PLAINTIFFS-APPELLANTS**

# TABLE OF CONTENTS

|  |  | CITATION |
|---|---|---|
| 1. | Docket Sheet | ROA.1-74 |
| 2. | Notice of Appeal | ROA.6507-6508 |
| 3. | Order Granting IDSA's Motion to Dismiss Third Amended Complaint | ROA.6408-6421 |
| 4. | Order Granting IDSA's Motion for Entry of Bill of Costs and Bill of Costs | ROA.6499-6502 |
| 5. | Final Judgment | ROA.6505-6506 |

## CERTIFICATE OF SERVICE

I certify that on February 8, 2023, the foregoing Appellants' Record Excerpts was served, via the Court's CM/ECF Document Filing System, upon the following registered CM/ECF users:

Alvin B. Dunn
1200 Seventeenth Street, NW
Washington, DC 20036
Phone (202) 663-8000
Facsimile (202) 663-8007
alvin.dunn@pillsburylaw.com

By:  /s/ *Daniel R. Dutko*
       Daniel R. Dutko

1

APPEAL,JURY,PROTECTIVE-ORDER,RWS2,STAYDDLS,STAYED

Jump to Docket Table

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Texarkana)
## CIVIL DOCKET FOR CASE #: 5:17-cv-00190-RWS

| | |
|---|---|
| Torrey et al v. Infectious Diseases Society of America et al | Date Filed: 11/10/2017 |
| Assigned to: District Judge Robert W. Schroeder, III | Date Terminated: 10/07/2022 |
| Case in other court:  5CA, 21-40782 | Jury Demand: Both |
| 5CA, 22-40728 | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Cause: 18:1964 Racketeering (RICO) Act | Jurisdiction: Federal Question |

**Guardian ad Litem**

| | | |
|---|---|---|
| **George Matteson**<br>*TERMINATED: 08/01/2022* | represented by | **George Matteson**<br>Moore, Giles & Matteson, LLP<br>1206 Stateline Avenue<br>Texarkana, AR 71854<br>870-774-5191<br>Fax: 870-773-1102<br>Email: george@mgmlawllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel Raymond Dutko**<br>Rusty Hardin & Associates, LLP<br>5 Houston Center<br>1401 McKinney Street, Suite 2250<br>Houston, TX 77010<br>713-652-9000<br>Fax: 713-652-9800<br>Email: ddutko@rustyhardin.com<br>*ATTORNEY TO BE NOTICED* |

**Mediator**

| | | |
|---|---|---|
| **Hon. David Folsom (Ret.)** | represented by | **David Folsom**<br>Jackson Walker LLP<br>6002-B Summerfield Drive<br>Texarkana, TX 75503<br>903-255-3251<br>Fax: 903-255-3266<br>Email: dfolsom@jw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lisa Torrey** | represented by | **Daniel Raymond Dutko**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
Shrader & Associates, LLP - Houston
3900 Essex Lane, Suite 390
Houston, TX 77027
713-782-0000
Fax: 713-571-9605
Email: jim@shraderlaw.com
*ATTORNEY TO BE NOTICED*

**Lance Lee**
Lance Lee
Attorney at Law
5511 Plaza Drive
Texarkana, TX 75503
903/223-0276
Fax: 903/223-0210
Email: wlancelee@gmail.com
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
Rusty Hardin & Associates, LLP
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, TX 77010
713.652.9000
Fax: 713.652.9800
Email: rhiggins@rustyhardin.com
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
Shrader & Associates, LLP - Houston
3900 Essex Lane, Suite 390
Houston, TX 77027
713.782.0000
Fax: 713.571.9605
Email: gene@shraderlaw.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kathryn Kocurek**
*Individually and on behalf of the Estate of*
*J. David Kocurek, PH.D*

represented by **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

<span style="color:red">22-40728.2</span>

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Lana Barnes**                              represented by   **Daniel Raymond Dutko**
*Individually and on behalf of the Estate of*                (See above for address)
*Al Barnes*                                                   *ATTORNEY TO BE NOTICED*
*TERMINATED: 03/26/2019*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Amy Hanneken**                             represented by   **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jane Powell**                              represented by

|  |  |
|---|---|
|  | **Daniel Raymond Dutko**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **James Brunsting Hartle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Lance Lee**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Ryan Kees Higgins**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Eugene Roger Egdorf**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **Carol Fisch** | represented by | **Daniel Raymond Dutko**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **James Brunsting Hartle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Lance Lee**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Ryan Kees Higgins**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Eugene Roger Egdorf**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **John Valerio**<br>*Individually and as Next Friend of*<br>*Christopher Valerio* | represented by | **Daniel Raymond Dutko**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **James Brunsting Hartle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Lance Lee**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Ward**                  represented by    **Daniel Raymond Dutko**
*TERMINATED: 03/26/2019*                           (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **James Brunsting Hartle**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Lance Lee**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Ryan Kees Higgins**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Eugene Roger Egdorf**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randy Sykes**                  represented by    **Daniel Raymond Dutko**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **James Brunsting Hartle**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Lance Lee**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Ryan Kees Higgins**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Eugene Roger Egdorf**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brienna Reed**                                                    represented by    **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosetta Fuller**                                                  represented by    **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adriana Monteiro Moreira**                         represented by    **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica McKinnie**                   represented by   **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristine Woodard**                   represented by   **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gail Meads**
*TERMINATED: 07/23/2019*

represented by **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dr. Michael Fundenberger**
*TERMINATED: 07/23/2019*

represented by **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gayle Clarke**

represented by **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Lynn Caruana**                     represented by     **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chloe Lohmeyer**                     represented by     **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Max Shindler**                                   represented by   **Daniel Raymond Dutko**
*TERMINATED: 07/23/2019*                                            (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **James Brunsting Hartle**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Lance Lee**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Ryan Kees Higgins**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Eugene Roger Egdorf**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tawnya Dawn Smith**                              represented by   **Daniel Raymond Dutko**
*Individually and as Next Friend of Monet*                         (See above for address)
*Pitre*                                                            *ATTORNEY TO BE NOTICED*

                                                                   **James Brunsting Hartle**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Lance Lee**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Ryan Kees Higgins**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Eugene Roger Egdorf**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike Peacher**                                   represented by   **Daniel Raymond Dutko**
*Individually and as Next Friend of Ashleigh*                      (See above for address)
*Preacher*                                                         *ATTORNEY TO BE NOTICED*

                                                                   **James Brunsting Hartle**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alarie Bowerman**                    represented by    **Daniel Raymond Dutko**
*Individually and as Next Friend of Elisa,*              (See above for address)
*Emory and Anais Bowerman*                               *ATTORNEY TO BE NOTICED*

**James Brunsting Hartle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Kees Higgins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eugene Roger Egdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**Caitlin McGrory**                    represented by    **Daniel Raymond Dutko**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Jeffrey E. Gewirtz**
Jeffrey Scott LLP
PO Box 105603 Routing #19024
Atlanta, GA 30348
678.613.3807
Fax: 888.387.7132
Email: jeffreyscottllp@gmail.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Steve Hepler**                                  represented by   **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Gewirtz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Amber Boyles**                                  represented by   **Daniel Raymond Dutko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Gewirtz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Infectious Diseases Society of America**        represented by   **Alvin Dunn**
Pillsbury Winthrop Shaw Pittman LLP -
Washington
1200 Seventeenth Street, NW
Washington, DC 20036
202.663.8355
Fax: 202.354.5442
Email: alvin.dunn@pillsburylaw.com
*ATTORNEY TO BE NOTICED*

**Michael A Warley**
Pillsbury Winthrop Shaw Pittman LLP -
Washington
1200 Seventeenth Street, NW
Washington, DC 20036
202-663-8807
Fax: 202-663-8007
Email: michael.warley@pillsburylaw.com
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
Reed Smith, LLP
811 Main Street
Suite 1700
Houston, TX 77002
713-469-3885
Fax: 713-469-3899
Email: PChassman@ReedSmith.com
*ATTORNEY TO BE NOTICED*

**Robert C.K. Boyd**
Pillsbury Winthrop Shaw Pittman LLP -

Washington
1200 Seventeenth Street, NW
Washington, DC 20036
202-663-8804
Fax: 202-663-8007
Email: robert.boyd@pillsburylaw.com
*TERMINATED: 01/06/2021*

**Ronald Casey Low**
Pillsbury Winthrop Shaw Pittman LLP -
Austin
401 Congress Avenue
Suite 1700
Austin, TX 78701
512-580-9616
Fax: 512-580-9601
Email: casey.low@pillsburylaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Blue Cross and Blue Shield Association** | represented by | **Daniel E. Laytin** |

Kirkland & Ellis LLP - Chicago
300 North LaSalle Street
Suite2400
Chicago, IL 60654
312-862-3869
Fax: 312-862-2200
Email: dlaytin@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Ginder**
Kirkland & Ellis LLP - Chicago
300 N LaSalle Street
Suite 2500
Chicago, IL 60654
312-862-2000
Fax: 312-862-2200
Email: cameron.ginder@kirkland.com
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah J. Donnell**
Kirkland & Ellis LLP - Chicago
300 North LaSalle Street
Suite2400
Chicago, IL 60654
312-862-7015
Fax: 312-862-2200
Email: sarah.donnell@kirkland.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Aetna Inc.,**                          represented by  **Earl B Austin**
Baker Botts
30 Rockefeller Plaza
New York, NY 10112-4498
212-408-2564
Fax: 212-259-2564
Email: earl.austin@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Randall Roeser**
Haltom & Doan
6500 Summerhill Road
Crown Executive Center Suite 100
P O Box 6227
Texarkana, Tx 75505
903-255-1000
Fax: 903-255-0800
Email: JRRoeser@hollandhart.com
*ATTORNEY TO BE NOTICED*

**Jennifer Haltom Doan**
Haltom & Doan
6500 Summerhill Road
Crown Executive Center Suite 100
P O Box 6227
Texarkana, Tx 75505
903/255-1000
Fax: 903/255-0800
Email: jdoan@haltomdoan.com
*ATTORNEY TO BE NOTICED*

**John Benjamin Lawrence**
Baker Botts LLP - Dallas
2001 Ross Avenue
Dallas, TX 75201-2980
214-953-6873
Fax: 214-661-4873
Email: john.lawrence@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Matthew Gerald Sheridan**
Baker Botts LLP - Houston
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
713-229-1568
Fax: 713-229-7968
Email: matthew.sheridan@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Anthem Inc                             represented by   **Michael James Tuteur**
Foley & Lardner, LLP--Boston
111 Huntington Ave
Suite 2600
Boston, MA 02199
617.342.4016
Fax: 617.342.4001
Email: mtuteur@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eileen Regina Ridley**
Foley & Lardner - San Francisco
555 California Street
Suite 1700
San Francisco, CA 94104-1520
415.434.4484
Fax: 415.434.4507
Email: eridley@foley.com
*ATTORNEY TO BE NOTICED*

**John D. Martin**
Nelson Mullins Riley & Scarborough -
Columbia
1320 Main St
17th Floor
Columbia, SC 29201
803-255-9241
Fax: 803-256-7500
Email: john.martin@nelsonmullins.com
*ATTORNEY TO BE NOTICED*

**Julia B. Hartley**
Nelson Mullins Riley & Scarborough LLP -
Charlotte
301 South College Street
23rd Floor
Charlotte, NC 28202
704-417-3136
Fax: 704-417-3249
Email: julia.hartley@nelsonmullins.com
*ATTORNEY TO BE NOTICED*

**Kimberly Ann Klinsport**
Foley & Lardner - Los Angeles
555 South Flower Street
Suite 3500

Los Angeles, CA 90071-2411
213-972-4500
Fax: 213-486-0065
Email: kklinsport@foley.com
*ATTORNEY TO BE NOTICED*

**Lucile H. Cohen**
Nelson Mullins Riley & Scarborough -
Columbia
1320 Main St
17th Floor
Columbia, SC 29201
803.255.9332
Fax: 803.256.7500
Email: lucie.cohen@nelsonmullins.com
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sara Ann Brown**
Thompson Coburn LLP
2100 Ross Avenue
Ste 3200
Dallas, TX 75201
972-629-7100
Fax: 972-629-7171
Email: sbrown@thompsoncoburn.com
*ATTORNEY TO BE NOTICED*

**Thomas Hetherington**
McDowell Hetherington LLP
1001 Fannin Street
Suite 2400
Houston, TX 77002
713-337-5583
Fax: 713-337-8853
Email: tom.hetherington@mhllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blue Cross and Blue Shield of Texas**          represented by   **Martin James Bishop**
Reed Smith LLP - Dallas
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
469-680-4200
Fax: 469-680-4299
Email: mbishop@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debra H. Dermody**
Reed Smith LLP- Pittsburgh
225 Fifth Ave
Ste 1200
Pittsburgh, PA 15222-2716
412.288.3131
Fax: 412.288.3063
Email: ddermody@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Michael John Forbes**
Reed Smith LLP - Houston
811 Main Street, Suite 1700
Houston, TX 77002-6110
713-469-3864
Fax: 713-469-3899
Email: mforbes@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Sheridan**
Reed Smith LLP- Pittsburgh
225 Fifth Ave
Ste 1200
Pittsburgh, PA 15222-2716
412.288.3156
Fax: 412.288.3063
Email: wsheridan@reedsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cigna Corporation**
*TERMINATED: 03/10/2020*

represented by **R. Brendan Fee**
Morgan Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103
215.963.5136
Fax: 215.963.5001
Email: brendan.fee@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy M. Dudash**
Morgan Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103
215.963.4861
Fax: 215.963.5000
Email: amy.dudash@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Crystal Rose Axelrod**
Morgan Lewis & Bockius, LLP - Houston
1000 Louisiana Street
Suite 4000
Houston, TX 77002
713-890-5000
Fax: 713-890-5001
Email: crystal.axelrod@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Mooar Chiaviello**
1717 Main Street
Suite 3200
Dallas, TX 75201-7347
214-466-4000
Fax: 214-466-4001
Email:
elizabeth.chiaviello@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Nicholaus Engelhard Floyd**
Morgan Lewis & Bockius, LLP - Houston
1000 Louisiana Street
Suite 4000
Houston, TX 77002
713-890-5000
Fax: 713-890-5001
Email: nfloyd@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kaiser Permanente, Inc.**                 represented by **Alan F. Law**
Cooper & Scully, P.C. - San Francisco
101 California Street, Suite 3650
San Francisco, CA 94111
415-956-9700
Fax: 415-391-0274
Email: alan.law@cooperscully.com
*ATTORNEY TO BE NOTICED*

**Derek Shane Davis**
Cooper & Scully PC - Dallas
900 Jackson Street
Suite 100
Dallas, TX 75202-4452
214/712-9537
Fax: 1214-712-9540
Email: derek.davis@cooperscully.com

*ATTORNEY TO BE NOTICED*

**James Kuritzkes**
Cooper & Scully, P.C.
900 Jackson St
Suite 100
Dallas, TX 75202
214-712-9532
Email: james.kuritzkes@cooperscully.com
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

United Healthcare Services, Inc.                    represented by   **Benjamin F. Holt**
Hogan Lovells US LLP - Washington DC
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
202-637-8845
Fax: 202-637-5910
Email: benjamin.holt@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Blayne R Thompson**
Hogan Lovells US LLP - Houston
609 Main Street, Suite 4200
Houston, TX 77002
713-632-1400
Fax: 713-632-1401
Email: blayne.thompson@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Earl Glenn Thames , Jr**
Potter Minton, a Professional Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
903/597-8311
Fax: 19035930846
Email: glennthames@potterminton.com
*ATTORNEY TO BE NOTICED*

**Maria Wyckoff Boyce**
Hogan Lovells US LLP - Houston
609 Main Street
Suite 4200
Houston, TX 77002
713-632-1400
Fax: 713-632-1401
Email: maria.boyce@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Matthew James Piehl**
Hogan Lovells US LLP - Minneapolis
80 S 8th Street
Suite 1225
Minneapolis, MN 55044
612/402-3000
Fax: 612/339-5167
Email: matthew.piehl@hoganlovells.com
*TERMINATED: 11/17/2020*

**Michael E Jones**
Potter Minton, a Professional Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Patrick Colbert Clutter , IV**
Potter Minton, a Professional Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
903/597-8311
Email: patrickclutter@potterminton.com
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shaun William Hassett**
Potter Minton, a Professional Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
903-525-2272
Fax: 903-593-8406
Email: shaunhassett@potterminton.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **United Healthcare Group Incorporated** | represented by | **Benjamin F. Holt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Blayne R Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Earl Glenn Thames , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Wyckoff Boyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew James Piehl**
(See above for address)
*TERMINATED: 11/17/2020*

**Michael E Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Colbert Clutter , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shaun William Hassett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Gary P. Wormser**                    represented by    **Alvin Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A Warley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C.K. Boyd**
(See above for address)
*TERMINATED: 01/06/2021*

**Ronald Casey Low**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Raymond J. Dattwyler**                    represented by    **Alvin Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A Warley**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C.K. Boyd**
(See above for address)
*TERMINATED: 01/06/2021*

**Ronald Casey Low**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Eugene Shapiro**                represented by   **Alvin Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A Warley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C.K. Boyd**
(See above for address)
*TERMINATED: 01/06/2021*

**Ronald Casey Low**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. John J. Halperin**               represented by   **Alvin Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A Warley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter John Chassman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C.K. Boyd**
(See above for address)
*TERMINATED: 01/06/2021*

**Ronald Casey Low**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Robert B. Nadelman**                    represented by    **Alvin Dunn**
*TERMINATED: 10/15/2018*                                        (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Peter John Chassman**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ronald Casey Low**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Leonard Sigal**                          represented by    **Alvin Dunn**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Michael A Warley**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Peter John Chassman**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Robert C.K. Boyd**
                                                               (See above for address)
                                                               *TERMINATED: 01/06/2021*

                                                               **Ronald Casey Low**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Allen Steere**                           represented by    **Alvin Dunn**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Michael A Warley**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Peter John Chassman**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Robert C.K. Boyd**
(See above for address)
*TERMINATED: 01/06/2021*


**Ronald Casey Low**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2017 | 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0540-6548225.), filed by Michael Fundenberger, Gayle Clarke, Jane Powell, Brienna Reed, Lisa Torrey, Kathryn Kocurek, Kristine Woodard, Rosetta Fuller, Randy Sykes, Adriana Monteiro Moreira, Amy Hanneken, Steven Ward, Gail Meads, Chloe Lohmeyer, Carol Fisch, Christopher Valerio, Jessica McKinnie, Alarie Bowerman, Max Shindler, Mike Peacher, Allison Lynn Caruana, Tawnya Dawn Smith, Lana Barnes. (Attachments: # 1 Civil Cover Sheet)(Egdorf, Eugene) (Attachment 1 replaced on 1/5/2018) (sm, ). (Entered: 11/10/2017) |
| 11/13/2017 | | Case Assigned to District Judge Robert W. Schroeder, III. (sm, ) (Entered: 11/13/2017) |
| 11/13/2017 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (sm, ) (Entered: 11/13/2017) |
| 11/13/2017 | 2 | SUMMONS Issued as to Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser and given to plaintiff attorney for service. (Attachments: # 1 Summons.Dr.Nadelman, # 2 Summons.Dr.Shapiro, # 3 Summons.Dr.Sigal, # 4 Summons.Dr.Steere, # 5 Summons.InfectiousDiseasesSociety, # 6 Summons.KaiserPermanente, # 7 Summons.USHealthcareGroupInc., # 8 Summons.UnitedHealthcareServices, # 9 Summons.Dr.Wormser, # 10 Summons.AetnaInc., # 11 Summons.AnthemInc., # 12 Summons.BlueCrossBlueShieldofTexas, # 13 Summons.BlueCrossBlueShieldAssoc, # 14 Summons.CignaCorp, # 15 Summons.Dr.Dattwyler)(sm, ) (Main Document 2 and attachments 1-15 replaced with flattened documents on 11/19/21). (hma) (Entered: 11/13/2017) |
| 11/29/2017 | 3 | NOTICE of Attorney Appearance by Martin James Bishop on behalf of Blue Cross and Blue Shield of Texas (Bishop, Martin) (Entered: 11/29/2017) |
| 11/29/2017 | 4 | NOTICE of Attorney Appearance by Peter John Chassman on behalf of Blue Cross and Blue Shield of Texas (Chassman, Peter) (Entered: 11/29/2017) |
| 11/29/2017 | 5 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Blue Cross and Blue Shield of Texas.(Chassman, Peter) (Entered: 11/29/2017) |
| 11/29/2017 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is |

| | | |
|---|---|---|
| | | GRANTED pursuant to Local Rule CV-12 for Blue Cross and Blue Shield of Texas to 1/8/2018. 30 Days Granted for Deadline Extension.( sm, ) (Entered: 11/29/2017) |
| 12/04/2017 | 6 | NOTICE of Attorney Appearance by Lance Lee on behalf of All Plaintiffs (Lee, Lance) (Entered: 12/04/2017) |
| 12/04/2017 | 7 | NOTICE of Attorney Appearance - Pro Hac Vice by Debra H. Dermody on behalf of Blue Cross and Blue Shield of Texas. Filing fee $ 100, receipt number 0540-6574570. (Dermody, Debra) (Entered: 12/04/2017) |
| 12/04/2017 | 8 | NOTICE of Attorney Appearance - Pro Hac Vice by William Sheridan on behalf of Blue Cross and Blue Shield of Texas. Filing fee $ 100, receipt number 0540-6574586. (Sheridan, William) (Entered: 12/04/2017) |
| 12/08/2017 | 9 | NOTICE of Attorney Appearance by Crystal Rose Axelrod on behalf of Cigna Corporation (Axelrod, Crystal) (Entered: 12/08/2017) |
| 12/08/2017 | 10 | NOTICE of Attorney Appearance - Pro Hac Vice by Daniel E. Laytin on behalf of Blue Cross and Blue Shield Association. Filing fee $ 100, receipt number 0540-6581423. (Laytin, Daniel) (Entered: 12/08/2017) |
| 12/08/2017 | 11 | NOTICE of Attorney Appearance - Pro Hac Vice by Sarah J. Donnell on behalf of Blue Cross and Blue Shield Association. Filing fee $ 100, receipt number 0540-6581431. (Donnell, Sarah) (Entered: 12/08/2017) |
| 12/08/2017 | 12 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Blue Cross and Blue Shield Association.( Donnell, Sarah) (Entered: 12/08/2017) |
| 12/08/2017 | 13 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Cigna Corporation.( Axelrod, Crystal) (Entered: 12/08/2017) |
| 12/08/2017 | 14 | NOTICE of Attorney Appearance by Derek Shane Davis on behalf of Kaiser Permanente, Inc. (Davis, Derek) (Entered: 12/08/2017) |
| 12/08/2017 | 15 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Kaiser Permanente, Inc..( Davis, Derek) (Entered: 12/08/2017) |
| 12/08/2017 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for Blue Cross and Blue Shield Association to 1/10/2018. 30 Days Granted for Deadline Extension.( sm, ) (Entered: 12/08/2017) |
| 12/08/2017 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for Cigna Corporation to 1/10/2017. 30 Days Granted for Deadline Extension.( sm, ) (Entered: 12/08/2017) |
| 12/08/2017 | 16 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re United Healthcare Services, Inc.(Thompson, Blayne) (Entered: 12/08/2017) |
| 12/08/2017 | 17 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re United Healthcare Group Incorporated.(Thompson, Blayne) (Entered: 12/08/2017) |
| 12/08/2017 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for Kaiser Permanente, Inc. to 1/10/2018. 30 Days Granted for Deadline Extension.( sm, ) (Entered: 12/08/2017) |
| 12/08/2017 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for United Healthcare Group Incorporated to 1/11/2018; United Healthcare Services, Inc. to 1/11/2018. 30 Days Granted for Deadline |

| | | |
|---|---|---|
| | | Extension.( sm, ) (Entered: 12/08/2017) |
| 12/11/2017 | 18 | NOTICE of Attorney Appearance - Pro Hac Vice by R. Brendan Fee on behalf of Cigna Corporation. Filing fee $ 100, receipt number 0540-6582578. (Fee, R.) (Entered: 12/11/2017) |
| 12/11/2017 | 19 | NOTICE of Attorney Appearance - Pro Hac Vice by Amy M. Dudash on behalf of Cigna Corporation. Filing fee $ 100, receipt number 0540-6582924. (Dudash, Amy) (Entered: 12/11/2017) |
| 12/11/2017 | 20 | NOTICE of Designation of Attorney in Charge to R. Brendan Fee on behalf of Cigna Corporation (Fee, R.) (Entered: 12/11/2017) |
| 01/05/2018 | 21 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Blue Cross and Blue Shield of Texas.( Chassman, Peter) (Entered: 01/05/2018) |
| 01/05/2018 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for Blue Cross and Blue Shield of Texas to 1/22/2018. 14 Days Granted for Deadline Extension.( sm, ) (Entered: 01/05/2018) |
| 01/05/2018 | 22 | NOTICE of Attorney Appearance by Thomas Hetherington on behalf of Anthem Inc (Hetherington, Thomas) (Entered: 01/05/2018) |
| 01/05/2018 | 23 | Joint MOTION for Extension of Time to File *Responsive Briefing on Plaintiffs' Original Complaint to Coordinate Defendants' Response Deadlines*, Joint MOTION for Leave to File Excess Pages *for Consolidated Briefing by Defendants* by Anthem Inc. (Attachments: # 1 Proposed Order)(Hetherington, Thomas) (Entered: 01/05/2018) |
| 01/08/2018 | 24 | ORDER granting 23 Motion for Extension of Time to File Responses to Complaint to February 16, 2018; granting 23 Motion for Leave to File Excess Pages and submit two omnibus responsive briefs of no more than 40 pages in length. Signed by District Judge Robert W. Schroeder, III on 1/8/2018. (sm, ) (Entered: 01/08/2018) |
| 01/11/2018 | 25 | NOTICE of Attorney Appearance by Michael James Tuteur on behalf of Anthem Inc (Tuteur, Michael) (Entered: 01/11/2018) |
| 01/11/2018 | 26 | NOTICE of Attorney Appearance by Eileen Regina Ridley on behalf of Anthem Inc (Ridley, Eileen) (Entered: 01/11/2018) |
| 01/11/2018 | 27 | NOTICE of Attorney Appearance by Kimberly Ann Klinsport on behalf of Anthem Inc (Klinsport, Kimberly) (Entered: 01/11/2018) |
| 02/13/2018 | 28 | NOTICE of Attorney Appearance by Earl B Austin on behalf of Aetna Inc., (Austin, Earl) (Entered: 02/13/2018) |
| 02/13/2018 | 29 | NOTICE of Attorney Appearance by John Benjamin Lawrence on behalf of Aetna Inc., (Lawrence, John) (Entered: 02/13/2018) |
| 02/15/2018 | 30 | CORPORATE DISCLOSURE STATEMENT filed by Blue Cross and Blue Shield of Texas (Chassman, Peter) (Entered: 02/15/2018) |
| 02/15/2018 | 31 | CORPORATE DISCLOSURE STATEMENT filed by Cigna Corporation (Fee, R.) (Entered: 02/15/2018) |
| 02/15/2018 | 32 | CORPORATE DISCLOSURE STATEMENT filed by Anthem Inc (Hetherington, Thomas) (Entered: 02/15/2018) |
| 02/15/2018 | 33 | |

| | | |
|---|---|---|
| | | CORPORATE DISCLOSURE STATEMENT filed by Blue Cross and Blue Shield Association (Donnell, Sarah) (Entered: 02/15/2018) |
| 02/15/2018 | 34 | NOTICE of Attorney Appearance by Michael E Jones on behalf of United Healthcare Group Incorporated, United Healthcare Services, Inc. (Jones, Michael) (Entered: 02/15/2018) |
| 02/15/2018 | 35 | CORPORATE DISCLOSURE STATEMENT filed by Kaiser Permanente, Inc. identifying Corporate Parent Kaiser Permanente, Inc. for Kaiser Permanente, Inc.. (Davis, Derek) (Entered: 02/15/2018) |
| 02/16/2018 | 36 | CORPORATE DISCLOSURE STATEMENT filed by Aetna Inc., (Austin, Earl) (Entered: 02/16/2018) |
| 02/16/2018 | 37 | Joint MOTION to Dismiss *Plaintiffs' Complaint by Insurance Defendants* by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Kaiser Permanente, Inc., United Healthcare Group Incorporated, United Healthcare Services, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order)(Klinsport, Kimberly) (Entered: 02/16/2018) |
| 02/16/2018 | 38 | MOTION to Dismiss *Individual* by Blue Cross and Blue Shield Association. (Attachments: # 1 Exhibit Proposed Order)(Donnell, Sarah) (Entered: 02/16/2018) |
| 02/16/2018 | 39 | ***DEFICIENT DOCUMENT, ATTORNEY WILL RE-FILE, PLEASE IGNORE***CORPORATE DISCLOSURE STATEMENT filed by Infectious Diseases Society of America (Low, Ronald) Modified on 2/16/2018 (lfs, ). (Entered: 02/16/2018) |
| 02/16/2018 | 40 | MOTION to Dismiss by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Exhibit A - Declaration of Christopher D. Busky, # 2 Exhibit B - Declaration of Gary P. Wormser, M.D., # 3 Exhibit C - Declaration of Raymond J. Dattwyler, M.D., # 4 Exhibit D - Declaration of Eugene Shapiro, M.D., # 5 Exhibit E - Declaration of John J. Halperin, M.D., # 6 Exhibit F - Declaration of Robert B. Nadelman, M.D., # 7 Exhibit G - Declaration of Leonard Sigal, M.D., # 8 Exhibit H - Declaration of Allen C. Steere, M.D., # 9 Exhibit I - Press Release, # 10 Exhibit J - Final Report of Review Panel, # 11 Text of Proposed Order)(Low, Ronald) (Entered: 02/16/2018) |
| 02/16/2018 | | NOTICE of Deficiency regarding the 39 submitted by Casey Low. No Certificate of Service. Correction should be made by 1 business day. (lfs, ) (Entered: 02/16/2018) |
| 02/16/2018 | 41 | CORPORATE DISCLOSURE STATEMENT filed by Infectious Diseases Society of America (Low, Ronald) (Entered: 02/16/2018) |
| 02/16/2018 | 42 | CORPORATE DISCLOSURE STATEMENT filed by United Healthcare Group Incorporated, United Healthcare Services, Inc. (Boyce, Maria) (Entered: 02/16/2018) |
| 02/26/2018 | 43 | NOTICE of Readiness for Scheduling Conference by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard (Lee, Lance) (Entered: 02/26/2018) |
| 02/27/2018 | 44 | NOTICE of Attorney Appearance by Ryan Kees Higgins on behalf of All Plaintiffs (Higgins, Ryan) (Entered: 02/27/2018) |

| | | |
|---|---|---|
| 03/02/2018 | 45 | NOTICE of Attorney Appearance by Daniel Raymond Dutko on behalf of All Plaintiffs (Dutko, Daniel) (Entered: 03/02/2018) |
| 03/22/2018 | 46 | ORDER Setting a Scheduling Conference, ( Scheduling Conference set for 4/19/2018 01:45 PM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.). Signed by District Judge Robert W. Schroeder, III on 3/22/2018. (sm, ) (Entered: 03/22/2018) |
| 03/22/2018 | 47 | NOTICE of Attorney Appearance - Pro Hac Vice by Alan F. Law on behalf of Kaiser Permanente, Inc.. Filing fee $ 100, receipt number 0540-6710869. (Law, Alan) (Entered: 03/22/2018) |
| 04/03/2018 | 48 | NOTICE of Attorney Appearance - Pro Hac Vice by Alvin Dunn on behalf of Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. Filing fee $ 100, receipt number 0540-6724439. (Dunn, Alvin) (Entered: 04/03/2018) |
| 04/04/2018 | 49 | NOTICE of Attorney Appearance by Jennifer Haltom Doan on behalf of Aetna Inc., (Doan, Jennifer) (Entered: 04/04/2018) |
| 04/04/2018 | 50 | NOTICE of Attorney Appearance by Jeffrey Randall Roeser on behalf of Aetna Inc., (Roeser, Jeffrey) (Entered: 04/04/2018) |
| 04/09/2018 | 51 | NOTICE of Attorney Appearance by Earl Glenn Thames, Jr on behalf of United Healthcare Group Incorporated, United Healthcare Services, Inc. (Thames, Earl) (Entered: 04/09/2018) |
| 04/12/2018 | 52 | Joint MOTION *for Entry of Disputed Docket Control Order by Plaintiffs and Defendants* by Anthem Inc. (Attachments: # 1 Text of Proposed Order Joint Disputed Proposed Docket Control Order)(Klinsport, Kimberly) (Entered: 04/12/2018) |
| 04/12/2018 | 53 | MOTION to Amend/Correct *Defendants' Motion to Amend Docket Control Order* by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order Defendants' Proposed Amended Docket Control Order)(Klinsport, Kimberly) (Entered: 04/12/2018) |
| 04/12/2018 | 54 | Joint MOTION *for Entry of Disputed Discovery Order by Plaintiffs and Defendants* by Anthem Inc. (Attachments: # 1 Text of Proposed Order Joint Disputed Proposed Discovery Order)(Klinsport, Kimberly) (Entered: 04/12/2018) |
| 04/12/2018 | 55 | ORDER that Plaintiff's are to respond to 53 Defendant's MOTION to Amend Docket Control Order no later than 3:00 pm on April 17, 2018. The scheduling conference remains scheduled on April 19, 2018. Signed by District Judge Robert W. Schroeder, III on 4/12/2018. (sm, ) (Entered: 04/12/2018) |
| 04/17/2018 | 56 | NOTICE of Attorney Appearance by Maria Wyckoff Boyce on behalf of United Healthcare Group Incorporated, United Healthcare Services, Inc. (Boyce, Maria) (Entered: 04/17/2018) |
| 04/17/2018 | 57 | RESPONSE in Opposition re 38 MOTION to Dismiss *Individual Motion to Dimiss Plaintiff's Complaint filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken,* |

| | | |
|---|---|---|
| | | *Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Text of Proposed Order Proposed Order)(Egdorf, Eugene) (Entered: 04/17/2018) |
| 04/17/2018 | 58 | RESPONSE in Opposition re 53 MOTION to Amend/Correct *Defendants' Motion to Amend Docket Control Order Plaintiff's Response to Defendants' Motion to Amend Docket Control Order filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Text of Proposed Order Proposed Order)(Egdorf, Eugene) (Entered: 04/17/2018) |
| 04/17/2018 | 59 | RESPONSE in Opposition re 40 MOTION to Dismiss *Plaintiff's Complaint filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Text of Proposed Order Proposed Order)(Egdorf, Eugene) (Entered: 04/17/2018) |
| 04/17/2018 | 60 | RESPONSE in Opposition re 37 Joint MOTION to Dismiss *Plaintiffs' Complaint by Insurance Defendants Plaintiff's Response to Insurance Defendants' Motion to Dismiss Plaintiff's Complaint filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Text of Proposed Order Proposed Order)(Egdorf, Eugene) (Entered: 04/17/2018) |
| 04/18/2018 | 61 | Joint MOTION for Extension of Time to File Response/Reply by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 04/18/2018) |
| 04/19/2018 | 62 | Minute Entry for proceedings held before District Judge Robert W. Schroeder III: Scheduling Conference held on 4/19/2018. (Court Reporter Shea Sloan) (Attachments: # 1 Attorney Sign In Sheet) (bas) (Entered: 04/19/2018) |
| 04/19/2018 | 63 | ORDER granting 61 Motion for Extension of Time to File Reply re 38 MOTION to Dismiss *Individual*, 40 MOTION to Dismiss , 37 Joint MOTION to Dismiss *Plaintiffs' Complaint by Insurance Defendants* Replies due by 5/1/2018 and Sur-Replies up to and including May 15, 2018.. Signed by District Judge Robert W. Schroeder, III on 4/19/2018. (sm, ) (Entered: 04/19/2018) |
| 04/20/2018 | 64 | |

| | | |
|---|---|---|
| | | PAPER TRANSCRIPT REQUEST by United Healthcare Group Incorporated, United Healthcare Services, Inc. for proceedings held on 04/19/18 (Scheduling Conference) before Judge Robert W. Schroeder III. (Boyce, Maria) (Entered: 04/20/2018) |
| 04/23/2018 | 65 | ORDER Denying as Moot 52 Motion for entry of disputed docket control order; 53 Motion to Amend/Correct; 54 Motion for entry of disputed docket control order and parties are ORDERED to resubmit, within seven (7) days from the date of this order, a joint proposed docket control and discovery order. Signed by District Judge Robert W. Schroeder, III on 4/23/2018. (sm, ) Modified on 4/23/2018 (sm, ). (Entered: 04/23/2018) |
| 04/30/2018 | 66 | NOTICE of Attorney Appearance by James Brunsting Hartle on behalf of All Plaintiffs (Hartle, James) (Entered: 04/30/2018) |
| 04/30/2018 | 67 | Joint MOTION for Discovery *Order* by Lisa Torrey. (Attachments: # 1 Text of Proposed Order)(Lee, Lance) (Entered: 04/30/2018) |
| 04/30/2018 | 68 | Joint MOTION for Entry of Disputed Docket Control Order by Lisa Torrey. (Attachments: # 1 Text of Proposed Order)(Lee, Lance) (Entered: 04/30/2018) |
| 05/01/2018 | 69 | ORDER Setting Hearing on Motions 38 MOTION to Dismiss, 40 MOTION to Dismiss , 37 Joint MOTION to Dismiss *Plaintiffs' Complaint : Motion Hearing set for 5/22/2018 01:00 PM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.. Signed by District Judge Robert W. Schroeder, III on 5/1/2018. (sm, ) (Entered: 05/01/2018)* |
| 05/01/2018 | 70 | Joint MOTION for Protective Order by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Exhibit A - Proposed Order)(Doan, Jennifer) (Entered: 05/01/2018) |
| 05/01/2018 | 71 | ***FILED IN ERROR, PLEASE IGNORE***RESPONSE in Support re 40 MOTION to Dismiss *filed by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser.* (Low, Ronald) Modified on 5/1/2018 (sm, ). (Entered: 05/01/2018) |
| 05/01/2018 | 72 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Scheduling Conference Proceedings held 4/19/2018 before the Honorable Robert W. Schroeder III. Court Reporter: Shea Sloan, shea_sloan@txed.uscourts.gov<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 5/22/2018. Redacted Transcript Deadline set for 6/1/2018. Release of Transcript Restriction set for 7/30/2018. (sms, ) (Entered: 05/01/2018) |
| 05/01/2018 | 73 | Unopposed MOTION for Leave to File Excess Pages *for Defendants' Reply Briefs* by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious |

| | | |
|---|---|---|
| | | Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Klinsport, Kimberly) (Entered: 05/01/2018) |
| 05/01/2018 | 74 | REPLY to Response to Motion re 37 Joint MOTION to Dismiss *Plaintiffs' Complaint by Insurance Defendants filed by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Kaiser Permanente, Inc., United Healthcare Group Incorporated, United Healthcare Services, Inc..* (Klinsport, Kimberly) (Entered: 05/01/2018) |
| 05/01/2018 | | **\*\*\*FILED IN ERROR, WRONG EVENT USED, ATTORNEY MUST REFILE. Document # 71, Response in support. PLEASE IGNORE.\*\*\***<br><br>(sm, ) (Entered: 05/01/2018) |
| 05/01/2018 | 75 | REPLY to Response to Motion re 38 MOTION to Dismiss *Individual filed by Blue Cross and Blue Shield Association*. (Donnell, Sarah) (Entered: 05/01/2018) |
| 05/01/2018 | 76 | REPLY to Response to Motion re 40 MOTION to Dismiss *filed by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser*. (Low, Ronald) (Entered: 05/01/2018) |
| 05/02/2018 | 77 | ORDER granting 73 Motion for Leave to File Excess Pages. Signed by District Judge Robert W. Schroeder, III on 5/2/2018. (sm, ) (Entered: 05/02/2018) |
| 05/10/2018 | 78 | NOTICE of Attorney Appearance - Pro Hac Vice by Benjamin F. Holt on behalf of United Healthcare Group Incorporated, United Healthcare Services, Inc.. Filing fee $ 100, receipt number 0540-6772374. (Holt, Benjamin) (Entered: 05/10/2018) |
| 05/10/2018 | 79 | Joint MOTION for Entry of Disputed Docket Control Order by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 05/10/2018) |
| 05/11/2018 | 80 | PROTECTIVE ORDER. Signed by District Judge Robert W. Schroeder, III on 5/11/2018. (sm, ) (Entered: 05/11/2018) |
| 05/11/2018 | 81 | AGREED DISCOVERY ORDER re 67 Motion for Discovery. Signed by District Judge Robert W. Schroeder, III on 5/11/2018. (sm, ) (Entered: 05/11/2018) |
| 05/11/2018 | 82 | DOCKET CONTROL/SCHEDULING ORDER:( Pretrial Conference set for 6/4/2019 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Discovery due by 3/19/2019., Jury Selection set for 6/17/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Jury Trial set for 6/24/2019 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Proposed Pretrial Order due by 5/14/2019.), Terminating 79 Joint MOTION for Entry of Disputed Docket Control Order and 68 Joint MOTION for Entry of Disputed Docket Control Order. Signed by District Judge Robert W. Schroeder, III on 4/11/2018. (sm, ) (Entered: 05/11/2018) |
| 05/15/2018 | 83 | |

| | | |
|---|---|---|
| | | ***DEFICIENT DOCUMENT, PLEASE IGNORE***SUR-REPLY to Reply to Response to Motion re 40 MOTION to Dismiss *filed by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit)(Egdorf, Eugene) Modified on 5/15/2018 (sm, ). (Entered: 05/15/2018) |
| 05/15/2018 | 84 | ***DEFICIENT DOCUMENT, PLEASE IGNORE***SUR-REPLY to Reply to Response to Motion re 37 Joint MOTION to Dismiss *Plaintiffs' Complaint by Insurance Defendants filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit)(Egdorf, Eugene) Modified on 5/15/2018 (sm, ). (Entered: 05/15/2018) |
| 05/15/2018 | 85 | ***DEFICIENT DOCUMENT, PLEASE IGNORE***SUR-REPLY to Reply to Response to Motion re 38 MOTION to Dismiss *Individual filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio.* (Attachments: # 1 Exhibit, # 2 Exhibit)(Egdorf, Eugene) Modified on 5/15/2018 (sm, ). (Entered: 05/15/2018) |
| 05/15/2018 | | NOTICE of DEFICIENCY regarding the documents #83-#85, Sur- Replies, submitted by Plaintiff. Exhibits were not identified with specificity per local rules. Correction should be made by 1 business day and refiled. (sm, ) (Entered: 05/15/2018) |
| 05/15/2018 | 86 | SUR-REPLY to Reply to Response to Motion re 40 MOTION to Dismiss *filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit IDSA Guidelines)(Egdorf, Eugene) (Entered: 05/15/2018) |
| 05/15/2018 | 87 | SUR-REPLY to Reply to Response to Motion re 37 Joint MOTION to Dismiss *Plaintiffs' Complaint by Insurance Defendants filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit Consent Order re: Hope Alison McIntyre, MD)(Egdorf, Eugene) (Entered: 05/15/2018) |
| 05/15/2018 | 88 | SUR-REPLY to Reply to Response to Motion re 38 MOTION to Dismiss *Individual filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit Brief (Doc 1353-1) filed in MDL No. 2406 IN RE: Blue Cross Blue Shield Antitrust |

| | | |
|---|---|---|
| | | Litigation Master File 2:13-CV-20000, # 2 Exhibit The Blue Cross and Blue Shield System's Commitment to Fighting Opiod Use Disorder)(Egdorf, Eugene) (Entered: 05/15/2018) |
| 05/22/2018 | 89 | Minute Entry for proceedings held before District Judge Robert W. Schroeder III: Motion Hearing held on 5/22/2018 re 38 MOTION to Dismiss *Individual* filed by Blue Cross and Blue Shield Association, 37 Joint MOTION to Dismiss *Plaintiffs' Complaint by Insurance Defendants* filed by United Healthcare Group Incorporated, United Healthcare Services, Inc., Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Kaiser Permanente, Inc., Aetna Inc.,, 40 MOTION to Dismiss filed by Infectious Diseases Society of America, Allen Steere, Raymond J. Dattwyler, Leonard Sigal, Gary P. Wormser, Robert B. Nadelman, Eugene Shapiro, John J. Halperin. (Court Reporter Karen Tyler) (Attachments: # 1 Attorney Sign In Sheet) (bas) (Entered: 05/22/2018) |
| 05/30/2018 | 90 | NOTICE by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser *Defendants' Notice of Hearing Presentation Slides* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Doan, Jennifer) (Entered: 05/30/2018) |
| 06/12/2018 | 91 | Joint NOTICE Regarding a Mediator by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser (Doan, Jennifer) (Entered: 06/12/2018) |
| 06/28/2018 | 92 | NOTICE by Aetna Inc., *Notice of Compliance* (Doan, Jennifer) (Entered: 06/28/2018) |
| 06/28/2018 | 93 | NOTICE by Cigna Corporation *Notice of Compliance Regarding Initial Disclosures* (Axelrod, Crystal) (Entered: 06/28/2018) |
| 06/28/2018 | 94 | NOTICE by Blue Cross and Blue Shield Association *Notice of Compliance* (Donnell, Sarah) (Entered: 06/28/2018) |
| 06/28/2018 | 95 | NOTICE by Kaiser Permanente, Inc. *Notice of Compliance Regarding Initial Disclosures* (Law, Alan) (Entered: 06/28/2018) |
| 06/28/2018 | 96 | NOTICE by Blue Cross and Blue Shield of Texas *Notice of Compliance* (Sheridan, William) (Entered: 06/28/2018) |
| 06/28/2018 | 97 | NOTICE by Anthem Inc *Notice of Compliance Regarding Initial Disclosures* (Klinsport, Kimberly) (Entered: 06/28/2018) |
| 06/28/2018 | 98 | NOTICE of Discovery Disclosure by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard *Initial Disclosures* (Dutko, Daniel) (Entered: 06/28/2018) |
| 06/28/2018 | 99 | NOTICE by Infectious Diseases Society of America *Notice of Compliance by Defendants Infectious Diseases Society of America, Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler,* |

| | | |
|---|---|---|
| | | *Dr. Eugene Shapiro, Dr. John J. Halperin, Dr. Leonard Sigal, Dr. Allen Steere, and Estate of Dr. Robert B. Nadelman* (Low, Ronald) (Entered: 06/28/2018) |
| 06/29/2018 | 100 | NOTICE of Discovery Disclosure by United Healthcare Group Incorporated, United Healthcare Services, Inc. *NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES* (Jones, Michael) (Entered: 06/29/2018) |
| 06/29/2018 | 101 | Unopposed MOTION to Amend/Correct 82 Scheduling Order,,, Terminate Motions,, by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 06/29/2018) |
| 07/09/2018 | 102 | AMENDED DOCKET CONTROL/SCHEDULING ORDER:, re: 101 Unopposed MOTION to Amend/Correct 82 Scheduling Order regarding designation of rebuttal expert witnesses filed by Infectious Diseases Society of America, Blue Cross and Blue Shield Association, Allen Steere, Raymond J. Dattwyler, Cigna Corporation, Leonard Sigal, Kaiser Permanente, Inc., Gary P. Wormser, Robert B. Nadelman, United Healthcare Group Incorporated, United Healthcare Services, Inc., Anthem Inc, John J. Halperin, Eugene Shapiro, Blue Cross and Blue Shield of Texas, Aetna Inc.,.. Signed by District Judge Robert W. Schroeder, III on 7/9/2018. (sm, ) (Entered: 07/09/2018) |
| 07/11/2018 | 103 | NOTICE of Discovery Disclosure by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard *Additional Disclosures and Initial Production* (Dutko, Daniel) (Entered: 07/11/2018) |
| 07/13/2018 | 104 | NOTICE by Blue Cross and Blue Shield of Texas *Notice of Compliance* (Sheridan, William) (Entered: 07/13/2018) |
| 07/13/2018 | 105 | NOTICE by Aetna Inc., *Notice of Compliance* (Doan, Jennifer) (Entered: 07/13/2018) |
| 07/13/2018 | 106 | NOTICE of Discovery Disclosure by Cigna Corporation *Notice of Compliance Regarding Additional Disclosures* (Fee, R.) (Entered: 07/13/2018) |
| 07/13/2018 | 107 | NOTICE by Kaiser Permanente, Inc. *Compliance serving Additional Disclosures* (Law, Alan) (Entered: 07/13/2018) |
| 07/13/2018 | 108 | NOTICE by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser *Notice of Compliance* (Low, Ronald) (Entered: 07/13/2018) |
| 07/13/2018 | 109 | NOTICE by Blue Cross and Blue Shield Association *of Compliance Regarding Additional Disclosures* (Donnell, Sarah) (Entered: 07/13/2018) |
| 07/13/2018 | 110 | NOTICE by Anthem Inc *of Service of Additional Disclosures* (Klinsport, Kimberly) (Entered: 07/13/2018) |
| 07/16/2018 | 111 | NOTICE of Discovery Disclosure by United Healthcare Group Incorporated, United Healthcare Services, Inc. *NOTICE OF COMPLIANCE REGARDING ADDITIONAL DISCLOSURES* (Jones, Michael) (Entered: 07/16/2018) |

| 08/07/2018 | 112 | Joint MOTION Entry of Agreed Order Regarding E-Discovery and Privilege Logging by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 08/07/2018) |
|---|---|---|
| 08/08/2018 | 113 | AGREED ORDER REGARDING E-DISCOVERY AND PRIVILEGE LOGGING. Signed by District Judge Robert W. Schroeder, III on 8/8/2018. (slo, ) (Entered: 08/08/2018) |
| 09/27/2018 | 114 | ORDER granting in part and denying in part 37 Motion to Dismiss; denying 38 Motion to Dismiss; granting in part and denying in part 40 Motion to Dismiss.. Signed by District Judge Robert W. Schroeder, III on 09/27/18. (lfs, ) (Entered: 09/27/2018) |
| 10/01/2018 | 115 | NOTICE of Attorney Appearance by Matthew Gerald Sheridan on behalf of Aetna Inc., (Sheridan, Matthew) (Entered: 10/01/2018) |
| 10/10/2018 | 116 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint,, by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 10/10/2018) |
| 10/11/2018 | 117 | STIPULATION *Schedule for Conducting Jurisdictional Discovery* by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard. (Attachments: # 1 Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 10/11/2018) |
| 10/11/2018 | 118 | ORDER granting 116 Motion for Extension of Deadline. It is ORDERED that Defendants have up to and including 10/22/2018 to answer or otherwise respond to Plaintiffs Original Complaint, to the extent any such response is required. Signed by District Judge Robert W. Schroeder, III on 10/11/2018. (slo, ) (Entered: 10/11/2018) |
| 10/12/2018 | 119 | NOTICE OF VOLUNTARY DISMISSAL AS TO ONLY DEFENDANT DR. ROBERT B. NADELMAN by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard (Dutko, Daniel) Modified on 10/12/2018 (lfs, ). (Additional attachment(s) added on 10/15/2018: # 1 Text of Proposed Order) (lfs, ). (Entered: 10/12/2018) |
| 10/15/2018 | 120 | ORDER granting 117 Stipulation of Schedule for Conducting Jurisdictional Discovery, filed by Alarie Bowerman, Michael Fundenberger, Jane Powell, Brienna Reed, Christopher Valerio, Allison Lynn Caruana, Rosetta Fuller, Gayle Clarke, Gail Meads, Kristine Woodard, Jessica McKinnie, Lana Barnes, Lisa Torrey, Mike Peacher, Randy Sykes, Amy Hanneken, Max Shindler, Carol Fisch, Kathryn Kocurek, Tawnya Dawn Smith, Steven Ward, Chloe Lohmeyer, Adriana Monteiro Moreira. Signed by District |

| | | |
|---|---|---|
| | | Judge Robert W. Schroeder, III on 10/15/18. (lfs, ) (Entered: 10/15/2018) |
| 10/15/2018 | 121 | ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT DR. ROBERT B. NADELMAN re: 119 Notice of Dismissal With Prejudice as to Defendant DR. ROBERT B. NADELMAN, filed by Alarie Bowerman, Michael Fundenberger, Jane Powell, Brienna Reed, Christopher Valerio, Allison Lynn Caruana, Rosetta Fuller, Gayle Clarke, Gail Meads, Kristine Woodard, Jessica McKinnie, Lana Barnes, Lisa Torrey, Mike Peacher, Randy Sykes, Amy Hanneken, Max Shindler, Carol Fisch, Kathryn Kocurek, Tawnya Dawn Smith, Steven Ward, Chloe Lohmeyer, Adriana Monteiro Moreira. Signed by District Judge Robert W. Schroeder, III on 10/15/18. (lfs, ) (Entered: 10/15/2018) |
| 10/22/2018 | 122 | ANSWER to 1 Complaint,, by Cigna Corporation.(Fee, R.) (Entered: 10/22/2018) |
| 10/22/2018 | 123 | Opposed MOTION for Extension of Time to Amend *Replead RICO and Fraudulent Concealment Allegations* by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Dutko, Daniel) (Entered: 10/22/2018) |
| 10/22/2018 | 124 | ANSWER to 1 Complaint,, by Anthem Inc.(Klinsport, Kimberly) (Entered: 10/22/2018) |
| 10/22/2018 | 125 | ANSWER to 1 Complaint,, by Blue Cross and Blue Shield Association.(Donnell, Sarah) (Entered: 10/22/2018) |
| 10/22/2018 | 126 | ANSWER to 1 Complaint,, by Aetna Inc.,.(Sheridan, Matthew) (Entered: 10/22/2018) |
| 10/22/2018 | 127 | DEMAND for Trial by Jury by Aetna Inc.,. (Doan, Jennifer) (Entered: 10/22/2018) |
| 10/22/2018 | 128 | ANSWER to 1 Complaint,, by United Healthcare Group Incorporated, United Healthcare Services, Inc..(Jones, Michael) (Entered: 10/22/2018) |
| 10/22/2018 | 129 | ANSWER to 1 Complaint,, by Blue Cross and Blue Shield of Texas.(Sheridan, William) (Entered: 10/22/2018) |
| 10/22/2018 | 130 | *Defendants Infectious Diseases Society of America's and Doctors'* ANSWER to 1 Complaint,, by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser.(Low, Ronald) (Entered: 10/22/2018) |
| 10/22/2018 | 131 | *Defendant Kaiser Foundation Health Plan, Inc.'s (Improperly sued as Kaiser Permanente, Inc.* ANSWER to 1 Complaint,, *Plaintiff's Original Complaint* by Kaiser Permanente, Inc..(Law, Alan) (Entered: 10/22/2018) |
| 10/22/2018 | 132 | DEMAND for Trial by Jury by Blue Cross and Blue Shield Association. (Donnell, Sarah) (Entered: 10/22/2018) |
| 10/22/2018 | 133 | DEMAND for Trial by Jury by Kaiser Permanente, Inc.. (Law, Alan) (Entered: 10/22/2018) |
| 10/22/2018 | 134 | DEMAND for Trial by Jury by Anthem Inc. (Klinsport, Kimberly) (Entered: 10/22/2018) |
| 10/23/2018 | 135 | DEMAND for Trial by Jury by United Healthcare Group Incorporated, United Healthcare Services, Inc.. (Jones, Michael) (Entered: 10/23/2018) |
| 10/23/2018 | 136 | |

| | | |
|---|---|---|
| | | NOTICE of Attorney Appearance - Pro Hac Vice by Matthew James Piehl on behalf of United Healthcare Group Incorporated, United Healthcare Services, Inc.. Filing fee $ 100, receipt number 0540-6994693. (Piehl, Matthew) (Entered: 10/23/2018) |
| 10/29/2018 | 137 | SEALED RESPONSE to Motion re 123 Opposed MOTION for Extension of Time to Amend *Replead RICO and Fraudulent Concealment Allegations* filed by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, United Healthcare Group Incorporated, United Healthcare Services, Inc.. (Attachments: # 1 Exhibit 1 Anthem Rog Resp, # 2 Exhibit 2 BCBSTX Rog Resp, # 3 Exhibit 3 Aetna Rog Resp, # 4 Exhibit 4 Cigna Rog Resp, # 5 Exhibit 5 Kaiser Rog Resp, # 6 Exhibit 6 United Rog Resp, # 7 Exhibit 7 BCBSA Rog Resp, # 8 Exhibit 8 IDSA Rog Resp, # 9 Exhibit 9 Wormser Rog Resp, # 10 Exhibit 10 Dattwyler Rog Resp, # 11 Exhibit 11 Shapiro Rog Resp, # 12 Exhibit 12 Halperin Rog Resp, # 13 Exhibit 13 Sigal Rog Resp, # 14 Exhibit 14 Steere Rog Resp, # 15 Exhibit 15 Anthem Letter, # 16 Exhibit 16 Aetna Letter, # 17 Exhibit 17 Cigna Letter, # 18 Exhibit 18 IDSA Letter, # 19 Exhibit 19 Klecka Email, # 20 Text of Proposed Order Proposed Order)(Chassman, Peter) (Entered: 10/29/2018) |
| 11/01/2018 | 138 | MOTION to Compel *Discovery* by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 11/01/2018) |
| 11/05/2018 | 139 | REDACTION to 137 Sealed Response to Motion,,,, by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, United Healthcare Group Incorporated, United Healthcare Services, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 15, # 3 Exhibit 16, # 4 Exhibit 17, # 5 Exhibit 18, # 6 Exhibit 19)(Doan, Jennifer) (Entered: 11/05/2018) |
| 11/05/2018 | 140 | REPLY to Response to Motion re 123 Opposed MOTION for Extension of Time to Amend *Replead RICO and Fraudulent Concealment Allegations filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit A)(Dutko, Daniel) (Entered: 11/05/2018) |
| 11/12/2018 | 141 | SUR-REPLY to Reply to Response to Motion re 123 Opposed MOTION for Extension of Time to Amend *Replead RICO and Fraudulent Concealment Allegations filed by Blue Cross and Blue Shield of Texas.* (Chassman, Peter) (Entered: 11/12/2018) |
| 11/15/2018 | 142 | ***FILED IN ERROR PLEASE IGNORE. ATTORNEY WILL REFILE*** RESPONSE to Motion re 138 MOTION to Compel *Discovery filed by Blue Cross and Blue Shield of Texas.* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Chassman, Peter) Modified on 11/15/2018 (lfs, ). (Entered: 11/15/2018) |
| 11/15/2018 | 143 | ***FILED IN ERROR. Document # 142, Response to Motion. PLEASE IGNORE.*** <br><br> (lfs, ) (Entered: 11/15/2018) |

| 11/15/2018 | 144 | RESPONSE in Opposition re 138 MOTION to Compel *Discovery filed by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Doan, Jennifer) (Entered: 11/15/2018) |
| --- | --- | --- |
| 12/14/2018 | 145 | NOTICE of Attorney Appearance - Pro Hac Vice by Cameron Ginder on behalf of Blue Cross and Blue Shield Association. Filing fee $ 100, receipt number 0540-7063362. (Ginder, Cameron) (Entered: 12/14/2018) |
| 12/14/2018 | 146 | MOTION to Compel *Deposition Dates and Damages Computations* by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order Proposed Order)(Chassman, Peter) (Entered: 12/14/2018) |
| 12/26/2018 | 147 | RESPONSE to Motion re 146 MOTION to Compel *Deposition Dates and Damages Computations filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Text of Proposed Order)(Dutko, Daniel) (Entered: 12/26/2018) |
| 01/09/2019 | 148 | MOTION to Continue by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard. (Attachments: # 1 Text of Proposed Order)(Dutko, Daniel) (Entered: 01/09/2019) |
| 01/11/2019 | 149 | NOTICE of Change of Address by Daniel Raymond Dutko (Dutko, Daniel) (Entered: 01/11/2019) |
| 01/18/2019 | 150 | RESPONSE to Motion re 148 MOTION to Continue *filed by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser.* (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Doan, Jennifer) (Entered: 01/18/2019) |
| 02/07/2019 | 151 | MOTION to Dismiss for Lack of Jurisdiction *Personal Jurisdiction* by Raymond J. Dattwyler, John J. Halperin, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit)(Low, Ronald) (Entered: 02/07/2019) |
| 02/08/2019 | 152 | |

| | | |
|---|---|---|
| | | MOTION to Compel *Plaintiffs' Email Production* by Anthem Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit F, # 6 Text of Proposed Order)(Klinsport, Kimberly) (Entered: 02/08/2019) |
| 02/11/2019 | 153 | ORDER Setting Hearing on Motion 152 MOTION to Compel *Plaintiffs' Email Production*, 123 Opposed MOTION for Extension of Time to Amend *Replead RICO and Fraudulent Concealment Allegations*, 138 MOTION to Compel *Discovery*, 151 MOTION to Dismiss for Lack of Jurisdiction *Personal Jurisdiction*, 146 MOTION to Compel *Deposition Dates and Damages Computations*, 148 MOTION to Continue :( Motion Hearing set for 3/12/2019 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.) Signed by District Judge Robert W. Schroeder, III on 02/11/19. (lfs, ) (Entered: 02/11/2019) |
| 02/14/2019 | 154 | MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease *by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro, Dr. John J. Halperin, Dr. Leonard Sigal, and Dr. Allen Steere; filed* by Anthem Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Appendix of Non-Legal Authorities, # 5 Text of Proposed Order)(Klinsport, Kimberly) (Entered: 02/14/2019) |
| 02/21/2019 | 155 | NOTICE of Attorney Appearance - Pro Hac Vice by John D. Martin on behalf of Anthem Inc. Filing fee $ 100, receipt number 0540-7149037. (Martin, John) (Entered: 02/21/2019) |
| 02/21/2019 | 156 | NOTICE of Attorney Appearance - Pro Hac Vice by Lucile H. Cohen on behalf of Anthem Inc. Filing fee $ 100, receipt number 0540-7149100. (Cohen, Lucile) (Entered: 02/21/2019) |
| 02/21/2019 | 157 | NOTICE of Attorney Appearance - Pro Hac Vice by Julia B. Hartley on behalf of Anthem Inc. Filing fee $ 100, receipt number 0540-7149107. (Hartley, Julia) (Entered: 02/21/2019) |
| 02/21/2019 | 158 | RESPONSE to Motion re 151 MOTION to Dismiss for Lack of Jurisdiction *Personal Jurisdiction filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Text of Proposed Order)(Dutko, Daniel) (Entered: 02/21/2019) |
| 02/22/2019 | 159 | RESPONSE to Motion re 152 MOTION to Compel *Plaintiffs' Email Production filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Dutko, Daniel) (Entered: 02/22/2019) |
| 02/26/2019 | 160 | ORDER Resetting Hearing on Motions 123 Opposed MOTION for Extension of Time to Amend *Replead RICO and Fraudulent Concealment Allegations*, 138 MOTION to Compel *Discovery*, 154 MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease *by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro, Dr. John J. Halperin,*, 151 *MOTION to Dismiss for Lack of Jurisdiction* |

| | | |
|---|---|---|
| | | *Personal Jurisdiction, 146 MOTION to Compel Deposition Dates and Damages Computations, 148 MOTION to Continue :( Motion Hearing reset for 3/11/2019 at 02:00 PM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.) Accordingly, the Court ORDERS the following expedited briefing schedule on Docket No. 154: Plaintiffs responsive brief is due February 28, 2019 before 5 p.m.; Defendants reply brief, if any, is due March 4, 2019 before 5 p.m.; and Plaintiffs sur-reply brief, if any, is due March 8, 2019 before 5 p.m. Signed by District Judge Robert W. Schroeder, III on 02/26/19. (lfs, ) Modified on 2/26/2019 (slo, ). (Entered: 02/26/2019)* |
| 02/28/2019 | 161 | NOTICE of Change of Address by Alan F. Law (Law, Alan) (Entered: 02/28/2019) |
| 02/28/2019 | 162 | NOTICE of Attorney Appearance - Pro Hac Vice by Robert C.K. Boyd on behalf of Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. Filing fee $ 100, receipt number 0540-7160146. (Boyd, Robert) (Entered: 02/28/2019) |
| 02/28/2019 | 163 | RESPONSE to Motion re 154 MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease *by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro, Dr. John J. Halperin, filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Higgins, Ryan) (Entered: 02/28/2019)* |
| 02/28/2019 | 164 | REPLY to Response to Motion re 151 MOTION to Dismiss for Lack of Jurisdiction *Personal Jurisdiction filed by Raymond J. Dattwyler, John J. Halperin, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Low, Ronald) (Entered: 02/28/2019)* |
| 03/01/2019 | 165 | NOTICE by Aetna Inc., *Defendants' Notice of Compliance with Designation of Experts and Service of Expert Reports (Sheridan, Matthew) (Entered: 03/01/2019)* |
| 03/04/2019 | 166 | REPLY to Response to Motion re 154 MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease *by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro, Dr. John J. Halperin, filed by Anthem Inc, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Exhibit A - Preliminary Report of Dr. Pinsky, # 2 Exhibit B - Medical Records (filed separately under seal), # 3 Exhibit C - California Medical Board Accusation)(Klinsport, Kimberly) (Entered: 03/04/2019)* |
| 03/04/2019 | 167 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 166 Reply to Response to Motion, Exhibit B. (Klinsport, Kimberly) (Entered: 03/04/2019) |
| 03/04/2019 | 168 | STATUS REPORT *OF THE PARTIES IN ADVANCE OF MARCH 11, 2019 MOTIONS HEARING by Aetna Inc.,. (Sheridan, Matthew) (Entered: 03/04/2019)* |
| 03/05/2019 | 169 | NOTICE of Attorney Appearance - Pro Hac Vice Jeffrey E. Gewirtz Filing fee $ 100 (aam, ) (Entered: 03/05/2019) |
| 03/05/2019 | | Pro Hac Vice Filing fee paid by Jeffrey E. Gweirtz; Fee: $100, receipt number: TXE100018098 (aam, ) (Entered: 03/05/2019) |

| 03/05/2019 | 170 | *WITHDRAWN WITHOUT PREJUDICE as to refiling per 182 Order* MOTION to Intervene by Caitlin McGrory, Steve Hepler, Amber Boyles. (Gewirtz, Jeffrey) (Additional attachment(s) added on 3/6/2019: # 1 Text of Proposed Order) (slo, ). Modified on 3/21/2019 (slo, ) (Entered: 03/05/2019) |
|---|---|---|
| 03/05/2019 | 171 | NOTICE by Aetna Inc., re 152 MOTION to Compel *Plaintiffs' Email Production - Defendants' Withdrawal of Motion* (Sheridan, Matthew) (Entered: 03/05/2019) |
| 03/11/2019 | 172 | Minute Entry for proceedings held before District Judge Robert W. Schroeder III: Motion Hearing held on 3/11/2019 re 123 Opposed MOTION for Extension of Time to Amend *Replead RICO and Fraudulent Concealment Allegations* filed by Alarie Bowerman, Michael Fundenberger, Jane Powell, Brienna Reed, Christopher Valerio, Allison Lynn Caruana, Rosetta Fuller, Gayle Clarke, Gail Meads, Kristine Woodard, Jessica McKinnie, Lana Barnes, Lisa Torrey, Mike Peacher, Randy Sykes, Amy Hanneken, Max Shindler, Carol Fisch, Kathryn Kocurek, Tawnya Dawn Smith, Steven Ward, Chloe Lohmeyer, Adriana Monteiro Moreira, 154 MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease *by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro, Dr. John J. Halperin, filed by Anthem Inc,* 151 MOTION to Dismiss for *Lack of Jurisdiction Personal Jurisdiction filed by Gary P. Wormser, Allen Steere, Raymond J. Dattwyler, Leonard Sigal, John J. Halperin, Eugene Shapiro,* 146 MOTION *to Compel Deposition Dates and Damages Computations filed by Infectious Diseases Society of America, Cigna Corporation, Gary P. Wormser, Robert B. Nadelman, United Healthcare Group Incorporated, Blue Cross and Blue Shield Association, Allen Steere, Raymond J. Dattwyler, Leonard Sigal, Kaiser Permanente, Inc., United Healthcare Services, Inc., Anthem Inc, John J. Halperin, Eugene Shapiro, Blue Cross and Blue Shield of Texas, Aetna Inc.,,* 138 MOTION to Compel Discovery *filed by Alarie Bowerman, Michael Fundenberger, Jane Powell, Brienna Reed, Christopher Valerio, Allison Lynn Caruana, Rosetta Fuller, Gayle Clarke, Gail Meads, Kristine Woodard, Jessica McKinnie, Lana Barnes, Lisa Torrey, Mike Peacher, Randy Sykes, Amy Hanneken, Max Shindler, Carol Fisch, Kathryn Kocurek, Tawnya Dawn Smith, Steven Ward, Chloe Lohmeyer, Adriana Monteiro Moreira,* 148 MOTION to Continue *filed by Alarie Bowerman, Michael Fundenberger, Jane Powell, Brienna Reed, Christopher Valerio, Allison Lynn Caruana, Rosetta Fuller, Gayle Clarke, Gail Meads, Kristine Woodard, Jessica McKinnie, Lana Barnes, Lisa Torrey, Mike Peacher, Randy Sykes, Amy Hanneken, Max Shindler, Carol Fisch, Kathryn Kocurek, Tawnya Dawn Smith, Steven Ward, Chloe Lohmeyer, Adriana Monteiro Moreira. (Court Reporter Christy Sievert) (Attachments: # 1 Attorney Sign In Sheet) (bas) (Entered: 03/11/2019)* |
| 03/13/2019 | 173 | PAPER TRANSCRIPT REQUEST by Aetna Inc., for proceedings held on 3/11/19 Status Conference before Judge Schroeder. (Doan, Jennifer) (Transcript request forwarded to Christy Sievert, Court Reporter) (Main Document 173 replaced with flattened image on 11/19/2021).(hma) (Entered: 03/13/2019) |
| 03/13/2019 | 174 | NOTICE by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser *Defendants' Notice of Hearing Presentation Slides* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Doan, Jennifer) (Entered: 03/13/2019) |
| 03/14/2019 | 175 | PAPER TRANSCRIPT REQUEST by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy |

| | | |
|---|---|---|
| | | Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Steven Ward, Kristine Woodard. (Egdorf, Eugene) (Transcript request forwarded to Christy Sievert, Court Reporter.) (Main Document 175 replaced with flattened image on 3/14/2019) (lfs) (Entered: 03/14/2019) |
| 03/18/2019 | 176 | MOTION to Withdraw 170 MOTION to Intervene by Caitlin McGrory. (Attachments: # 1 Text of Proposed Order)(Gewirtz, Jeffrey) (Entered: 03/18/2019) |
| 03/18/2019 | 177 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 03/11/19 before Judge Robert W. Schroeder. Court Reporter/Transcriber: Christy Sievert,Telephone number: 469-600-5074. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 4/8/2019. Release of Transcript Restriction set for 6/17/2019. (lfs, ) (Entered: 03/18/2019) |
| 03/18/2019 | 178 | RESPONSE to Motion *(Supplemental Submission In Support of IME filed by Anthem Inc)* re 154 MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro, Dr. John J. Halperin, (Klinsport, Kimberly) Modified on 3/19/2019 (slo, ). (Entered: 03/18/2019) |
| 03/18/2019 | 179 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 178 Response to Motion,. (Attachments: # 1 Exhibit A ((Bowerman, Anais), # 2 Exhibit B ((Bowerman, Elise), # 3 Exhibit C (Bowerman, Emory), # 4 Exhibit D (Caruana, Allison), # 5 Exhibit E - Part 1 (Clarke, Gayle), # 6 Exhibit E - Part 2 (Clarke, Gayle), # 7 Exhibit E - Part 3 (Clarke, Gayle), # 8 Exhibit F (Fisch, Carol), # 9 Exhibit G - Part 1 (Fuller, Rosetta), # 10 Exhibit G - Part 2 (Fuller, Rosetta), # 11 Exhibit H - Part 1 (Hanneken, Amy), # 12 Exhibit H - Part 2 (Hanneken, Amy), # 13 Exhibit H - Part 3 (Hanneken, Amy), # 14 Exhibit H - Part 4 (Hanneken, Amy), # 15 Exhibit I (Lohmeyer, Chloe), # 16 Exhibit J (Meads, Gail), # 17 Exhibit K (McKinnie, Jessica), # 18 Exhibit L (Moreira, Adriana), # 19 Exhibit M (Peacher, Ashley), # 20 Exhibit N (Pitre, Monet), # 21 Exhibit O (Powell, Jane), # 22 Exhibit P (Reed, Brienna), # 23 Exhibit Q (Shindler, Max), # 24 Exhibit R (Smith, Tawnya), # 25 Exhibit S (Sykes, Randy), # 26 Exhibit T (Torrey, Lisa), # 27 Exhibit U (Valerio, Christopher), # 28 Exhibit V (Ward, Steven), # 29 Exhibit W (Woodard, Kristine))(Klinsport, Kimberly) (Entered: 03/18/2019) |
| 03/18/2019 | 180 | Joint MOTION for Extension of Time to File *Status Report* by Aetna Inc.,. (Sheridan, Matthew) (Additional attachment(s) added on 3/19/2019: # 1 Text of Proposed Order) (slo, ). (Entered: 03/18/2019) |
| 03/20/2019 | 181 | STATUS REPORT *Joint Report of the Parties Following March 11, 2019 Motions Hearing* by Aetna Inc.,. (Attachments: # 1 Text of Proposed Order)(Sheridan, Matthew) (Entered: 03/20/2019) |
| 03/21/2019 | 182 | |

| | | |
|---|---|---|
| | | ORDER granting 176 MOTION to Withdraw 170 MOTION to Intervene. It is ORDERED that Docket No. 170 is WITHDRAWN WITHOUT PREJUDICE as to refiling. The Court GRANTS Proposed Plaintiff-Intervenors LEAVE TO REFILE their motion to intervene once they have complied with all relevant Local Rules. Signed by District Judge Robert W. Schroeder, III on 3/21/2019. (slo, ) (Entered: 03/21/2019) |
| 03/21/2019 | 183 | ORDER granting 180 Motion for Extension of Time to File. It is therefore ORDERED that the parties may report their status as ordered during the March 11, 2019 hearing by March 20, 2018. Signed by District Judge Robert W. Schroeder, III on 3/21/2019. (slo, ) (Entered: 03/21/2019) |
| 03/21/2019 | 184 | ORDER. The Court ORDERS Plaintiffs and the Insurance Defendants to file separate statements explaining the substantive reasons for their positions on the areas of disagreement (identified in 181 Joint Status Report) by Monday, March 25, 2019. Each statement shall not exceed five pages. Signed by District Judge Robert W. Schroeder, III on 3/21/2019. (slo, ) (Entered: 03/21/2019) |
| 03/25/2019 | 185 | STATUS REPORT - *Insurance Defendants' Statement Concerning Discovery Issues* by Anthem Inc. (Klinsport, Kimberly) (Entered: 03/25/2019) |
| 03/25/2019 | 186 | AMENDED COMPLAINT against Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser, filed by Michael Fundenberger, Gayle Clarke, Jane Powell, Brienna Reed, Lisa Torrey, Kathryn Kocurek, Kristine Woodard, Rosetta Fuller, Randy Sykes, Adriana Monteiro Moreira, Amy Hanneken, Gail Meads, Chloe Lohmeyer, Carol Fisch, Christopher Valerio, Jessica McKinnie, Alarie Bowerman, Max Shindler, Mike Peacher, Allison Lynn Caruana, Tawnya Dawn Smith. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Dutko, Daniel) (Entered: 03/25/2019) |
| 03/25/2019 | 187 | STATUS REPORT - *Plaintiffs' Statement Regarding Date Discovery Period Should Commence* by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Kristine Woodard. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Dutko, Daniel) (Entered: 03/25/2019) |
| 03/25/2019 | 188 | NOTICE of Discovery Disclosure by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, Christopher Valerio, Kristine Woodard - *Notice of Compliance Regarding Plaintiffs' Supplemental Additional Disclosures and Initial Production* (Dutko, Daniel) (Entered: 03/25/2019) |
| 04/09/2019 | 189 | ORDER. Defendants are ORDERED to filed supplemental briefs under seal explaining, with particularity, why each plaintiffs medical history demonstrates good cause for the requested IME. Where appropriate, Defendants should explain, with particularity, why any prior Lyme disease tests fail to eliminate the need for an IME now, and what additional and otherwise unavailable information the requested IME will provide. Defendants briefs shall not exceed one (1) page and shall be filed by Friday, April 12, 2019. Signed by District Judge Robert W. Schroeder, III on 04/09/19. (lfs, ) (Entered: |

| | | 04/09/2019) |
|---|---|---|
| 04/09/2019 | 190 | ORDER. Plaintiffs Motion to Compel Discovery (Docket No. 138) is GRANTED-AS-MODIFIED. At the hearing, the Court ordered Plaintiffs to produce all relevant documents with no limit on the timeframe. Docket No. 177 at 102:1216. Accordingly, and to the extent Plaintiffs have not yet produced these documents, Defendants Motion to Compel Deposition Dates and Damages (Docket No. 146) is GRANTED. Prior to the hearing, the Parties indicated they reached agreement on Defendants Motion to Compel Plaintiffs Email Production (Docket No. 152). Docket No. 168 at 3. Accordingly, that motion (Docket No. 152) is DENIED-AS-MOOT.. Signed by District Judge Robert W. Schroeder, III on 04/09/19. (lfs, ) (Entered: 04/09/2019) |
| 04/09/2019 | 191 | **DEFICIENT DOCUMENT. ATTORNEY MUST REFILE.** MOTION to Dismiss *First Amended Complaint* by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Exhibit)(Low, Ronald) Modified on 4/10/2019 (slo, ). (Entered: 04/09/2019) |
| 04/10/2019 | | NOTICE of Deficiency regarding 191 Motion to Dismiss First Amended Complaint submitted. Exhibit not identified with specificity and proposed order. not attached separately to document. Attorney to refile. Correction should be made by One Business Day. (slo, ) (Entered: 04/10/2019) |
| 04/10/2019 | 192 | MOTION to Dismiss *Plaintiffs First Amended Complaint - Corrected* by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Exhibit A - Order on Texas Medical Board Opposed Motion to Quash Subpoena)(Low, Ronald) (Entered: 04/10/2019) |
| 04/12/2019 | 193 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 178 Response to Motion,. (Attachments: # 1 Ex. P [Corrected] - Brienna, Reed, # 2 Ex. T [Corrected] - Torrey, Lisa, # 3 Ex. U [Corrected] - Valerio, Christopher)(Klinsport, Kimberly) (Entered: 04/12/2019) |
| 04/12/2019 | 194 | SEALED SECOND SUPPLEMENTAL SUBMISSION to 154 MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease *by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro, Dr. John J. Halperin,. (Attachments: # 1 Ex. 1 - Declaration of Robert L. Pinsky, M.D.)(Klinsport, Kimberly) (Entered: 04/12/2019)* |
| 04/15/2019 | 195 | ORDER. Plaintiffs' Motion for Extension of Time to Replead 123 is DENIED-AS-MOOT. Signed by District Judge Robert W. Schroeder, III on 04/15/19. (lfs, ) (Entered: 04/15/2019) |
| 04/23/2019 | 196 | RESPONSE to Motion re 192 MOTION to Dismiss *Plaintiffs First Amended Complaint - Corrected filed by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3* |

| | | Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Dutko, Daniel) (Entered: 04/23/2019) |
|---|---|---|
| 05/01/2019 | 197 | REPLY to Response to Motion re 192 MOTION to Dismiss *Plaintiffs First Amended Complaint - Corrected filed by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser.* (Attachments: # 1 Exhibit Exhibit A - Email Communication re Custodians, # 2 Exhibit Exhibit B - 2008.05.01 CT AG press release)(Low, Ronald) (Entered: 05/01/2019) |
| 05/10/2019 | 198 | ORDER. Defendants are ORDERED to file a notice by May 17, 2019 explaining the outcome of the parties meet and confer and identifying the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it. Signed by District Judge Robert W. Schroeder, III on 05/10/19. (lfs, ) (Entered: 05/10/2019) |
| 05/17/2019 | 199 | NOTICE by Anthem Inc, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser re 198 Order, 154 MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease *by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro, Dr. John J. Halperin,* (Attachments: # 1 Ex. A - Declaration of Nina Torten, M.D., # 2 Ex. B - Excerpts of Plaintiffs' Expert Designations, # 3 Ex. C - March 22, 2019 Email)(Klinsron, Kimberly) (Entered: 05/17/2019) |
| 05/22/2019 | 200 | RESPONSE to 199 Notice (Other),, *Defendants' Notice Regarding IME Meet-and-Confer filed by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard.* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dutko, Daniel) (Entered: 05/22/2019) |
| 05/23/2019 | 201 | NOTICE of Attorney Appearance by Elizabeth Mooar Chiaviello on behalf of Cigna Corporation (Chiaviello, Elizabeth) (Entered: 05/23/2019) |
| 05/23/2019 | 202 | NOTICE of Attorney Appearance by Nicholaus Engelhard Floyd on behalf of Cigna Corporation (Floyd, Nicholaus) (Entered: 05/23/2019) |
| 05/30/2019 | 203 | ORDER granting 148 MOTION to Continue. The Court RESETS the trial setting in this case for February 2020. The parties are ORDERED to submit, within seven (7) days from the date of this order, a joint proposed docket control order incorporating the following schedule of deadlines:Jury Trial: February 24, 2020 at 9:00 a.m., Jury Selection: February 18, 2020 at 9:00 a.m., Pre-Trial Conference: February 4, 2020 at 10:00 a.m., Dispositive Motions Deadline: December 10, 2019. Signed by District Judge Robert W. Schroeder, III on 05/30/19. (lfs, ) (Entered: 05/30/2019) |
| 06/06/2019 | 204 | **\*\*\*FILED IN ERROR BY ATTORNEY, PLEASE IGNORE. ATTORNEY WILL REFILE\*\*\*Joint MOTION to rule on disputed docket control order by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Amber Boyles, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Steve Hepler, Infectious Diseases Society of America, Kaiser Permanente, Inc., Caitlin McGrory, Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen** |

| | | |
|---|---|---|
| | | Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order Disputed Docket Control Order)(Low, Ronald) Modified on 6/6/2019 (lfs, ). (Entered: 06/06/2019) |
| 06/06/2019 | | ***FILED IN ERROR PER ATTORNEY. Document # 204, Joint Motion. PLEASE IGNORE. ATTORNEY WILL REFILE***<br><br>(lfs, ) (Entered: 06/06/2019) |
| 06/06/2019 | 205 | Joint MOTION to rule on disputed docket control order by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order Disputed Docket Control Order)(Low, Ronald) (Entered: 06/06/2019) |
| 06/25/2019 | 206 | ORDER Setting Hearing on Motion 192 MOTION to Dismiss *Plaintiffs First Amended Complaint - Corrected*, 151 MOTION to Dismiss for Lack of Jurisdiction *Personal Jurisdiction* : Motion Hearing set for 7/10/2019 02:00 PM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Signed by District Judge Robert W. Schroeder, III on 6/25/2019. (slo, ) (Entered: 06/25/2019) |
| 06/26/2019 | 207 | DOCKET CONTROL/SCHEDULING ORDER:( Pretrial Conference reset for 2/4/2020 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Jury Selection reset for 2/24/2020 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Jury Trial reset for 2/24/2020 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Proposed Pretrial Order due by 1/14/2020.), Motions terminated: 205 Joint MOTION to rule on disputed docket control order filed by Infectious Diseases Society of America, Blue Cross and Blue Shield Association, Allen Steere, Raymond J. Dattwyler, Cigna Corporation, Leonard Sigal, Kaiser Permanente, Inc., Gary P. Wormser, Robert B. Nadelman, United Healthcare Group Incorporated, United Healthcare Services, Inc., Anthem Inc, John J. Halperin, Eugene Shapiro, Blue Cross and Blue Shield of Texas, Aetna Inc.,,, ( Pretrial Conference reset for 2/4/2020 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Jury Selection reset for 2/24/2020 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Jury Trial reset for 2/24/2020 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Proposed Pretrial Order due by 1/14/2020.). Signed by Magistrate Judge Caroline Craven on 06/26/19. (lfs, ) (Entered: 06/26/2019) |
| 07/01/2019 | 208 | ORDER resetting Hearing on Motion 192 MOTION to Dismiss *Plaintiffs First Amended Complaint - Corrected*, 151 MOTION to Dismiss for Lack of Jurisdiction *Personal Jurisdiction* :( Motion Hearing set for 7/17/2019 02:00 PM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.). Signed by District Judge Robert W. Schroeder, III on 07/01/19. (lfs, ) (Entered: 07/01/2019) |
| 07/08/2019 | 209 | NOTICE of Attorney Appearance by Michael John Forbes on behalf of Blue Cross and Blue Shield of Texas (Forbes, Michael) (Entered: 07/08/2019) |
| 07/10/2019 | 210 | MOTION to Compel *DISCOVERY* by Lisa Torrey. (Attachments: # 1 Text of Proposed Order)(Dutko, Daniel) (Entered: 07/10/2019) |
| 07/15/2019 | 211 | Amended MOTION to Compel *DISCOVERY* by Lisa Torrey. (Attachments: # 1 Text of Proposed Order)(Higgins, Ryan) (Entered: 07/15/2019) |

| 07/16/2019 | 212 | NOTICE of Attorney Appearance by Patrick Colbert Clutter, IV on behalf of United Healthcare Group Incorporated, United Healthcare Services, Inc. (Clutter, Patrick) (Entered: 07/16/2019) |
|---|---|---|
| 07/17/2019 | 213 | Minute Entry for proceedings held before District Judge Robert W. Schroeder III: Motion Hearing held on 7/17/2019 re 151 MOTION to Dismiss for Lack of Jurisdiction *Personal Jurisdiction* filed by Allen Steere, John J. Halperin, Eugene Shapiro, Raymond J. Dattwyler, Leonard Sigal, Gary P. Wormser, 192 MOTION to Dismiss *Plaintiffs First Amended Complaint - Corrected* filed by Infectious Diseases Society of America, Blue Cross and Blue Shield Association, Allen Steere, Raymond J. Dattwyler, Cigna Corporation, Leonard Sigal, Kaiser Permanente, Inc., Gary P. Wormser, Robert B. Nadelman, United Healthcare Group Incorporated, United Healthcare Services, Inc., Anthem Inc, John J. Halperin, Eugene Shapiro, Blue Cross and Blue Shield of Texas, Aetna Inc. (Court Reporter Theresa Sawyer) (Attachments: # 1 Attorney Sign-In Sheet) (SMC) (Entered: 07/17/2019) |
| 07/19/2019 | 214 | NOTICE by Lisa Torrey (Dutko, Daniel) (Entered: 07/19/2019) |
| 07/19/2019 | 215 | STIPULATION of Dismissal *with prejudice of Plaintiffs Al Barnes, Steven Ward, Gail Meads, Dr. Michael Fundenberger, and Max Schindler* by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Proposed Order)(Klinsport, Kimberly) (Entered: 07/19/2019) |
| 07/22/2019 | 216 | STIPULATION re 210 MOTION to Compel *DISCOVERY*, 213 Motion Hearing,,, *Briefing Schedule on Motion to Compel* by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Steve Hepler, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Proposed Order)(Klinsport, Kimberly) (Entered: 07/22/2019) |
| 07/23/2019 | 217 | Order GRANTING Stipulation of Dismissal of Plaintiffs Al Barnes,Steven Ward, Gail Meads, Dr. Michael Fundenberger and Max Shindler with Prejudice (Docket No. 215). It is therefore ORDERED that all claims asserted in this lawsuit by Plaintiffs Al Barnes, Steven Ward, Gail Meads, Dr. Michael Fundenberger, and Max Shindler be, and they are hereby DISMISSEDWITH PREJUDICE. It is further ORDERED that the parties each bear their respective attorneys fees, costs and expenses incurred in connection with this matter. Signed by District Judge Robert W. Schroeder, III on 07/23/19. (lfs, ) (Entered: 07/24/2019) |
| 07/23/2019 | 218 | ORDER GRANTING 216 Stipulation to Set Briefing Schedule on Plaintiffs Further Amended Motion to Compel Discovery. It is therefore ORDERED that:1.Plaintiffs shall file a further amended motion to compel discovery on or before July 24, 2019, limiting the issues presented in their prior Amended Motion to Compel Discovery (Docket No. 211) to only those issues that remain in dispute between the parties.2.Defendants shall file their response(s) to Plaintiffs Further Amended Motion on or before August 5, 2019.3.Pursuant to the Courts standing discovery order, no further briefing shall be allowed on Plaintiffs Further Amended Motion absent a request from the parties and order from the Court. Signed by District Judge Robert W. Schroeder, III on 07/23/19. (lfs, ) (Entered: 07/24/2019) |

| | | |
|---|---|---|
| 07/24/2019 | <u>219</u> | Emergency MOTION to Compel *Discovery* by Lisa Torrey. (Higgins, Ryan) (Entered: 07/24/2019) |
| 07/29/2019 | <u>220</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 07/17/19 before Judge Schroeder. Court Reporter/Transcriber: Theresa Sawyer,Telephone number: 479-866-0140.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov</span>**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 8/19/2019. Release of Transcript Restriction set for 10/28/2019. (lfs, ) (Entered: 07/29/2019) |
| 08/02/2019 | <u>221</u> | NOTICE of Attorney Appearance by Sara Ann Brown on behalf of Anthem Inc (Brown, Sara) (Entered: 08/02/2019) |
| 08/05/2019 | <u>222</u> | RESPONSE in Opposition re <u>219</u> Emergency MOTION to Compel *Discovery filed by Raymond J. Dattwyler, John J. Halperin, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser.* (Attachments: # <u>1</u> Text of Proposed Order Proposed Order, # <u>2</u> Exhibit A - Email, # <u>3</u> Exhibit B - 5/17/19 letter, # <u>4</u> Exhibit C - Email, # <u>5</u> Exhibit D - Email, # <u>6</u> Exhibit E - Email)(Low, Ronald) (Entered: 08/05/2019) |
| 08/05/2019 | <u>223</u> | Unopposed MOTION for Leave to File Excess Pages *in the Insurance Defendants' Response to Plaintiffs' Emergency Motion to Compel* by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Kaiser Permanente, Inc., United Healthcare Group Incorporated, United Healthcare Services, Inc.. (Attachments: # <u>1</u> Proposed Order)(Brown, Sara) (Entered: 08/05/2019) |
| 08/05/2019 | <u>224</u> | RESPONSE in Opposition re <u>219</u> Emergency MOTION to Compel *Discovery on behalf of the Insurance Defendants filed by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Kaiser Permanente, Inc., United Healthcare Group Incorporated, United Healthcare Services, Inc..* (Attachments: # <u>1</u> Ex. A - September 5, 2018 Letter from Plaintiffs, # <u>2</u> Ex. B - October 5, 2018 Anthem Response, # <u>3</u> Ex. C - May 10, 2019 Letter from Plaintiffs, # <u>4</u> Ex. D - June 6, 2019 Anthem Response, # <u>5</u> Ex. E - July 1, 2019 Email, # <u>6</u> Ex. F - July 19, 2019 Email, # <u>7</u> Ex. G - Deposition Excerpts, # <u>8</u> Ex. H - Declaration - Aetna, # <u>9</u> Ex. I - Declaration - Anthem, # <u>10</u> Ex. J - Declaration - Cigna, # <u>11</u> Ex. K - Declaration - Kaiser, # <u>12</u> Ex. L - Declaration - United)(Brown, Sara) (Additional attachment(s) added on 8/6/2019: # <u>13</u> Text of Proposed Order) (lfs, ). (Entered: 08/05/2019) |
| 08/06/2019 | <u>225</u> | ORDER granting <u>223</u> Motion for Leave to File Excess Pages. It is thereforeORDERED that the Insurance Defendants response to Docket No. 219 shall not exceed 15 pages and attachments thereto shall not exceed 32 pages.Signed by District Judge Robert W. Schroeder, III on 08/06/19. (lfs, ) (Entered: 08/06/2019) |
| 08/07/2019 | <u>226</u> | MOTION for Protective Order by Infectious Diseases Society of America. (Attachments: # <u>1</u> Text of Proposed Order, # <u>2</u> Exhibit Exhibit A - Deposition Topics, # <u>3</u> Exhibit Exhibit B - Objections and Responses)(Low, Ronald) (Entered: 08/07/2019) |
| 08/12/2019 | <u>227</u> | |

| | | |
|---|---|---|
| | | ***FILED IN ERROR BY ATTORNEY. PLEASE IGNORE. ATTORNEY TO REFILE IN 1 BUSINESS DAY.*** MOTION for Protective Order *from Plaintiffs' Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30 (b) (6)* by Aetna Inc.,. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit)(Sheridan, Matthew) Modified on 8/12/2019 (lfs, ). (Entered: 08/12/2019) |
| 08/12/2019 | | ***FILED IN ERROR. ATTORNEY TO REFILE ATTACHING PROPOSED ORDER PURSUANT TO LR CV 5(A)(10) Document # 227, Motion for Protective Order. PLEASE IGNORE.***<br><br>(lfs, ) Modified on 8/12/2019 (lfs, ). (Entered: 08/12/2019) |
| 08/12/2019 | <u>228</u> | MOTION for Protective Order *From Plaintiff's Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)* by Aetna Inc.,. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Text of Proposed Order)(Sheridan, Matthew) (Entered: 08/12/2019) |
| 08/14/2019 | <u>229</u> | MOTION Request for Status Conference by Lisa Torrey. (Dutko, Daniel) (Additional attachment(s) added on 8/14/2019: # <u>1</u> Text of Proposed Order) (lfs, ). (Entered: 08/14/2019) |
| 08/14/2019 | <u>230</u> | RESPONSE to Motion re <u>226</u> MOTION for Protective Order *filed by Lisa Torrey.* (Dutko, Daniel) (Entered: 08/14/2019) |
| 08/14/2019 | <u>231</u> | ***DEFICIENT DOCUMENT, ATTORNEY WILL HAVE 1 BUSINES DAY TO REFILE. PLEASE IGNORE***Unopposed MOTION for Leave to File *Plaintiffs' Reply to Insurance Defendants' Response to Emergency Motion to Compel* by Lisa Torrey. (Attachments: # <u>1</u> Plaintiffs' Reply to Insurance Defendants' Response to Emergency Motion to Compel, # <u>2</u> Exhibit A)(Dutko, Daniel) Modified on 8/14/2019 (lfs, ). (Entered: 08/14/2019) |
| 08/14/2019 | | PLEASE IGNORE #231. NOTICE of Deficiency regarding the 231 Motion for Leave to File submitted. Not filed per LR CV 7(a) and (k). Attorney to refile within 1 business day.(lfs, ) (Entered: 08/14/2019) |
| 08/14/2019 | <u>232</u> | Unopposed MOTION for Leave to File *Plaintiffs' Reply to Insurance Defendants' Response to Emergency Motion to Compel* by Lisa Torrey. (Attachments: # <u>1</u> Text of Proposed Order)(Dutko, Daniel) (Entered: 08/14/2019) |
| 08/14/2019 | <u>233</u> | REPLY to Response to Motion re <u>219</u> Emergency MOTION to Compel *Discovery filed by Lisa Torrey.* (Attachments: # <u>1</u> Exhibit A)(Dutko, Daniel) (Entered: 08/14/2019) |
| 08/14/2019 | <u>234</u> | ORDER. The Court hereby SETS Plaintiffs Emergency Motion to Compel Discovery (Docket No. 219), Defendant Infectious Diseases Society of Americas Motion for Protective Order (Docket No. 226), and Defendant Aetnas Motion for Protection from Plaintiffs Notice of Deposition (Docket No. 228) for a hearing on Thursday, August 22, 2019, at 10 a.m. in Texarkana, Texas.Plaintiffs response to Defendant Aetnas Motion for Protection from Plaintiffs Notice of Deposition (Docket No. 228) shall be due Tuesday, August 20, 2019, at 12 p.m. The Court GRANTS Plaintiffs Request for Status Conference (Docket No. 229) to be held during the above-set hearing.The parties are reminded of their responsibility to comply with the Courts Standing Order Regarding Meet and Confer Obligations Relating to Discovery Disputes. Signed by District Judge Robert W. Schroeder, III on 08/14/19. (lfs, ) (Entered: 08/14/2019) |
| 08/14/2019 | <u>235</u> | ORDER granting <u>232</u> Plaintiff's Unopposed Motion for Leave to File Reply to Insurance Defendants' Response to Plaintiffs' Emergency Motion to Compel. Signed by District Judge Robert W. Schroeder, III on 08/14/19. (lfs, ) (Entered: 08/14/2019) |

| | | |
|---|---|---|
| 08/19/2019 | 236 | ***DEFICIENT DOCUMENT, ATTORNEY WILL REFILE. PLEASE IGNORE.***Opposed MOTION for Leave to File *Reply to Plaintiffs' Response to Defendant's Motion for Protective Order* by Infectious Diseases Society of America. (Attachments: # 1 Exhibit Reply to Plaintiff's response to Motion for PO, # 2 Exhibit Proposed Order)(Low, Ronald) Modified on 8/20/2019 (lfs, ). (Entered: 08/19/2019) |
| 08/20/2019 | | NOTICE of Deficiency regarding the 236 Motion for leave submitted does not comply with LR CV7(k) Motions for Leave. Correction should be made by 1 business day. (lfs, ) (Entered: 08/20/2019) |
| 08/20/2019 | 237 | Opposed MOTION for Leave to File *Reply to Plaintiffs' Response to Defendant's Motion for Protective Order* by Infectious Diseases Society of America. (Attachments: # 1 Text of Proposed Order)(Low, Ronald) (Entered: 08/20/2019) |
| 08/20/2019 | 238 | REPLY to Response to Motion re 228 MOTION for Protective Order *From Plaintiff's Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)* filed by Infectious Diseases Society of America. (Low, Ronald) (Entered: 08/20/2019) |
| 08/20/2019 | 239 | RESPONSE to Motion re 228 MOTION for Protective Order *From Plaintiff's Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)* filed by Lisa Torrey. (Dutko, Daniel) (Additional attachment(s) added on 8/21/2019: # 1 Text of Proposed Order) (lfs, ). (Entered: 08/20/2019) |
| 08/20/2019 | 240 | NOTICE by Aetna Inc., re 228 MOTION for Protective Order *From Plaintiff's Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b) Joint Notice Regarding Aetna Inc.'s Motion for Protection from Plaintiffs' Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6)* (Doan, Jennifer) (Entered: 08/20/2019) |
| 08/20/2019 | 241 | ***FILED IN ERROR. PLEASE IGNORE.***NOTICE by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard re 219 Emergency MOTION to Compel *Discovery JOINT REPORT ON PLAINTIFFS EMERGENCY MOTION TO COMPEL* (Lee, Lance) Modified on 8/21/2019 (lfs, ). (Entered: 08/20/2019) |
| 08/20/2019 | 242 | NOTICE by Infectious Diseases Society of America re 226 MOTION for Protective Order *Joint Notice Regarding IDSA's Motion for Protective Order* (Low, Ronald) (Entered: 08/20/2019) |
| 08/21/2019 | | NOTICE of Deficiency regarding the 241 Joint Notice. Joint pleadings require signatures of all parties. Correction should be made by 1 business day. (lfs, ) (Entered: 08/21/2019) |
| 08/21/2019 | 243 | NOTICE by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard re 219 Emergency MOTION to Compel *Discovery JOINT REPORT ON PLAINTIFFS EMERGENCY MOTION TO COMPEL* (Lee, Lance) (Entered: 08/21/2019) |
| 08/22/2019 | 245 | Minute Entry for proceedings held before District Judge Robert W. Schroeder III: Motion Hearing held on 8/22/2019 re 226 MOTION for Protective Order filed by Infectious Diseases Society of America and 219 Emergency MOTION to Compel *Discovery* filed by Lisa Torrey. (Court Reporter Ed Reed) (Attachments: # 1 Attorney Sign In Sheet) (bas) (Entered: 08/22/2019) |

| 08/22/2019 | 246 | PAPER TRANSCRIPT REQUEST by Aetna Inc., for proceedings held on 8/22/2019 Motion Hearing before Judge Schroeder, III. (Roeser, Jeffrey) (Transcript Request forwarded to Ed Reed, Court Reporter on 08/22/19) (Main Document 246 replaced on 11/19/2021 with flattened image). (hma) (Entered: 08/22/2019) |
|---|---|---|
| 08/23/2019 | 247 | Joint MOTION to Amend/Correct 207 Scheduling Order,,,,,, Terminate Motions,,,,,, Set Deadlines/Hearings,,,,, by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Cigna Corporation, Raymond J. Dattwyler, John J. Halperin, Steve Hepler, Infectious Diseases Society of America, Kaiser Permanente, Inc., Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 08/23/2019) |
| 08/23/2019 | 248 | NOTICE by Raymond J. Dattwyler, John J. Halperin, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser re 219 Emergency MOTION to Compel *Discovery Doctor Defendants Notice of Supplemental Authority In Opposition To Plaintiffs Emergency Motion to Compel* (Attachments: # 1 Exhibit In re Grand Jury Subpoena, 646 F.2d 963, # 2 Exhibit Dotson v. Edmonson)(Low, Ronald) (Entered: 08/23/2019) |
| 08/26/2019 | 249 | RESPONSE to 248 Notice (Other), *Plaintiffs' Response to Doctor Defendants' Notice of Supplemental Authority filed by Lisa Torrey*. (Egdorf, Eugene) (Entered: 08/26/2019) |
| 08/26/2019 | 250 | AMENDED DOCKET CONTROL/SCHEDULING ORDER:( Pretrial Conference reset for 2/4/2020 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Jury Selection reset for 2/24/2020 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Jury Trial reset for 2/24/2020 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Proposed Pretrial Order due by 1/14/2020.), Motions terminated: 247 Joint MOTION to Amend/Correct 207 Scheduling Order. Signed by District Judge Robert W. Schroeder, III on 08/26/19. (lfs, ) (Entered: 08/26/2019) |
| 08/26/2019 | 251 | NOTICE by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser *Defendants' Notice of Hearing Presentation Slides* (Attachments: # 1 Exhibit Exhibit A - 20190822 Demonstratives for MTC and Protective Order Hearing)(Low, Ronald) (Entered: 08/26/2019) |
| 08/27/2019 | 252 | NOTICE by Raymond J. Dattwyler, John J. Halperin, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser re 248 Notice (Other), *Doctor Defendants Notice of Supplemental Authority In Opposition To Plaintiffs Emergency Motion To Compel* (Low, Ronald) (Entered: 08/27/2019) |
| 08/27/2019 | 253 | NOTICE by Raymond J. Dattwyler, John J. Halperin, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser *Doctor Defendants Second Notice Regarding Employers Email Policies in Opposition to Plaintiffs Emergency Motion to Compel* (Dunn, Alvin) (Entered: 08/27/2019) |
| 08/28/2019 | 254 | NOTICE by Raymond J. Dattwyler, John J. Halperin, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser *Doctor Defendants Third Notice Regarding Employers Email Policies in Opposition to Plaintiffs Emergency Motion to Compel* (Dunn, Alvin) (Entered: 08/28/2019) |
| 08/29/2019 | 255 | ORDER granting 219 Motion to Compel; granting 226 Motion for Protective Order; granting 228 Motion for Protective Order. It isORDERED that the Doctors shall produce their emails from the current work email accounts. It is further ORDERED that the |

| | | |
|---|---|---|
| | | questioning of the IDSA and Aetnas corporate representatives is limited in scope to the timeframe and subject-matter restrictions set forth in the Joint Order (Docket No. 181) and the Courts Order (Docket No. 190). It is further ORDERED that the questioning of the IDSAs corporate representative shall not include the 2019 IDSA Lyme Disease Guidelines.. Signed by District Judge Robert W. Schroeder, III on 08/29/19. (lfs, ) (Entered: 08/29/2019) |
| 09/03/2019 | 256 | STIPULATION *TO CONTINUE DATE TO PROVIDE COURT NOTICE OF INDEPENDENT MEDICAL EXAMINATION DATES* by Anthem Inc, Raymond J. Dattwyler, John J. Halperin, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Proposed Order)(Brown, Sara) (Entered: 09/03/2019) |
| 09/04/2019 | 257 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 08/22/19 before Judge Schroeder. Court Reporter/Transcriber: Edward L. Reed,Telephone number: 409-330-1605.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 9/25/2019. Release of Transcript Restriction set for 12/3/2019. (lfs, ) (Entered: 09/04/2019) |
| 09/05/2019 | 258 | ORDER granting 256 Stipulation. It is therefore ORDERED that Plaintiffs and Defendants counsel shall continue their meet-and-confer efforts and shall provide the Court with the ordered notice providing the times and dates for theindependent medical examinations by October 2, 2019 unless the matter has been stayed in the interim time period. If a stay has been issued, the parties shall provide the Court with notice of the dates and times of the IMEs within two weeks after the stay has been lifted. Signed by District Judge Robert W. Schroeder, III on 09/05/19. (lfs, ) (Entered: 09/05/2019) |
| 09/05/2019 | 259 | Joint MOTION to Stay by Blue Cross and Blue Shield of Texas. (Attachments: # 1 Text of Proposed Order)(Chassman, Peter) (Entered: 09/05/2019) |
| 09/12/2019 | 260 | ORDER granting 259 Motion to Stay. It is therefore ORDERED that this matter shall be STAYED up and through December 31, 2019. During the stay period, there will be no litigation activities between the parties,including discovery, but the parties are not restricted from serving and enforcing document subpoenas against non-parties or participating in mediation.On December 16, 2019, the parties shall submit to the Court a Joint Notice regarding the status of this matter and requesting additional relief, either in the form of an extension of the stay or a termination of the stay and the entry of an amended docket control order, which would request a new trial date and associated dates (e.g., close of discovery, motion dates, expert disclosures, etc.). Signed by District Judge Robert W. Schroeder, III on 09/12/19. (lfs, ) (Entered: 09/12/2019) |
| 11/26/2019 | 261 | REPORT of Mediation by David Folsom (Ret.). Mediation result: suspended (Infectious Diseases Society of America, Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro, Dr. John J. Halperin, Dr. Leonard Sigal, Dr. Allen Steere, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Aetna Inc., Anthem, Inc., Cigna Corporation, United Healthcare Services, Inc. and United Healthcare Group Incorporated.)(Folsom, David) (Entered: 11/26/2019) |

| 11/26/2019 | 262 | REPORT of Mediation by David Folsom (Ret.). Mediation result: settled (Kaiser Permanente, Inc.)(Folsom, David) (Entered: 11/26/2019) |
|---|---|---|
| 12/16/2019 | 263 | <FILED IN ERROR. PLEASE IGNORE. NOTICE by Blue Cross and Blue Shield of Texas *Joint Notice Regarding Case Status and Joint Motion to Extend Stay of the Case* (Attachments: # 1 Text of Proposed Order Joint Motion to Extend Stay of the Case)(Chassman, Peter) Modified on 12/16/2019 (slo, ). (Entered: 12/16/2019) |
| 12/16/2019 | | **\*\*\*FILED IN ERROR. Document # 263, Notice. Attorney to refile using correct MOTION event. PLEASE IGNORE.\*\*\*** <br><br> (slo, ) (Entered: 12/16/2019) |
| 12/16/2019 | 264 | Joint MOTION *to Extend Stay of the Case and Joint Notice Regarding Case Status* by Blue Cross and Blue Shield of Texas. (Attachments: # 1 Text of Proposed Order on Joint Motion to Extend Stay of the Case.)(Chassman, Peter) (Entered: 12/16/2019) |
| 12/18/2019 | 265 | Order granting 264 Parties' Joint Motion to Extend Stay of the Case. It is, therefore, ORDERED that the stay of the case shall be extended up through and including February 14, 2020, with the exceptions of: 1) third party document discovery, as ordered in the Courts initial stay of the case, and 2) a scheduling conference to be scheduled, as set forth below. It isfurther ORDERED that the parties shall submit a Joint Report to the Court by January 31, 2020. The Joint Report shall include the parties agreements and/or differences concerning the case schedule, the amount of time necessary to finish discovery and trial timing and length. The Court SETS a scheduling conference for February 5, 2020 at 10 a.m. in Texarkana,Texas to take up the matters addressed in the Joint Report so that a case schedule can be put inplace. Signed by District Judge Robert W. Schroeder, III on 12/18/19. (lfs, ) (lfs, ). (Entered: 12/18/2019) |
| 01/14/2020 | | Scheduling Conference set for 2/5/2020 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III per Order (Dkt. No. 265). (slo, ) (Entered: 01/14/2020) |
| 01/29/2020 | 266 | Joint SEALED MOTION *to Stay all Deadlines and Notice of Settlement Between Plaintiffs and Blue Cross and Blue Shield of Texas* by Blue Cross and Blue Shield of Texas. (Attachments: # 1 Text of Proposed Order)(Chassman, Peter) (Entered: 01/29/2020) |
| 01/30/2020 | 267 | ORDER granting 266 Sealed Joint Motion Joint Motion to Stay All Deadlines and Notice of Settlement between Plaintiffs and Blue Cross and Blue Shield of Texas. It is ORDERED that all deadlines between Plaintiffs and BCBST are STAYED for 30 days from the date of this order, pending the parties submission of appropriate dismissal papers. Signed by District Judge Robert W. Schroeder, III on 1/30/2020. (slo, ) (Entered: 01/30/2020) |
| 01/31/2020 | 268 | Joint SEALED MOTION *to Stay All Deadlines and Notice of Settlement* by Kaiser Permanente, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Joint Sealed Motion to Stay and Notice of Settlement)(Law, Alan) (Entered: 01/31/2020) |
| 01/31/2020 | 269 | STATUS REPORT *(Joint)* by Anthem Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ridley, Eileen) (Entered: 01/31/2020) |
| 02/03/2020 | 270 | SEALED MOTION *Joint Motion to Stay All Deadlines and Notice of Settlement* by Cigna Corporation. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1 (SEALED))(Fee, R.) (Entered: 02/03/2020) |

| 02/04/2020 | 271 | ORDER granting 268 Joint Motion to Stay all Deadlines and Notice of Settlement between Plaintiffs and Kaiser Foundation Health Plan, Inc. It is therefore ORDERED that all deadlines between Plaintiffs and Kaiser are STAYED for 30 days from the date of this Order, pending the parties submission of appropriate dismissal papers. This Order shall not impact the status of or deadlines concerning any other defendant in the case. Signed by District Judge Robert W. Schroeder, III on 02/04/20. (lfs, ) (Entered: 02/04/2020) |
|---|---|---|
| 02/04/2020 | 272 | Amended SEALED MOTION *Amended Joint Motion to Stay All Deadlines and Notice of Settlement* by Cigna Corporation. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1 (SEALED))(Fee, R.) (Entered: 02/04/2020) |
| 02/04/2020 | 273 | ORDER granting 272 Sealed Amended Joint Motion to Stay All Deadlines and Notice of Settlement between Plaintiffs and Cigna Health and Life Insurance Company (sued as Cigna Corporation). It is ORDERED that all deadlines between Plaintiffs and Cigna are STAYED for 30 days from the date of this order, pending the parties submission of appropriate dismissal papers. This Order shall not impact the status of or deadlines concerning any other defendant in the case. Signed by District Judge Robert W. Schroeder, III on 02/04/20. (lfs, ) (Entered: 02/04/2020) |
| 02/05/2020 | 274 | Minute Entry for proceedings held before District Judge Robert W. Schroeder III: Scheduling Conference held on 2/5/2020. (Court Reporter Ed Reed) (Attachments: # 1 Attorney Sign In Sheet) (bas) (Entered: 02/05/2020) |
| 02/05/2020 | 275 | PAPER TRANSCRIPT REQUEST by Aetna Inc., for proceedings held on 2/5/2020 Scheduling Conference before Judge Robert W. Schroeder III. (Roeser, Jeffrey) (Transcript Request forwarded to Ed Reed, Court Reporter on 02/05/20) (Main Document 275 replaced on 11/19/2021 with flattened image). (hma) (Entered: 02/05/2020) |
| 02/05/2020 | 276 | ORDER. The Court SETS the following briefing schedules for the motions discussed during the scheduling conference on February 5, 2020. For Defendants Motion to Substitute IME Physician: Defendants Motion is due onFebruary 7, 2020; Plaintiffs Opposition is due on February 18, 2020; and Defendants Reply in support of the Motion is due on February 24, 2020.For Defendants Motion to Bifurcate Discovery and Motion for Protective Order:Defendants Motions are due on February 12, 2020; Plaintiffs Oppositions are due on February 19, 2020, and Defendants Replies in support of the Motions are due on February 26, 2020. Signed by District Judge Robert W. Schroeder, III on 02/05/20. (lfs, ) (Entered: 02/05/2020) |
| 02/07/2020 | 277 | Opposed MOTION Substitute Independent Medical Examiner re 154 MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease *by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, Dr. Raymond J. Dattwyler, Dr. Eugene Shapiro, Dr. John J. Halperin, by Anthem Inc, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Robert B. Nadelman, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Ex. 1 - Declaration of Edward L. Goodman, M.D., # 2 Ex. 2 - January 22, 2020 Email Regarding Plaintiffs' Objection to Substitution, # 3 Proposed Order)(Brown, Sara) (Entered: 02/07/2020)* |
| 02/07/2020 | 278 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Scheduling Conference held on 02/05/2020 before Judge Schroeder. Court Reporter/Transcriber: Ed Reed,Telephone number: 409/330-1605.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to** |

| | | |
|---|---|---|
| | | **the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 2/28/2020. Release of Transcript Restriction set for 5/7/2020. (lfs, ) (Entered: 02/07/2020) |
| 02/10/2020 | 279 | ORDER. The Court GRANTS-IN-PART and DENIES-IN-PART Defendants Motion to Dismiss (Docket No. 192). Plaintiffs fraudulent concealment claims are DISMISSED WITH PREJUDICE. The Doctor Defendants Motion to Dismiss (Docket No. 151) is DENIED. Signed by District Judge Robert W. Schroeder, III on 02/10/20. (lfs, ) (Entered: 02/10/2020) |
| 02/11/2020 | 280 | PAPER TRANSCRIPT REQUEST by Lisa Torrey for proceedings held on 02/05/2020 Scheduling Conference before Judge Robert W. Schroeder III. (Egdorf, Eugene) (Transcript request forwarded to Ed Reed, Court Reporter on 02/12/2020) (Main Document 280 replaced on 11/19/2021 with flattened image). (hma) (Entered: 02/11/2020) |
| 02/12/2020 | 281 | Opposed MOTION for Protective Order *regarding Plaintiffs' proposed depositions of their designated experts* by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit A)(Low, Ronald) (Entered: 02/12/2020) |
| 02/12/2020 | 282 | MOTION to Bifurcate *Case Schedule* by Aetna Inc.,, Anthem Inc, Blue Cross and Blue Shield Association, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Doan, Jennifer) (Entered: 02/12/2020) |
| 02/18/2020 | 283 | RESPONSE in Opposition re 277 Opposed MOTION Substitute Independent Medical Examiner re 154 MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease *by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, filed by Lisa Torrey. (Attachments: # 1 Text of Proposed Order)(Dutko, Daniel) (Entered: 02/18/2020)* |
| 02/19/2020 | 284 | RESPONSE in Opposition re 281 Opposed MOTION for Protective Order *regarding Plaintiffs' proposed depositions of their designated experts filed by Lisa Torrey.* (Attachments: # 1 Text of Proposed Order)(Dutko, Daniel) (Entered: 02/19/2020) |
| 02/19/2020 | 285 | RESPONSE to Motion re 282 MOTION to Bifurcate *Case Schedule filed by Lisa Torrey.* (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Egdorf, Eugene) (Entered: 02/19/2020) |
| 02/24/2020 | 286 | ANSWER to 186 Amended Complaint,,, by Blue Cross and Blue Shield Association.(Donnell, Sarah) (Entered: 02/24/2020) |
| 02/24/2020 | 287 | ANSWER to 186 Amended Complaint,,, by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser.(Low, Ronald) (Entered: 02/24/2020) |
| 02/24/2020 | 288 | ANSWER to 186 Amended Complaint,,, by Aetna Inc.,.(Doan, Jennifer) (Entered: 02/24/2020) |

| | | |
|---|---|---|
| 02/24/2020 | <u>289</u> | Joint SEALED MOTION *to Stay All Deadlines and Notice of Settlement* by Anthem Inc. (Attachments: # <u>1</u> Proposed Order)(Brown, Sara) (Entered: 02/24/2020) |
| 02/24/2020 | <u>290</u> | ANSWER to <u>186</u> Amended Complaint,,, by United Healthcare Group Incorporated, United Healthcare Services, Inc..(Jones, Michael) (Entered: 02/24/2020) |
| 02/24/2020 | <u>291</u> | **DEFICIENT DOCUMENT. ATTORNEY MUST REFILE.** REPLY to Response to Motion re <u>277</u> Opposed MOTION Substitute Independent Medical Examiner re <u>154</u> MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease *by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, filed by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Exhibit, # 2 Exhibit)(Low, Ronald) Modified on 2/25/2020 (slo, ). (Entered: 02/24/2020)* |
| 02/25/2020 | | NOTICE of Deficiency regarding <u>291</u> REPLY to Response to Motion. Exhibits to document number 291 are not identified with specificity per Local Rule 5. Correction should be made by one business day. (slo, ) (Entered: 02/25/2020) |
| 02/25/2020 | <u>292</u> | REPLY to Response to Motion re <u>277</u> Opposed MOTION Substitute Independent Medical Examiner re <u>154</u> MOTION For Independent Medical Examinations of Those Plaintiffs Who Claim to Have Lyme Disease *by Anthem, Inc., The Infectious Diseases Society of America, Dr. Gary P. Wormser, filed by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Exhibit Declaration of Alvin Dunn, # 2 Exhibit Declaration of Michael Tuteur)(Low, Ronald) (Entered: 02/25/2020)* |
| 02/25/2020 | <u>293</u> | ORDER granting <u>289</u> Sealed Motion to Stay Deadlines and Notice of Settlement between Plaintiffs and Anthem, Inc. It is ORDERED that all deadlines between Plaintiffs and Anthem are STAYED for 30 days from the date of this order, pending the parties submission of appropriate dismissal papers. Signed by District Judge Robert W. Schroeder, III on 2/25/2020. (slo, ) (Entered: 02/25/2020) |
| 02/26/2020 | <u>294</u> | Joint MOTION to Stay re <u>267</u> Order on Sealed Motion, *Extend Stay as to BCBSTX* by Blue Cross and Blue Shield of Texas. (Attachments: # <u>1</u> Text of Proposed Order)(Chassman, Peter) (Entered: 02/26/2020) |
| 02/26/2020 | <u>295</u> | REPLY to Response to Motion re <u>281</u> Opposed MOTION for Protective Order *regarding Plaintiffs' proposed depositions of their designated experts filed by Aetna Inc.,,, Blue Cross and Blue Shield Association, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser.* (Low, Ronald) (Entered: 02/26/2020) |
| 02/26/2020 | <u>296</u> | REPLY to Response to Motion re <u>282</u> MOTION to Bifurcate *Case Schedule filed by Aetna Inc.,,, Blue Cross and Blue Shield Association, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser.* (Doan, Jennifer) (Entered: 02/26/2020) |
| 02/27/2020 | <u>297</u> | ORDER granting <u>294</u> Motion to Stay All Deadlines between Plaintiffs and Blue Cross and Blue Shield of Texas. It is ORDERED that the current stay of all deadlines between Plaintiffs and BCBST, which will expire on February 28, 2020, shall be EXTENDED for a period of an additional 30 days from February 28, 2020, pending the parties submission of appropriate dismissal papers. This Order shall not impact the status of or deadlines concerning any other defendant in the case. Signed by District Judge Robert W. |

| | | Schroeder, III on 2/27/2020. (slo, ) (Entered: 02/27/2020) |
|---|---|---|
| 03/02/2020 | 298 | Joint MOTION to Stay re 271 Order on Sealed Motion,, *All Deadlines as Between Plaintiffs and Kaiser Foundation Health Plan, Inc.* by Kaiser Permanente, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Joint Motion to Stay All Deadlines)(Law, Alan) (Entered: 03/02/2020) |
| 03/03/2020 | 299 | NOTICE of Voluntary Dismissal by Lisa Torrey (Egdorf, Eugene) (Additional attachment(s) added on 3/5/2020: # 1 Text of Proposed Order) (slo, ). (Entered: 03/03/2020) |
| 03/03/2020 | 300 | ORDER granting 298 Joint Motion to Stay All Deadlines. It is ORDERED that the current STAY of all deadlines between Plaintiffs and Kaiser which will expire on 3/5/2020, shall be EXTENDED for a period of an additional 30 days from 3/5/2020, pending the parties submission of appropriate dismissal papers. This Order shall not impact the status of or deadlines concerning any other defendant in the case. Signed by District Judge Robert W. Schroeder, III on 3/3/2020. (slo, ) (Entered: 03/03/2020) |
| 03/10/2020 | 301 | ORDER. It is ORDERED that all claims against Cigna Health and Life Insurance Company (sued herein as Cigna Corporation) are DISMISSED WITH PREJUDICE. Each party shall bear its own costs, attorneys fees, and expenses. Cigna Corporation terminated., ORDER re 299 Notice of Voluntary Dismissal filed by Lisa Torrey. Signed by District Judge Robert W. Schroeder, III on 03/10/2020. (lfs, ) (Entered: 03/10/2020) |
| 03/13/2020 | 302 | NOTICE by Amy Hanneken *Plaintiff's Notice of Withdrawl of Expert Designations* (Egdorf, Eugene) (Entered: 03/13/2020) |
| 03/17/2020 | 303 | ORDER granting 277 IME Defendants' Motion to Substitute Independent Medical Examiner and denying 282 Motion to Bifurcate. The parties are ORDERED to file an Agreed Proposed Docket Order within seven (7) days of the date of this order.Signed by District Judge Robert W. Schroeder, III on 03/17/20. (lfs, ) (Entered: 03/17/2020) |
| 03/19/2020 | 304 | **FILED IN ERROR. WRONG EVENT USED. PLEASE IGNORE. ATTORNEY TO REFILE AS MOTION.***NOTICE by Aetna Inc.,, Blue Cross and Blue Shield Association, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser re 281 Opposed MOTION for Protective Order *regarding Plaintiffs' proposed depositions of their designated experts* (Low, Ronald) Modified on 3/19/2020 (lfs, ). (Entered: 03/19/2020) |
| 03/19/2020 | | NOTICE of Deficiency regarding the 304 Notice submitted as wrong event used. Attorney to refile using Motion event and attaching a proposed order. Correction should be made by 1 business day (lfs, ) (Entered: 03/19/2020) |
| 03/20/2020 | 305 | Opposed MOTION to Withdraw 281 Opposed MOTION for Protective Order *regarding Plaintiffs' proposed depositions of their designated experts* by Aetna Inc.,, Blue Cross and Blue Shield Association, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser. (Attachments: # 1 Text of Proposed Order Proposed Order)(Low, Ronald) (Entered: 03/20/2020) |
| 03/23/2020 | 306 | ORDER. Before the Court is Defendants Motion to Withdraw their Motion for Protective Order (Docket No. 305). The Court GRANTS the motion. It is thereforeORDERED that Defendants Motion for Protective Order (Docket No. 281) is herebyWITHDRAWN. Signed by District Judge Robert W. Schroeder, III on 03/23/20. (lfs, ) (Entered: 03/23/2020) |

| | | |
|---|---|---|
| 03/24/2020 | [307](#) | ***PLEASE IGNORE. DOCUMENT FILED IN ERROR. ATTORNEY TO REFILE.**Submission of Proposed Agreed Docket Control/Scheduling order by Aetna Inc.,, Blue Cross and Blue Shield Association, Blue Cross and Blue Shield of Texas, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser . (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) Modified on 3/25/2020 (lfs, ). (Entered: 03/24/2020) |
| 03/25/2020 | | ***FILED IN ERROR. Document # 307, Submission. PLEASE IGNORE.*** <br><br> (lfs, ) (Entered: 03/25/2020) |
| 03/25/2020 | [308](#) | Submission of Proposed Agreed Docket Control/Scheduling order by Aetna Inc.,, Blue Cross and Blue Shield Association, Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, United Healthcare Group Incorporated, United Healthcare Services, Inc., Gary P. Wormser . (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 03/25/2020) |
| 03/27/2020 | [309](#) | AMENDED DOCKET CONTROL ORDER:( Pretrial Conference set for 8/5/2021 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Jury Trial set for 9/27/2021 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.) Jury Selection set for 9/27/2021 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Proposed Pretrial Order due by 6/25/2021. Signed by District Judge Robert W. Schroeder, III on 03/27/20. (lfs, ) (Entered: 03/27/2020) |
| 05/01/2020 | [310](#) | STIPULATION *and Notice Regarding Capacity of Ashleigh Peacher and Christopher Valerio* by Anthem Inc. (Ridley, Eileen) (Entered: 05/01/2020) |
| 05/01/2020 | [311](#) | STIPULATION *and Notice Regarding Need for Guardian Ad Litem to Conclude Settlements* by Anthem Inc. (Attachments: # 1 Proposed Order)(Ridley, Eileen) (Entered: 05/01/2020) |
| 05/04/2020 | [312](#) | ORDER. It is ORDERED that Plaintiffs will identify a proposed guardian ad litem on behalf of the minor Plaintiffs and bring a motion before the Court for approval of that guardian ad litem. It is also ORDERED that, once a guardian ad litem is identified and approved by the Court,Plaintiffs and the settling defendants (i.e., Anthem, Inc.; Blue Cross and Blue Shield of Texas; Kaiser Foundation Health Plan, Inc.; and Cigna Health and Life Insurance Company) will bring a motion before the Court to approve the respective settlements. It is ORDERED that the existing stay shall be extended up to and including June 30, 2020. Signed by District Judge Robert W. Schroeder, III on 5/4/2020. (slo, ) (Entered: 05/04/2020) |
| 07/09/2020 | [313](#) | Joint SEALED MOTION *to Stay All Deadlines and Notice of Settlement* by Aetna Inc.,. (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 07/09/2020) |
| 07/10/2020 | [314](#) | ORDER granting 313 Joint Motion to Stay and Notice of Settlement. It is therefore ORDERED that all existing deadlines between the Parties set forth in the Courts Amended Docket Control Order (Docket No. 309) are stayed until and including Monday, August 10, 2020. Signed by District Judge Robert W. Schroeder, III on 07/10/20. (lfs, ) (Entered: 07/10/2020) |
| 07/17/2020 | [315](#) | Joint SEALED MOTION *to Stay All Deadlines and Notice of Settlement* by United Healthcare Group Incorporated, United Healthcare Services, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 07/17/2020) |

| | | |
|---|---|---|
| 07/21/2020 | <u>316</u> | ORDER granting <u>315</u> Joint Motion to Stay and Notice of Settlement. It is therefore ORDERED that all existing deadlines between the Parties set forth in the Courts Amended Docket Control Order (Docket No. 309) are stayed until and including Monday, August 17, 2020. Signed by District Judge Robert W. Schroeder, III on 07/21/20. (lfs, ) (Entered: 07/21/2020) |
| 08/10/2020 | <u>317</u> | Joint MOTION to Stay re <u>314</u> Order on Sealed Motion, *Joint Motion to Extend Stay All Deadlines* by Aetna Inc.,. (Attachments: # <u>1</u> Text of Proposed Order)(Doan, Jennifer) (Entered: 08/10/2020) |
| 08/13/2020 | <u>318</u> | ORDER granting <u>317</u> Joint Motion to Extend Stay of all Deadline. It is therefore ORDERED that all deadlines existing between the Parties be extended until and including Monday, August 31, 2020. Signed by District Judge Robert W. Schroeder, III on 08/13/20. (lfs, ) (Entered: 08/13/2020) |
| 08/17/2020 | <u>319</u> | Joint MOTION to Extend Stay of All Deadlines re <u>316</u> Order on Sealed Motion, <u>309</u> Scheduling Order,, Set Scheduling Order Deadlines, by United Healthcare Group Incorporated, United Healthcare Services, Inc.. (Attachments: # <u>1</u> Text of Proposed Order)(Jones, Michael) (Entered: 08/17/2020) |
| 08/18/2020 | <u>320</u> | ORDER granting <u>319</u> Motion Extend Stay of All Deadlines. It is thereforeORDERED that the stay of all existing deadlines between the Parties set forth in the Courts Amended Docket Control Order (Docket No. 309) be extended until and including September 16, 2020. Signed by District Judge Robert W. Schroeder, III on 08/18/20. (lfs, ) (Entered: 08/18/2020) |
| 08/31/2020 | <u>321</u> | Joint MOTION re <u>318</u> Order on Motion to Stay, *Joint Motion to Extend Stay of all Deadlines* by Aetna Inc.,. (Attachments: # <u>1</u> Text of Proposed Order)(Doan, Jennifer) (Entered: 08/31/2020) |
| 09/01/2020 | <u>322</u> | ORDER granting <u>321</u> Motion to Extend Stay of All Deadlines. It is thereforeORDERED that the stay of all existing deadlines between the Parties set forth in the Courts Amended Docket Control Order (Docket No. 309) be extended until and including September 21, 2020. Signed by District Judge Robert W. Schroeder, III on 09/01/20. (lfs, ) (Entered: 09/01/2020) |
| 09/16/2020 | <u>323</u> | Joint MOTION to Extend Stay of All Deadlines re <u>320</u> Order on Motion for Miscellaneous Relief, <u>309</u> Scheduling Order,, Set Scheduling Order Deadlines, by United Healthcare Group Incorporated, United Healthcare Services, Inc.. (Attachments: # <u>1</u> Text of Proposed Order)(Jones, Michael) (Entered: 09/16/2020) |
| 09/18/2020 | <u>324</u> | ORDER granting <u>323</u> Motion to Extend Stay of All Deadlines. It is thereforeORDERED that the stay of all existing deadlines between the Parties set forth in the Court's Amended Docket Control Order (Docket No. 309) be extended until and including October 16, 2020. Signed by District Judge Robert W. Schroeder, III on 9/18/2020. (slo, ) (Entered: 09/18/2020) |
| 09/21/2020 | <u>325</u> | Agreed MOTION Extend Stay of All Deadlines re <u>322</u> Order on Motion for Miscellaneous Relief, *(Joint Motion to Extend Stay of All Deadlines* by Aetna Inc.,. (Attachments: # <u>1</u> Text of Proposed Order)(Doan, Jennifer) (Entered: 09/21/2020) |
| 09/21/2020 | <u>326</u> | ORDER granting <u>325</u> Motion Extend Stay of All Deadlines. It is thereforeORDERED that the stay of all existing deadlines between the Parties set forth in the Courts Amended Docket Control Order (Docket No. 309) be extended until and including October 12, 2020. Signed by District Judge Robert W. Schroeder, III on 09/21/20. (lfs, ) (Entered: 09/21/2020) |

| 10/13/2020 | 327 | Joint SEALED MOTION *Joint Motion to Stay All Deadlines and Notice of Settlement* by Blue Cross and Blue Shield Association. (Attachments: # 1 Text of Proposed Order)(Donnell, Sarah) (Entered: 10/13/2020) |
|---|---|---|
| 10/13/2020 | 328 | Joint MOTION to Extend Stay of All Deadlines by Aetna Inc.,. (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 10/13/2020) |
| 10/14/2020 | 329 | ORDER granting 327 Plaintiffs and Defendant Blue Cross and Blue Shield Association's Joint Motion to Stay All Deadlines and Notice of Settlement. It is therefore ORDERED that all proceedings between Plaintiffs and Defendant Blue Cross and Blue Shield Association, including all pending deadlines, are hereby STAYED until November 12, 2020. Signed by District Judge Robert W. Schroeder, III on 10/14/20. (lfs, ) (Entered: 10/14/2020) |
| 10/14/2020 | 330 | ORDER granting 328 Plaintiffs and Defendant Aetna Inc.'s Joint Motion to Extend Stay of All Deadlines. It is therefore ORDERED that the stay of all existing deadlines between the Parties set forth in the Courts Amended Docket Control Order (Docket No. 309) be extended until and including November 3, 2020. Signed by District Judge Robert W. Schroeder, III on 10/14/20. (lfs, ) (Entered: 10/14/2020) |
| 10/14/2020 | 331 | Joint MOTION to Extend Stay of All Deadlines re 324 Order on Motion for Miscellaneous Relief, 309 Scheduling Order,, Set Scheduling Order Deadlines, by United Healthcare Group Incorporated, United Healthcare Services, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 10/14/2020) |
| 10/14/2020 | 332 | REPORT of Mediation by David Folsom (Ret.). Mediation result: Amended as to Blue Cross and Blue Shield Association (settled)(Folsom, David) (Entered: 10/14/2020) |
| 10/15/2020 | 333 | ORDER granting 331 Joint Motion Extend Stay of All Deadlines. It is ORDERED that the stay of all existing deadlines between the Parties set forth in theCourts Amended Docket Control Order (Docket No. 309) be extended until and including November 16, 2020. Signed by District Judge Robert W. Schroeder, III on 10/15/20. (lfs, ) (Entered: 10/15/2020) |
| 10/30/2020 | 334 | MOTION to Appoint Guardian ad Litem *by Plaintiffs and Settling Defendants, United Healthcare Services, Inc., United Healthcare Group, Incorporated, Kaiser Permanente, Inc., Cigna Corporation, Blue Cross and Blue Shield of Texas, Anthem, Inc., Blue Cross Blue Shield Association and Aetna, Inc.* by Anthem Inc. (Ridley, Eileen) (Additional attachment(s) added on 11/2/2020: # 1 Text of Proposed Order) (lfs, ). (Entered: 10/30/2020) |
| 11/03/2020 | 335 | ORDER granting 334 Motion to Appoint Guardian ad Litem. It is thereforeORDERED that the Court APPOINTS as guardian ad litem for the minor plaintiffs:George Matteson, Moore, Giles and Matteson, LLP, 1206 N. State Line Ave.Texarkana, AR 71854, (870) 774-5191. Signed by District Judge Robert W. Schroeder, III on 11/02/20. (lfs, ) (Entered: 11/03/2020) |
| 11/04/2020 | 336 | Joint MOTION to Stay *Joint Motion to Extend Stay of All Deadlines* by Aetna Inc.,. (Attachments: # 1 Text of Proposed Order)(Doan, Jennifer) (Entered: 11/04/2020) |
| 11/05/2020 | 337 | ORDER granting 336 Joint Motion to Extend Stay of All Deadlines. It is therefore ORDERED that the stay of all existing deadlines between the Parties set forth in the Courts Amended Docket Control Order (Docket No. 309) be extended until and including 30 days after the Court approves the settlement for the minor plaintiffs. Signed by District Judge Robert W. Schroeder, III on 11/5/20. (lfs, ) (Entered: 11/05/2020) |

| | | |
|---|---|---|
| 11/12/2020 | <u>338</u> | Joint MOTION to Stay by Blue Cross and Blue Shield Association. (Attachments: # <u>1</u> Text of Proposed Order)(Donnell, Sarah) (Entered: 11/12/2020) |
| 11/13/2020 | <u>339</u> | ORDER granting 338 Plaintiffs and Defendant Blue Cross and Blue Shield Associations Joint Motion to Extend Stay of All Deadlines. It is thereforeORDERED that the stay of all existing deadlines between Plaintiffs and Defendant Blue Cross and Blue Shield Association is extended until December 12, 2020.Signed by District Judge Robert W. Schroeder, III on 11/13/20. (lfs, ) (Entered: 11/13/2020) |
| 11/16/2020 | <u>340</u> | Joint MOTION to Extend Stay of All Deadlines re 333 Order on Motion for Miscellaneous Relief, <u>309</u> Scheduling Order,, Set Scheduling Order Deadlines, by United Healthcare Group Incorporated, United Healthcare Services, Inc.. (Attachments: # <u>1</u> Text of Proposed Order)(Jones, Michael) (Entered: 11/16/2020) |
| 11/16/2020 | <u>341</u> | Unopposed MOTION to Withdraw as Attorney *Matthew J. Piehl* by United Healthcare Group Incorporated, United Healthcare Services, Inc.. (Attachments: # <u>1</u> Text of Proposed Order)(Jones, Michael) (Entered: 11/16/2020) |
| 11/17/2020 | <u>342</u> | ORDER granting 340 Motion Extend Stay of All Deadlines. It is thereforeORDERED that the stay of all existing deadlines between the Parties set forth in the Courts Amended Docket Control Order (Docket No. 309) be extended until and including 30 days after approval of settlement by the Court. Signed by District Judge Robert W. Schroeder, III on 11/17/20. (lfs, ) (Entered: 11/17/2020) |
| 11/17/2020 | <u>343</u> | ORDER granting 341 Motion to Withdraw as Attorney. It is thereforeORDERED that Matthew J. Piehl is withdrawn as counsel for UnitedHealth Group Incorporated and United HealthCare Services, Inc. The clerk shall discontinue all CM/ECF notices to Matthew J. Piehl. Signed by District Judge Robert W. Schroeder, III on 11/17/20. (lfs, ) (Entered: 11/17/2020) |
| 12/08/2020 | <u>344</u> | Opposed MOTION to Compel by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # <u>1</u> Text of Proposed Order, # <u>2</u> Exhibit)(Low, Ronald) (Entered: 12/08/2020) |
| 12/14/2020 | <u>345</u> | Joint MOTION to Stay by Blue Cross and Blue Shield Association. (Attachments: # <u>1</u> Text of Proposed Order)(Donnell, Sarah) (Entered: 12/14/2020) |
| 12/15/2020 | <u>346</u> | ORDER granting 345 Motion to Extend Stay. It is thereforeORDERED that the stay of all existing deadlines between Plaintiffs and Defendant Blue Cross and Blue Shield Association is extended until January 13, 2021. Signed by District Judge Robert W. Schroeder, III on 12/15/20. (lfs, ) (Entered: 12/15/2020) |
| 12/21/2020 | <u>347</u> | ***DEFICIENT DOCUMENT, PLEASE IGNORE. ATTORNEY TO REFILE WITH CERTIFICATE OF AUTHORITY TO SEAL AND ATTACH PROPOSED ORDER.***SEALED RESPONSE to Motion re 344 Opposed MOTION to Compel filed by Lana Barnes, Alarie Bowerman, Amber Boyles, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, David Folsom (Ret.), Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Steve Hepler, Kathryn Kocurek, Chloe Lohmeyer, George Matteson, Caitlin McGrory, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Steven Ward, Kristine Woodard. (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C)(Dutko, Daniel) Modified on 12/22/2020 (lfs, ). (Entered: 12/21/2020) |
| 12/22/2020 | | |

| | | |
|---|---|---|
| | | NOTICE of Deficiency regarding the 347 submitted no authority to seal and no proposed order. Correction should be made by 1 business day (lfs, ) (Entered: 12/22/2020) |
| 12/22/2020 | 348 | SEALED RESPONSE to Motion re 344 Opposed MOTION to Compel filed by Lana Barnes, Alarie Bowerman, Amber Boyles, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, David Folsom (Ret.), Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Steve Hepler, Kathryn Kocurek, Chloe Lohmeyer, George Matteson, Caitlin McGrory, Jessica McKinnie, Gail Meads, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Max Shindler, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Steven Ward, Kristine Woodard. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 12/22/2020) |
| 12/28/2020 | 349 | REPLY to Response to Motion re 344 Opposed MOTION to Compel *filed by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser*. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Low, Ronald) (Entered: 12/28/2020) |
| 01/05/2021 | 350 | Unopposed MOTION to Withdraw as Attorney *Robert C.K. Boyd* by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Low, Ronald) (Entered: 01/05/2021) |
| 01/06/2021 | 351 | ORDER granting 350 Motion to Withdraw as Attorney. Attorney Robert C.K. Boyd terminated. Signed by District Judge Robert W. Schroeder, III on 01/06/21. (lfs, ) (Entered: 01/06/2021) |
| 01/07/2021 | 352 | AMENDED COMPLAINT against Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser, filed by Gayle Clarke, Jane Powell, Brienna Reed, Lisa Torrey, Kathryn Kocurek, Kristine Woodard, Rosetta Fuller, Randy Sykes, Adriana Monteiro Moreira, Amy Hanneken, Chloe Lohmeyer, Carol Fisch, John Valerio, Jessica McKinnie, Alarie Bowerman, Mike Peacher, Allison Lynn Caruana, Tawnya Dawn Smith. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G)(Dutko, Daniel) (Entered: 01/07/2021) |
| 01/13/2021 | 353 | Joint MOTION to Stay by Blue Cross and Blue Shield Association. (Attachments: # 1 Text of Proposed Order)(Donnell, Sarah) (Entered: 01/13/2021) |
| 01/15/2021 | 354 | ORDER granting 353 Plaintiffs and Defendant Blue Cross and Blue Shield Association's Joint Motion to Extend Stay of All Deadlines. It is thereforeORDERED that the stay of all existing deadlines between Plaintiffs and Defendant Blue Cross and Blue Shield Association is extended until February 12, 2021. Signed by District Judge Robert W. Schroeder, III on 01/15/21. (lfs, ) (Entered: 01/15/2021) |
| 01/21/2021 | 355 | MOTION to Dismiss , MOTION to Strike 352 Amended Complaint,, by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B)(Low, Ronald) (Entered: 01/21/2021) |
| 02/03/2021 | 356 | Unopposed MOTION for Leave to File Excess Pages *for Motion for Summary Judgment on Plaintiffs' RICO and Antitrust Claims* by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Low, Ronald) (Entered: 02/03/2021) |

| | | |
|---|---|---|
| 02/03/2021 | 357 | MOTION for Summary Judgment *on Plaintiffs' RICO and Antitrust Claims* by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Exhibit 2000 IDSA Guidelines, # 2 Exhibit 2006 IDSA Guidelines, # 3 Exhibit 2010 Independent Review Panel Report, # 4 Exhibit Filed Separately Under Seal - Plaintiffs' Damages Disclosures, # 5 Exhibit Busky Declaration, # 6 Exhibit Dr Wormser Declaration, # 7 Exhibit Dr Steere Declaration, # 8 Exhibit Dr Dattwyler Declaration, # 9 Exhibit Dr Halperin Declaration, # 10 Exhibit Dr Shaprio Declaration, # 11 Exhibit Dr Sigal Declaration, # 12 Text of Proposed Order)(Low, Ronald) (Entered: 02/03/2021) |
| 02/03/2021 | 358 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 357 MOTION for Summary Judgment *on Plaintiffs' RICO and Antitrust Claims*. (Low, Ronald) (Entered: 02/03/2021) |
| 02/03/2021 | 359 | MOTION to Stay *Pending Resolution of Motion to Dismiss and Motion for Summary Judgment* by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Low, Ronald) (Entered: 02/03/2021) |
| 02/04/2021 | 360 | ORDER granting 356 Motion for Leave to File Excess Pages. It is therefore ORDERED that the Defendants' Motion for Summary Judgment on Plaintiffs' RICO and Antitrust Claims (Docket No. 357) is accepted as filed and that the briefing on this motion shall be subject to the page limits set forth in Local Rule CV-7(a)(1). Signed by District Judge Robert W. Schroeder, III on 2/4/2021. (slo, ) (Entered: 02/04/2021) |
| 02/04/2021 | 361 | Sealed Document. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit Exhibit K, # 12 Exhibit Exhibit L, # 13 Exhibit Exhibit M, # 14 Exhibit Exhibit N)(Dutko, Daniel) (Entered: 02/04/2021) |
| 02/04/2021 | 362 | SEALED RESPONSE to Motion re 355 MOTION to Dismiss MOTION to Strike 352 Amended Complaint,, filed by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Michael Fundenberger, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Dutko, Daniel) (Additional attachment(s) added on 2/5/2021: # 7 Text of Proposed Order) (lfs, ). (Entered: 02/04/2021) |
| 02/12/2021 | 363 | MOTION to Dismiss *Third Amended Complaint and Reply in Support of Motion to Dismiss Second Amended Complaint* by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Exhibit 1 - 5-22-2015 Letter, # 2 Exhibit 2 - 2006 IDSA Guidelines Excerpts, # 3 Exhibit 3 - Wormser Depo Excerpts, # 4 Text of Proposed Order)(Low, Ronald) (Entered: 02/12/2021) |
| 02/12/2021 | 364 | REPLY to Response to Motion re 355 MOTION to Dismiss MOTION to Strike 352 Amended Complaint,, *filed by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser*. (Low, Ronald) (Entered: 02/12/2021) |
| 02/12/2021 | 365 | RESPONSE in Opposition re 359 MOTION to Stay *Pending Resolution of Motion to Dismiss and Motion for Summary Judgment filed by Alarie Bowerman, Allison Lynn* |

| | | |
|---|---|---|
| | | *Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawyna Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard.* (Attachments: # 1 Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 02/12/2021) |
| 02/19/2021 | 366 | Joint MOTION to Stay by Blue Cross and Blue Shield Association. (Attachments: # 1 Text of Proposed Order)(Donnell, Sarah) (Entered: 02/19/2021) |
| 02/22/2021 | 368 | ORDER granting as modified 366 Motion to Extend the Stay on all deadlines as to these parties for 30 days. Accordingly, it is ORDERED that the stay of all existing deadlines between Plaintiffs and Defendant BlueCross and Blue Shield Association is extended until March 24, 2021.. Signed by District Judge Robert W. Schroeder, III on 2/22/21. (lfs, ) (Entered: 02/22/2021) |
| 02/25/2021 | 369 | ORDER Setting Hearing on Motion 355 MOTION to Dismiss MOTION to Strike 352 Amended Complaint,, , 363 MOTION to Dismiss *Third Amended Complaint and Reply in Support of Motion to Dismiss Second Amended Complaint*, 359 MOTION to Stay *Pending Resolution of Motion to Dismiss and Motion for Summary Judgment* : Motion Hearing set for 3/17/2021 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Signed by District Judge Robert W. Schroeder, III on 2/25/21. (lfs, ) (Entered: 02/25/2021) |
| 02/26/2021 | 370 | SEALED RESPONSE to Motion re 363 MOTION to Dismiss *Third Amended Complaint and Reply in Support of Motion to Dismiss Second Amended Complaint* filed by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 02/26/2021) |
| 02/26/2021 | 371 | NOTICE of Attorney Appearance - Pro Hac Vice by Michael A Warley on behalf of Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. Filing fee $ 100, receipt number 0540-8267655. (Warley, Michael) (Entered: 02/26/2021) |
| 03/01/2021 | 372 | ORDER resetting Hearing on Motions. The hearing on IDSA and the Doctor Defendants Opposed Motion to Stay PendingResolution of Motion to Dismiss and Motion for Summary Judgment (Docket No. 359) andDefendants Motions to Dismiss (Docket Nos. 355 and 363) previously set in this matter (seeDocket No. 369) is hereby RESET for a videoconference hearing on April 8, 2021, at 10 a.m.The Court will also hear arguments on IDSA and Doctor Defendants Motion for SummaryJudgment on Plaintiffs RICO and Antitrust Claims (Docket No. 357) at this hearing.. Signed by District Judge Robert W. Schroeder, III on 3/1/21. (lfs, ) (Entered: 03/01/2021) |
| 03/02/2021 | 373 | RESPONSE in Opposition re 357 MOTION for Summary Judgment *on Plaintiffs' RICO and Antitrust Claims* filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Text of |

| | | |
|---|---|---|
| | | Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 03/02/2021) |
| 03/04/2021 | 374 | Agreed MOTION to Amend/Correct *Scheduling Order and Proposed Briefing Schedule* by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Text of Proposed Order Proposed Order Regarding Briefing Schedule, # 2 Text of Proposed Order Proposed Second Amended Scheduling Order)(Dutko, Daniel) (Entered: 03/04/2021) |
| 03/05/2021 | 375 | ORDER granting 374 Joint Motion to Continue Pre-Trial Deadlines and Briefing Schedule. It is therefore ORDERED that the briefing deadlines on Defendants pending motions for summary judgment (Docket No. 357), to stay (Docket No. 359) and to dismiss (Docket No. 363) are extended as follows:(a ) Plaintiffs Response (Dkt. 373) to Defendants Motion forSummary Judgment (Dkt. No. 357) March 2, 2021 (b ) Defendants Reply to Plaintiffs Response (Dkt. 373) to Defendants Motion for Summary Judgment (Dkt. 357) March 16, 2021(c ) Defendants Reply to Plaintiffs Response (Dkt. 365) to Motion to Stay (Dkt No. 359) March 8, 2021 (d ) Defendants Reply to Plaintiffs Response (Dkt. 370) to Motion to Dismiss 3rd Amended Complaint (Dkt. 363) March 9, 2021. Signed by District Judge Robert W. Schroeder, III on 3/5/21. (lfs, ) (Entered: 03/05/2021) |
| 03/05/2021 | 376 | SECOND AMENDED DOCKET CONTROL ORDER: Pretrial Conference set for 8/5/2021 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Jury Selection set for 9/27/2021 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Jury Trial set for 9/27/2021 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Proposed Pretrial Order due by 6/25/2021. Signed by District Judge Robert W. Schroeder, III on 3/5/21. (lfs, ) (Entered: 03/05/2021) |
| 03/05/2021 | 377 | AMENDED COMPLAINT *Third Amended Complaint Unsealed* against All Defendants, filed by Gayle Clarke, Jane Powell, Brienna Reed, Lisa Torrey, Kathryn Kocurek, Kristine Woodard, Rosetta Fuller, Randy Sykes, Adriana Monteiro Moreira, Amy Hanneken, Chloe Lohmeyer, Carol Fisch, John Valerio, Jessica McKinnie, Alarie Bowerman, Mike Peacher, Allison Lynn Caruana, Tawnya Dawn Smith. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit Exhibit K, # 12 Exhibit Exhibit L, # 13 Exhibit Exhibit M, # 14 Exhibit Exhibit N)(Dutko, Daniel) (Entered: 03/05/2021) |
| 03/05/2021 | 378 | RESPONSE in Opposition re 363 MOTION to Dismiss *Third Amended Complaint and Reply in Support of Motion to Dismiss Second Amended Complaint Unsealed Response and Exhibits filed by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard.* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 03/05/2021) |
| 03/08/2021 | 379 | REPLY to Response to Motion re 359 MOTION to Stay *Pending Resolution of Motion to Dismiss and Motion for Summary Judgment filed by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser.* (Low, Ronald) (Entered: 03/08/2021) |
| 03/08/2021 | 380 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition re 355 MOTION to Dismiss MOTION to Strike 352 Amended Complaint,, *UNSEALED Response and Exhibits filed by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard.* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 03/08/2021) |
| 03/08/2021 | 381 | MOTION for Sanctions *Pursuant to Rule 11* by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Low, Ronald) (Entered: 03/08/2021) |
| 03/09/2021 | 382 | Consent MOTION for Leave to File Excess Pages *for Reply in Support of Motion to Dismiss* by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Low, Ronald) (Entered: 03/09/2021) |
| 03/09/2021 | 383 | REPLY to Response to Motion re 363 MOTION to Dismiss *Third Amended Complaint and Reply in Support of Motion to Dismiss Second Amended Complaint filed by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser.* (Low, Ronald) (Entered: 03/09/2021) |
| 03/10/2021 | 384 | ORDER granting 382 Defendants Consent Motion to Expand Reply Page Limit forMotion to Dismiss. It is therefore ORDERED that Defendants reply in support of their Motion to Dismiss (Docket No. 363) shall be no more than 15 pages in length. Signed by District Judge Robert W. Schroeder, III on 3/10/21. (lfs, ) (Entered: 03/10/2021) |
| 03/16/2021 | 385 | MOTION for Leave to File Excess Pages *for Reply in Support of Motion for Summary Judgment* by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Attachments: # 1 Text of Proposed Order)(Low, Ronald) (Entered: 03/16/2021) |
| 03/16/2021 | 386 | REPLY to Response to Motion re 357 MOTION for Summary Judgment *on Plaintiffs' RICO and Antitrust Claims filed by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser.* (Attachments: # 1 Exhibit 12 Sigal Deposition, # 2 Exhibit 13 Sigal Supplemental Declaration, # 3 Exhibit 14 Shapiro Supplemental Declaration, # 4 Exhibit 15 Dattwyler Deposition, # 5 Exhibit 16 Dattwyler Supplemental Declaration, # 6 Exhibit 17 Busky Deposition, # 7 Exhibit 18 Busky Supplemental Declaration, # 8 Exhibit 19 2020 Tick-Borne Disease Congressional Report, # 9 Exhibit 20 2003 ILADS Guidelines)(Low, Ronald) (Entered: 03/16/2021) |
| 03/17/2021 | 387 | ORDER granting 385 Motion for Leave to File Excess Pages. It is ORDERED that Defendants' reply in support of their Motion for Summary Judgment (Docket No. 357) shall be no more than 25 pages in length. Signed by District Judge Robert W. Schroeder, III on 3/17/2021. (slo, ) (Entered: 03/17/2021) |
| 03/18/2021 | 388 | SEALED RESPONSE to Motion re 381 MOTION for Sanctions *Pursuant to Rule 11* filed by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit |

| | | |
|---|---|---|
| | | Exhibit E, # <u>6</u> Exhibit Exhibit F, # <u>7</u> Exhibit Exhibit G, # <u>8</u> Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 03/18/2021) |
| 03/18/2021 | <u>389</u> | REDACTION to <u>388</u> Sealed Response to Motion,, by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey. (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C, # <u>4</u> Exhibit Exhibit D, # <u>5</u> Exhibit Exhibit E, # <u>6</u> Exhibit Exhibit F, # <u>7</u> Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 03/18/2021) |
| 03/24/2021 | <u>390</u> | Joint MOTION to Stay by Blue Cross and Blue Shield Association. (Attachments: # <u>1</u> Text of Proposed Order)(Donnell, Sarah) (Entered: 03/24/2021) |
| 03/25/2021 | <u>391</u> | ORDER granting <u>390</u> Plaintiffs' and Defendant Blue Cross and Blue Shield Association's Joint Motion to Stay All Deadlines. It is thereforeORDERED that the stay of all existing deadlines between the Parties set forth in the Courts Amended Docket Control Order (Dkt. 309) be extended until and including April 24, 2021.Signed by District Judge Robert W. Schroeder, III on 3/25/21. (lfs, ) (Entered: 03/25/2021) |
| 03/25/2021 | <u>392</u> | REPLY to Response to Motion re <u>381</u> MOTION for Sanctions *Pursuant to Rule 11 filed by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser*. (Attachments: # <u>1</u> Exhibit 1 IDSA Deposition Notice, # <u>2</u> Exhibit 2 Email Thread)(Low, Ronald) (Entered: 03/25/2021) |
| 03/26/2021 | <u>393</u> | ORDER RESETTING HEARING. The hearing on IDSA and the Doctor Defendants Opposed Motion to Stay Pending Resolution of Motion to Dismiss and Motion for Summary Judgment (Docket No. 359), Defendants Motions to Dismiss (Docket Nos. 355 and 363) and IDSA and Doctor Defendants Motion for Summary Judgment on Plaintiffs RICO and Antitrust Claims (Docket No. 357) previously set in this matter (see Docket No. 372) is hereby RESET for a videoconference hearingon April 23, 2021, at 10 a.m. Signed by District Judge Robert W. Schroeder, III on 3/26/21. (lfs, ) (Entered: 03/26/2021) |
| 04/12/2021 | <u>394</u> | Joint MOTION to Amend/Correct *Docket Control Order and Continue Pretrial Deadlines* by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # <u>1</u> Text of Proposed Order Proposed Order, # <u>2</u> Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 04/12/2021) |
| 04/14/2021 | <u>395</u> | ORDER granting in part <u>394</u> Joint Motion to Continue Pre-Trial Deadlines and to Amend Docket Control Order. The deadlines that are currently set for before the April 23 hearing should be continued until after the hearing.Accordingly, it is ORDERED that deadlines for the parties to designate expert witnesses, exchange expert reports and identify trial witnesses, as well as the deadline for expert discovery, is to be determined after the April 23 hearing. Signed by District Judge Robert W. Schroeder, III on 04/14/21. (lfs, ) (Entered: 04/14/2021) |
| 04/22/2021 | <u>396</u> | STIPULATION of Dismissal *Joint Stipulation of Dismissal* by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John |

| | | |
|---|---|---|
| | | Valerio, Kristine Woodard. (Attachments: # 1 Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 04/22/2021) |
| 04/23/2021 | 397 | Minute Entry for proceedings held before District Judge Robert W. Schroeder III: Motion Hearing held on 4/23/2021 re 355 MOTION to Dismiss MOTION to Strike 352 Amended Complaint,, filed by Infectious Diseases Society of America, Allen Steere, John J. Halperin, Eugene Shapiro, Raymond J. Dattwyler, Leonard Sigal, Gary P. Wormser, 357 MOTION for Summary Judgment *on Plaintiffs' RICO and Antitrust Claims* filed by Infectious Diseases Society of America, Allen Steere, John J. Halperin, Eugene Shapiro, Raymond J. Dattwyler, Leonard Sigal, Gary P. Wormser, 359 MOTION to Stay *Pending Resolution of Motion to Dismiss and Motion for Summary Judgment* filed by Infectious Diseases Society of America, Allen Steere, John J. Halperin, Eugene Shapiro, Raymond J. Dattwyler, Leonard Sigal, Gary P. Wormser, 381 MOTION for Sanctions *Pursuant to Rule 11* filed by Infectious Diseases Society of America, Allen Steere, John J. Halperin, Eugene Shapiro, Raymond J. Dattwyler, Leonard Sigal, Gary P. Wormser, 363 MOTION to Dismiss *Third Amended Complaint and Reply in Support of Motion to Dismiss Second Amended Complaint* filed by Infectious Diseases Society of America, Allen Steere, John J. Halperin, Eugene Shapiro, Raymond J. Dattwyler, Leonard Sigal, Gary P. Wormser. (Court Reporter Kate McAlpine) (SMC) (Entered: 04/23/2021) |
| 04/26/2021 | 398 | Joint MOTION to Stay by Blue Cross and Blue Shield Association. (Attachments: # 1 Text of Proposed Order)(Donnell, Sarah) (Entered: 04/26/2021) |
| 04/27/2021 | 399 | ORDER granting 398 Joint Motion to Stay. It is thereforeORDERED that the stay of all existing deadlines between the parties set forth in the Courts Amended Docket Control Order (Docket No. 309) be extended until and including May 26, 2021. Signed by District Judge Robert W. Schroeder, III on 04/27/21. (lfs, ) (Entered: 04/27/2021) |
| 04/27/2021 | 400 | NOTICE by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser re 397 Motion Hearing,,,,, (Attachments: # 1 Exhibit)(Low, Ronald) (Entered: 04/27/2021) |
| 04/29/2021 | 401 | PAPER TRANSCRIPT REQUEST by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser for proceedings held on 4/23/2021 Motions hearing before Judge Robert Schroeder III. (Forwarded to Kate McAlpine on 4/29/21)(Low, Ronald) Modified on 4/29/2021 (bga, ). (Entered: 04/29/2021) |
| 05/03/2021 | 402 | Opposed MOTION to Compel by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 05/03/2021) |
| 05/07/2021 | 403 | STATUS REPORT *Joint Report of the Parties following April 23, 2021 Hearing* by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser. (Low, Ronald) (Entered: 05/07/2021) |
| 05/17/2021 | 404 | RESPONSE in Opposition re 402 Opposed MOTION to Compel *filed by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser.* (Attachments: # 1 Exhibit 1 - IDSA May 10, 2019 Responses, # 2 Exhibit 2 - IDSA Deposition Notice, # 3 Exhibit 3 - Busky Deposition)(Low, Ronald) (Additional attachment(s) added on 5/18/2021: # 4 Text of |

| | | |
|---|---|---|
| | | Proposed Order) (slo, ). (Entered: 05/17/2021) |
| 06/30/2021 | 405 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 042321 before Judge Robert W. Schroeder, III. Court Reporter/Transcriber: Kate McAlpine, fedcourtkate@gmail.com,Telephone number: 903-794-1018.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 7/21/2021. Release of Transcript Restriction set for 9/28/2021. (kem, ) (Entered: 06/30/2021) |
| 07/07/2021 | 406 | ORDER. Based on the parties' prior joint requests to continue all deadlines, the parties' statements at the motions hearing, the parties agreement that the case cannot be tried in its current trial setting and the parties' actions since the hearing effectively treating the case as stayed in its entirety, the Court STAYS all deadlines not previously continued in the current Docket Control Order (Docket No. 376). Signed by District Judge Robert W. Schroeder, III on 7/7/2021. (slo, ) (Entered: 07/07/2021) |
| 09/01/2021 | 407 | ORDER granting 357 MOTION for Summary Judgment on Plaintiffs' RICO and Antitrust Claims. It is ORDERED that Plaintiffs' antitrust claims (Docket No. 361 at 49-52) are DISMISSED WITH PREJUDICE. Signed by District Judge Robert W. Schroeder, III on 9/1/2021. (slo, ) (Entered: 09/01/2021) |
| 09/20/2021 | 408 | SEALED ORDER. Defendants first motion to dismiss [Docket No. 355] is DENIED-AS-MOOT and second motion to dismiss [Docket No. 363] is GRANTED-IN-PART and DENIED-IN-PART as moot. It is ORDERED that Plaintiffs negligent and fraudulent misrepresentation claims are DISMISSED WITH PREJUDICE. It is further ORDERED that within seven (7) days of the issuance of this order, the parties shall jointly submit a proposed redacted version of this sealed order so that a public version can be made available. Signed by District Judge Robert W. Schroeder III on 9/20/2021. (bas) Unsealed pursuant to 411 Order. Modified on 9/28/2021 (bas). (Entered: 09/20/2021) |
| 09/27/2021 | 409 | ORDER denying as moot 359 Motion to Stay; denying 381 Motion for Sanctions; and denying as moot 402 Motion to Compel. Signed by District Judge Robert W. Schroeder III on 9/27/2021. (bas) (Entered: 09/27/2021) |
| 09/27/2021 | 410 | NOTICE by Raymond J. Dattwyler, John J. Halperin, Infectious Diseases Society of America, Eugene Shapiro, Leonard Sigal, Allen Steere, Gary P. Wormser *Joint Notice* (Low, Ronald) (Entered: 09/27/2021) |
| 09/28/2021 | 411 | ORDER to unseal 408 Sealed Order. Signed by District Judge Robert W. Schroeder III on 9/28/2021. (bas) (Entered: 09/28/2021) |
| 10/19/2021 | 412 | NOTICE OF APPEAL by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. Filing fee $ 505, receipt number 0540-8631486. (Dutko, Daniel) (Entered: 10/19/2021) |

| | | |
|---|---|---|
| 10/29/2021 | 413 | TRANSCRIPT REQUEST by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard (Dutko, Daniel) (Entered: 10/29/2021) |
| 11/05/2021 | | NOTICE of Docketing Notice of Appeal from USCA re 412 Notice of Appeal, filed by Alarie Bowerman, Jane Powell, Brienna Reed, Allison Lynn Caruana, Rosetta Fuller, Gayle Clarke, John Valerio, Kristine Woodard, Jessica McKinnie, Lisa Torrey, Mike Peacher, Randy Sykes, Amy Hanneken, Carol Fisch, Kathryn Kocurek, Tawnya Dawn Smith, Chloe Lohmeyer, Adriana Monteiro Moreira. USCA Case Number 21-40782 (slo, ) (Entered: 11/05/2021) |
| 11/19/2021 | | Notice of certification of eROA provided to 5th Circuit Court of Appeals. (hma) (Entered: 11/19/2021) |
| 11/19/2021 | | USCA 5th Circuit Notice: original eROA has been accepted. (hma) (Entered: 11/19/2021) |
| 11/19/2021 | | Appeal Remark re: Counsel can access the record on appeal by following the instructions in the link. If an appearance wasn't made in the appellant court, counsel doesn't have access through the link. http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm.pdf (hma) (Entered: 11/19/2021) |
| 12/13/2021 | 414 | ORDER of USCA as to 412 Notice of Appeal filed by Alarie Bowerman, Jane Powell, Brienna Reed, Allison Lynn Caruana, Rosetta Fuller, Gayle Clarke, John Valerio, Kristine Woodard, Jessica McKinnie, Lisa Torrey, Mike Peacher, Randy Sykes, Amy Hanneken, Carol Fisch, Kathryn Kocurek, Tawnya Dawn Smith, Chloe Lohmeyer, Adriana Monteiro Moreira. IT IS ORDERED that the appellees opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED but without prejudice to the refiling of a notice of appeal once all parties have been dismissed. (Attachments: # 1 USCA Cover Letter)(hma) (Entered: 12/13/2021) |
| 01/03/2022 | 415 | ORDER of USCA (True Certified Copy) as to 412 Notice of Appeal, filed by Alarie Bowerman, Jane Powell, Brienna Reed, Allison Lynn Caruana, Rosetta Fuller, Gayle Clarke, John Valerio, Kristine Woodard, Jessica McKinnie, Lisa Torrey, Mike Peacher, Randy Sykes, Amy Hanneken, Carol Fisch, Kathryn Kocurek, Tawnya Dawn Smith, Chloe Lohmeyer, Adriana Monteiro Moreira. IT IS ORDERED that the appellees opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED but without prejudice to the refiling of a notice of appeal once all parties have been dismissed. (Attachments: # 1 USCA Cover Letter)(hma) (Entered: 01/03/2022) |
| 01/05/2022 | 416 | **DEFICIENT DOCUMENT. ATTORNEY MUST REFILE.** MOTION for Bill of Costs by Infectious Diseases Society of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Low, Ronald) Modified on 1/6/2022 (slo, ). (Entered: 01/05/2022) |
| 01/06/2022 | | NOTICE of Deficiency regarding 416 Motion for Bill of Costs. Document contains no Certificate of Conference. Correction should be made by one business day. (slo, ) (Entered: 01/06/2022) |
| 01/06/2022 | 417 | MOTION for Bill of Costs by Infectious Diseases Society of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Low, Ronald) (Entered: 01/06/2022) |
| 02/16/2022 | 418 | |

| | | |
|---|---|---|
| | | ORDER. It is ORDERED that, on or before February 23, 2022, Plaintiffs shall either (1) file a notice stating Plaintiffs agree with Defendants proposed bill of cost as detailed in Defendants Motion (Docket No. 417) or (2) file a Motion for Extension of Time to File Plaintiffs Response in Opposition to Defendants Motion for Bill of Costs (Docket No. 417). Signed by District Judge Robert W. Schroeder, III on 2/16/22. (hma) (Entered: 02/16/2022) |
| 02/23/2022 | 419 | RESPONSE to Motion re 417 MOTION for Bill of Costs *filed by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Steven Ward, Kristine Woodard*. (Dutko, Daniel) (Entered: 02/23/2022) |
| 05/12/2022 | 420 | Joint SEALED MOTION *Requesting a Hearing to Approve Minor Settlement and Dismissal with Prejudice* by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Text of Proposed Order Proposed Order Approving Settlement)(Dutko, Daniel) (Entered: 05/12/2022) |
| 05/12/2022 | 421 | Joint SEALED MOTION *Requesting a Hearing to Approve Minor Settlement and Dismissal with Prejudice* by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Text of Proposed Order Proposed Order Approving Settlement)(Dutko, Daniel) (Entered: 05/12/2022) |
| 05/12/2022 | 422 | Joint SEALED MOTION *Requesting a Hearing to Approve Minor Settlement and Dismissal with Prejudice* by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order Proposed Order Approving Settlement)(Dutko, Daniel) (Entered: 05/12/2022) |
| 05/12/2022 | 423 | Joint SEALED MOTION *Requesting a Hearing to Approve Minor Settlement and Dismissal with Prejudice* by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order Proposed Order Approving Settlement)(Dutko, Daniel) (Entered: 05/12/2022) |
| 06/07/2022 | 424 | Joint SEALED MOTION *Requesting a Hearing to Approve Minor Settlement and Dismissal with Prejudice* by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Text of Proposed Order Proposed Order Approving Settlement)(Dutko, Daniel) (Entered: 06/07/2022) |
| 06/22/2022 | 425 | |

| | | ORDER. It is ORDERED that the parties' Joint Motions Requesting a Hearing to Approve the Minor Plaintiffs' Settlements and Dismissal with Prejudice (Docket Nos. 42024) are hereby GRANTED-IN-PART and DENIED-IN-PART. (Prove-Up Hearing set for 7/14/2022 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.) Signed by District Judge Robert W. Schroeder, III on 6/22/2022. (slo, ) (Entered: 06/22/2022) |
|---|---|---|
| 06/29/2022 | 426 | Unopposed MOTION for Leave to Appear to Appear Electronically Via Zoom by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. (Attachments: # 1 Exhibit Declaration of Alarie Bowerman, # 2 Text of Proposed Order Proposed Order)(Dutko, Daniel) (Entered: 06/29/2022) |
| 07/06/2022 | 427 | ORDER granting 426 Motion for Alarie Bowerman to Appear at the Prove-Up Hearing Electronically. Signed by District Judge Robert W. Schroeder, III on 7/6/2022. (slo, ) (Entered: 07/06/2022) |
| 07/12/2022 | 428 | Sealed Document. (Attachments: # 1 Exhibit Affidavit of George M. Matteson Ad Litem Report)(Dutko, Daniel) (Entered: 07/12/2022) |
| 07/13/2022 | 429 | NOTICE of Attorney Appearance by Shaun William Hassett on behalf of United Healthcare Group Incorporated, United Healthcare Services, Inc. (Hassett, Shaun) (Entered: 07/13/2022) |
| 07/13/2022 | 430 | NOTICE of Attorney Appearance by James Kuritzkes on behalf of Kaiser Permanente, Inc. (Kuritzkes, James) (Entered: 07/13/2022) |
| 07/14/2022 | 431 | Minute Entry for proceedings held before District Judge Robert W. Schroeder III: Prove Up Hearing held on 7/14/2022. (Court Reporter Shelly Holmes) (bas) (Entered: 07/14/2022) |
| 07/18/2022 | 432 | PAPER TRANSCRIPT REQUEST by Blue Cross and Blue Shield Association for proceedings held on 7/14/2022 Prove Up Hearing before Judge Robert W. Schroeder III. (Forwarded to Shelly Holmes) (Ginder, Cameron) Modified on 7/19/2022 (bga). (Entered: 07/18/2022) |
| 07/19/2022 | 433 | PAPER TRANSCRIPT REQUEST by United Healthcare Group Incorporated, United Healthcare Services, Inc. for proceedings held on 7/14/2022 before Judge Schroeder. (Forwarded to Shelly Holmes) (Jones, Michael) Modified on 7/19/2022 (bga). (Entered: 07/19/2022) |
| 07/19/2022 | 434 | PAPER TRANSCRIPT REQUEST by Anthem Inc for proceedings held on 7/14/2022 Prove Up Hearing before Judge Robert W. Schroeder III. (Forwarded to Shelly Holmes) (Brown, Sara) Modified on 7/19/2022 (bga). (Entered: 07/19/2022) |
| 07/19/2022 | 435 | PAPER TRANSCRIPT REQUEST by Aetna Inc., for proceedings held on 7/14/2022 Prove Up Hearing before Judge Robert W. Schroeder III. (Forwarded to Shelly Holmes) (Roeser, Jeffrey) Modified on 7/19/2022 (bga). (Entered: 07/19/2022) |
| 07/19/2022 | 436 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 7/14/22 (Prove-Up Hearing) before Judge Robert W. Schroeder III. Court Reporter/Transcriber: Shelly Holmes, CSR, TCRR,Telephone number: (903) 794-1018 (Shelly_Holmes@txed.uscourts.gov). |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 8/9/2022. Release of Transcript Restriction set for 10/17/2022. (Holmes, Shelly) (Entered: 07/19/2022) |
| 07/22/2022 | 437 | MOTION Request for Guardian ad litem fees and discharge by George Matteson. (Attachments: # 1 Text of Proposed Order for Award and Discharge of Guardian ad Litem)(Matteson, George) (Entered: 07/22/2022) |
| 08/01/2022 | 438 | ORDER granting 437 MOTION Request for Guardian ad litem fees and discharge filed by George Matteson. It is further ORDERED that Mr. Matteson is hereby released and discharged from the duties of his appointment as guardian ad litem. Signed by District Judge Robert W. Schroeder, III on 8/1/2022. (slo, ) (Entered: 08/01/2022) |
| 08/08/2022 | 439 | Sealed Document. (Attachments: # 1 Exhibit 1)(Dutko, Daniel) (Entered: 08/08/2022) |
| 09/30/2022 | 440 | NOTICE by Anthem Inc *of Withdrawal of Counsel (Sara Ann Brown Only)* (Brown, Sara) (Entered: 09/30/2022) |
| 10/04/2022 | 441 | MOTION to Withdraw as Attorney by Anthem Inc. (Attachments: # 1 Text of Proposed Order)(Brown, Sara) (Entered: 10/04/2022) |
| 10/04/2022 | 442 | ORDER granting 417 MOTION for Bill of Costs filed by Infectious Diseases Society of America. It is ORDERED that Defendant Infectious Diseases Society of America shall recover $43,940.06 in unobjected to costs from Plaintiffs. Signed by District Judge Robert W. Schroeder, III on 10/4/2022. (slo, ) (Entered: 10/04/2022) |
| 10/04/2022 | 443 | BILL OF COSTS. Costs Taxed in the amount of $43,940.06. (slo, ) (Entered: 10/04/2022) |
| 10/07/2022 | 444 | ORDER that the Settlement Agreements are APPROVED as to the minor Plaintiffs. It is further ORDERED that Plaintiffs' claims against the Settling Defendants are hereby DISMISSED WITH PREJUDICE, and each party shall bear its own costs and fees. Signed by District Judge Robert W. Schroeder, III on 10/7/2022. (slo, ) (Entered: 10/07/2022) |
| 10/07/2022 | 445 | FINAL JUDGMENT. It is ORDERED that the above-titled cause of action is DISMISSED WITH PREJUDICE, and with the exception of the Court's Order Granting Defendant IDSA's Motion for Entry of Its Bill of Costs (Docket No. 443), each party shall bear its own remaining costs and fees. All pending motions are DENIED-AS-MOOT. Signed by District Judge Robert W. Schroeder, III on 10/7/2022. (slo, ) (Entered: 10/07/2022) |
| 11/01/2022 | 446 | NOTICE OF APPEAL as to 442 Order,, Terminate Motions, 408 Sealed Order,, by Lana Barnes, Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard. Filing fee $ 505, receipt number ATXEDC-9206664. (Dutko, Daniel) (Entered: 11/01/2022) |
| 11/07/2022 | | |

| | | |
|---|---|---|
| | | NOTICE of Docketing Notice of Appeal from USCA re <u>446</u> Notice of Appeal, filed by Alarie Bowerman, Jane Powell, Brienna Reed, Allison Lynn Caruana, Rosetta Fuller, Gayle Clarke, John Valerio, Kristine Woodard, Jessica McKinnie, Lana Barnes, Lisa Torrey, Mike Peacher, Randy Sykes, Amy Hanneken, Carol Fisch, Kathryn Kocurek, Tawnya Dawn Smith, Chloe Lohmeyer, Adriana Monteiro Moreira. USCA Case Number 22-40728 (slo, ) (Entered: 11/07/2022) |
| 11/16/2022 | <u>447</u> | TRANSCRIPT REQUEST by Alarie Bowerman, Allison Lynn Caruana, Gayle Clarke, Carol Fisch, Rosetta Fuller, Amy Hanneken, Kathryn Kocurek, Chloe Lohmeyer, Jessica McKinnie, Adriana Monteiro Moreira, Mike Peacher, Jane Powell, Brienna Reed, Tawnya Dawn Smith, Randy Sykes, Lisa Torrey, John Valerio, Kristine Woodard (Dutko, Daniel) (Entered: 11/16/2022) |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LISA TORREY, *et al*., | § | CIVIL ACTION NO. 5:17-cv-00190-RWS |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| INFECTIOUS DISEASES SOCIETY OF | § | |
| AMERICA, *et al.*, | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, LISA TORREY, KATHRYN KOCUREK Individually and on behalf of the Estate of  J. DAVID KOCUREK, PH.D., AMY HANNEKEN, JANE POWELL, CAROL FISCH, JOHN VALERIO, Individually and as Next Friend of Christopher Valerio, RANDY SYKES, BRIENNA REED, ROSETTA FULLER, ADRIANA MONTEIRO MOREIRA, JESSICA MCKINNIE, KRISTINE WOODARD, GAYLE CLARKE, ALLISON LYNN CARUANA, CHLOE LOHMEYER, TAWNYA DAWN SMITH, Individually and as Next Friend of MONET PITRE, MIKE PEACHER, Individually and as Next Friend of ASHLEIGH PEACHER, ALARIE BOWERMAN, Individually and as Next Friend of ELISA BOWERMAN, EMORY BOWERMAN, and ANAIS BOWERMAN, on behalf of themselves, hereby appeal to the United States District Court of Appeals for the Fifth Circuit from the District Court's order (Docket No. 408), entered in this action on September 20, 2021, in which the District Court dismissed Plaintiffs' negligent and fraudulent misrepresentation claims with prejudice. Plaintiffs also appeal from the District Court's order (Docket No. 442), awarding bill of costs to Defendant.

Dated: November 1, 2022.

1

Respectfully submitted,

RUSTY HARDIN & ASSOCIATES, LLP

BY: */s/ Daniel R. Dutko*
DANIEL R. DUTKO
State Bar No. 24054206
RYAN HIGGINS
State Bar No. 24007362
1401 McKinney St., Suite 2250
Houston, Texas 77010
(713) 652-9000 phone
(713) 652-9800 fax
Email: ddukto@rustyhardin.com
Email: rhiggins@rustyhardin.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

Alvin Dunn
Michael A. Warley
PILLSBURY WINTHROP SHAW PITTMAN, LLP – WASHINGTON
1200 Seventeenth Street, NW
Washington, D.C. 20036
*-and-*
Ronald C. Low
PILLSBURY WINTHROP SHAW PITTMAN, LLP - AUSTIN
401 Congress Ave., Suite 1700
Austin, TX 78701
***Attorneys for Defendant Infectious Diseases Society of America***

*/s/ Daniel Dutko*
Daniel R. Dutko

22-40728.6508

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

LISA TORREY, *et al.*,

               Plaintiffs,

v.

INFECTIOUS DISEASES SOCIETY OF AMERICA, *et al.*,

               Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 5:17-CV-00190-RWS

**SEALED**

## ORDER

Before the Court are Defendant Infectious Diseases Society of America's ("IDSA") Motion to Dismiss Plaintiffs' Second Amended Complaint or, in the Alternative, to Strike Plaintiffs' New Misrepresentation Claims (Docket No. 355) and Motion to Dismiss or Strike Third Amended Complaint and Reply in Support of Motion to Dismiss or Strike Second Amended Complaint (Docket No. 363).[1, 2, 3]  The Court heard argument on the motions on April 23, 2021.  Docket No. 397.  The Court takes each motion in turn.

---

[1] At the time the motion was filed, several individual doctors were also defendants in the case and signed onto the motion, including Dr. Gary P. Wormser, Dr. Allen Steere, Dr. Raymond J. Dattwyler, Dr. John J. Halperin, Dr. Eugene Shapiro and Dr. Leonard Sigal (collectively, the "Doctors").  They have since been dismissed from the case.  Docket No. 396.

[2] Plaintiffs also sued the insurance providers Anthem, Inc., Blue Cross and Blue Shield of Texas, Aetna, Inc., Cigna Health and Life Insurance Company (sued as Cigna Corporation), Kaiser Foundation Health Plan, Inc. (sued as Kaiser Permanente, Inc.), United Healthcare Services, Inc., Unitedhealth Group Inc. and Blue Cross and Blue Shield Association (collectively, the "Insurance Defendants").  At this time, the suit against these parties has either been stayed for notice of settlement or dismissed.

[3] Defendant chose to combine its reply for its briefing on its motion to dismiss the Second Amended Complaint with its opening briefing to its motion to dismiss the Third Amended Complaint.  *See* Docket No. 363.

# BACKGROUND

Plaintiffs sued Defendant in November 2017.  Docket No. 1.  Since filing their Original Complaint, Plaintiffs have maintained the allegation that Defendant, the Doctors and the Insurance Defendants have engaged in a decades-long conspiracy to deny the existence and prevent treatment of chronic Lyme disease.  *Id.*  Plaintiffs alleged that doctors have known for a long time that while many patients who contract Lyme disease may be cured with short-term antibiotics, up to 40 percent of patients do not respond to short-term antibiotic treatment.  *Id.* ¶ 45.  These patients require long-term antibiotic treatment until the symptoms are resolved.  *Id.*  Though the Insurance Defendants initially provided coverage for long-term antibiotic treatment of Lyme disease, the health insurance industry made a concerted effort in the 1990's to deny coverage because long-term treatment was too expensive.  *Id.* ¶¶ 47–48.  The Insurance Defendants enlisted the help of doctors who were researching Lyme disease—the IDSA panelists—and paid them large fees to develop arbitrary guidelines for testing Lyme disease.  *Id.* ¶ 48.  Once these guidelines were established, the Insurance Defendants denied coverage for patients who did not meet the new stringent Lyme disease testing protocols and prevented Plaintiffs from obtaining the antibiotics needed to treat their Lyme disease.  *Id.* ¶ 49.

Plaintiffs filed an Amended Complaint on March 25, 2019, which continued to allege Racketeer Influenced and Corrupt Organization ("RICO") and antitrust violations.  Docket No. 186.  Plaintiffs filed a Second Amended Complaint on January 7, 2021, which added two new misrepresentation allegations.  Docket No. 352.  Defendant moved to dismiss the Second Amended Complaint—or, in the alternative, strike the new misrepresentation claims—on January 21, 2021.  Docket No. 355.  While that motion was briefing, Plaintiffs filed a Third Amended Complaint on February 4, 2021, which continued to allege RICO violations, antitrust violations and

misrepresentation. Docket No. 361. Plaintiffs have since filed a stipulation dismissing their RICO allegations (Docket No. 396), and the Court has since dismissed the antitrust allegations (Docket No. 407). Plaintiffs' misrepresentation claims are thus the only claims remaining in suit. Defendant has moved to dismiss or strike those claims. Docket No. 363.

## LEGAL STANDARD

For motions to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure, a court must assume that all well-pleaded facts are true and view those facts in the light most favorable to the plaintiff. *Bowlby v. City of Aberdeen, Miss.*, 681 F.3d 215, 219 (5th Cir. 2012). The Court may consider "the complaint, any documents attached to the complaint, and any documents attached to the motion to dismiss that are central to the claim and referenced by the complaint." *Lone Star Fund V (U.S.) L.P. v. Barclays Bank PLC*, 594 F.3d 383, 387 (5th Cir. 2010). The Court must then decide whether those facts state a claim that is plausible on its face. *Bowlby*, 681 F.3d at 219. The complaint need not contain detailed factual allegations, but a plaintiff must plead sufficient factual allegations to show that it is plausibly entitled to relief. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555–56, 570 (2007); *see also Ashcroft v. Iqbal*, 556 U.S. 662, 677–79 (2009) (discussing *Twombly* and applying *Twombly* generally to civil actions pleaded under Rule 8). "A claim has facial plausibility when the pleaded factual content allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* at 678 (quoting *Twombly*, 550 U.S. at 556).

22-40728.6410

## ANALYSIS

### I.     Motion to Dismiss Plaintiffs' Second Amended Complaint

Defendant moved to dismiss Plaintiffs' Second Amended Complaint.  As Plaintiffs have filed a Third Amended Complaint that superseded their Second Amended Complaint as the operative pleading in this matter, Defendant's motion (Docket No. 355) is **DENIED-AS-MOOT**.

### II.    Motion to Dismiss Plaintiffs' Third Amended Complaint

Defendant moved to dismiss Plaintiffs' Third Amended Complaint, requesting that the Court dismiss all claims with prejudice; or, in the alternative, strike Plaintiffs' misrepresentation claims with prejudice.  Docket No. 363.  Plaintiffs' RICO and antitrust allegations, however, have already been dismissed.  Docket Nos. 396, 407.  Defendant's motion (Docket No. 363) is thus **DENIED-IN-PART** as moot regarding the RICO and antitrust allegations.  The Court now addresses Defendant's motion to dismiss as to the remaining misrepresentation claims.

Defendant contends that Plaintiffs falsely claim that recent testimony caused them to add their new misrepresentation claims.  Docket No. 363 at 3.  One, Defendant asserts that while Plaintiffs claim they learned for the first time through recent depositions that "the guidelines provide false information, including false information about treatment failure" (Docket No. 362 at 1), Plaintiffs have in fact repeatedly alleged this in their Original and First Amended Complaints— both of which were filed before any depositions took place but did not contain misrepresentation allegations.  Docket No. 363 at 3 (citing Docket No. 1 ¶¶ 64, 74, 99; Docket No. 186 ¶¶ 85, 95, 98).  Two, Defendant asserts that Plaintiffs claim they learned for the first time through the recent depositions that "IDSA provides false information regarding the accuracy of testing for Lyme disease" and "that the two-tier test is completely inaccurate and fails to detect Lyme disease" (Docket No. 362 at 7), despite also repeatedly alleging this in their Original and First Amended

Complaints. Docket No. 363 at 4 (citing Docket No. 1 ¶¶ 95, 150; Docket No. 186 ¶¶ 89, 151). Three, Defendant asserts that Plaintiffs claim they did not learn until Defendant's Rule 30(b)(6) deposition that they needed to seek recovery for personal injuries and therefore would need to change their prior representations to this Court regarding the type of damages they sought. *Id.* (citing Docket No. 362 at 13–14). But, Defendant argues, Plaintiffs cannot claim to have learned from a November 2020 deposition that "IDSA takes the position that it is the 'leading medical authorities [sic]' " on Lyme disease because that statement is not from a recent deposition; rather, it is from a document that Plaintiffs themselves introduced as an exhibit at their deposition of Defendant. *Id.* at 4–5 (citing Docket No. 363-1).

Defendant also argues that judicial estoppel bars Plaintiffs from reversing their prior successful representations to the Court that they are not seeking recovery for personal injuries. *Id.* at 8. In the Fifth Circuit, judicial estoppel applies if (1) the party's position is "clearly inconsistent with the previous one," (2) the court "accepted the previous position" and (3) the inconsistency "must not have been inadvertent." *In re Superior Crewboats, Inc.*, 374 F.3d 330, 335 (5th Cir. 2004). Defendant asserts that Plaintiffs cannot explain their inconsistent positions on damages, as their explanation that they needed to depose Defendant to know what personal injuries they themselves suffered is baseless. *Id.* Defendant contends that Plaintiffs knew before taking its deposition that it takes the position that its members are the leading medical authorities on Lyme disease (*see, e.g.*, Docket No. 1 ¶¶ 111, 113, 74, 131; Docket No. 186 ¶¶ 101, 103, 72); knew enough to allege that doctors may rely on the IDSA Guidelines when diagnosing and treating Lyme disease (*see, e.g.*, Docket No. 1 ¶ 122; Docket No. 186 ¶ 115); and knew enough to allege that Defendant's false Lyme disease guidelines caused Plaintiffs to suffer personal injuries (*see* Docket No. 1 ¶¶ 101, 132–140). Docket No. 363 at 8–9. Defendant asserts that "[b]y not disclosing their

personal injury claim . . . [Plaintiffs'] motivation for concealment is self-evident because of the 'potential financial benefit resulting from the nondisclosure.' " *Id.* at 9 (citing *Allen v. C & H Distribs., L.L.C.*, 813 F.3d 566, 574 (5th Cir. 2015)). Defendant contends that by denying they were seeking personal injuries earlier, Plaintiffs sought to potentially treble their damages by keeping their RICO and antitrust claims alive. *Id.* Defendant argues that Plaintiffs cannot reap a reward for tactical delay by seeking to add—after the close of fact discovery—claims for relief that they could have asserted in their Original Complaint. *Id.*

Defendant next argues that state law does not support Plaintiffs' misrepresentation claims. First, Defendant argues that Plaintiffs fail to establish which state's law governs their misrepresentation claims—which warrants dismissal of their claims. *Id.* at 11 (citing *Enigma Holdings, Inc. v. Gemplus Int'l S.A.*, No. 3:05-CV-1168-B, 2006 WL 2859369, at *7 (N.D. Tex. Oct. 6, 2006); *Corder v. BBG Commc'ns, Inc.*, No. CIV.A. W-11-CA-00264, 2012 WL 3843714, at *9 (W.D. Tex. July 30, 2012)). Second, Defendant argues that, regardless of which state's law applies,[4] Plaintiffs cannot recover for the alleged misrepresentations in the IDSA Guidelines, as the statements are medical opinions and not factual representations. *Id.* at 12 (citing *Paul v.*

---

[4] Defendant argues that Texas choice of law rules apply and that Texas courts use the most significant relationship choice-of-law analysis, which is a four-factor test for misrepresentation claims: (1) the place "plaintiff acted in reliance upon the defendant's representations," (2) the "place where plaintiff received the representations," (3) the "place where defendant made the representations" and (4) the domicile of the parties. Docket No. 363 at 11 (citing *Vanderbilt Mortg. & Fin., Inc. v. Posey*, 146 S.W.3d 302, 315 (Tex. App. 2004)). Under this analysis, Defendant argues that Virginia law applies because the pled facts contain no information as to any of the four factors except the place Defendant is located and published the guidelines—*i.e.*, Virginia. *Id.* at 12. Plaintiffs argue that the most significant relationships test does not apply because the Court is not exercising diversity jurisdiction. Docket No. 370 at 11 (citing *Jackson v. W. Telemktg. Corp. Outbound*, 245 F.3d 518, 522 (5th Cir. 2001); *Brown v. Cities Serv. Oil Co.*, 733 F.2d 1156, 1159 (5th Cir. 1984)). Plaintiffs contend that if Texas law does not apply, then New York law applies to their misrepresentation claims. *Id.* Plaintiffs assert that the most important factor for the Court to consider is "the place where the conduct causing the injury occurred." *Id.* at 12 (quoting *Access Telecom, Inc. v. MCI Telecommunic'ns Corp.*, 197 F.3d 694, 705 (5th Cir. 1999)). Plaintiffs argue that the authors of the IDSA Guidelines live and work in New York. *Id.* Defendant replies to that analysis that Plaintiffs' misrepresentation claims are against Defendant only—not the Doctors—thus, to the extent that place of business matters, it is where Defendant conducts its business. Docket No. 383 at 7. Further, Defendant points out that New York is only the residence or workplace of two out of the 20 total authors for the IDSA Guidelines. *Id.*

*Capital Res. Mgmt., Inc.*, 987 S.W.2d 214, 219 (Tex. App. 1999); *Klaiber v. Freemason Assocs., Inc.*, 587 S.E.2d 555, 558 (Va. 2003)). Defendant asserts that there is no misrepresentation when "there [is] a legitimate difference of opinion among learned experts" regarding medical treatments. *Id.* at 13 (citing *Weidner v. Marlin*, No. 04-96-00160-CV, 1997 Tex. App. LEXIS 4875, at *27–28 (Tex. App. 1997)). Defendant contends that Plaintiffs' doctors—the persons Plaintiffs allege were the recipients of the IDSA Guidelines—were equally capable of reviewing the studies and papers cited as the basis for the opinions expressed in the IDSA Guidelines, and when "the information forming the basis for [Defendant]'s opinions was equally available to both . . . [the] statements are not actionable misrepresentations." *Id.* (citing *Paul*, 987 S.W.2d at 219–20; *Am. Sch. of Magnetic Healing v. McAnnulty*, 187 U.S. 94, 105 (1902)). Defendant contends that Plaintiffs only cite other studies or statements that have reached different conclusions or formed different opinions than the IDSA Guidelines, but Plaintiffs do not allege that the studies cited by the IDSA Guidelines do not contain the findings described therein. *Id.* at 14 (citing *United States ex rel. Morton v. A Plus Benefits, Inc.*, 139 F. App'x 980, 983 (10th Cir. 2005)).

Defendant further contends that no matter which state's law applies, the IDSA Guidelines refute Plaintiffs' allegations of falsity. *Id.* Defendant asserts that it is axiomatic that to prove a claim for misrepresentation Plaintiffs must plead that the statements at issue were actually false. *Id.* (citing *Trenholm v. Ratcliff*, 646 S.W.2d 927, 930 (Tex. 1983); *R&M Mixed Beverage Consultants, Inc. v. Safe Harbor Benefits, Inc.*, 578 S.W.3d 218, 239 n.11 (Tex. App. 2019)). Defendant contends that the failure to plead that the IDSA Guidelines contain alleged false statements of fact is another deficiency that dooms both of Plaintiffs' misrepresentation claims. *Id.* at 15. Defendant asserts that while Plaintiffs claim that the IDSA Guidelines "specifically state there is absolutely no treatment failure for Lyme disease" (Docket No. 362 at 5; Docket No. 361

¶ 193), the IDSA Guidelines without question recognize that initial treatment might fail. Docket No. 363 at 15 (citing Docket No. 363-2 at 1112). Defendant also asserts that the Doctors explained at their depositions that the IDSA Guidelines recognize treatment failure. *Id.* at 15, 15 n.9 (citing Docket No. 363-3 at 36:17–19, 37:11–19). Defendant asserts that while Plaintiffs also claim that "[t]he IDSA tells doctors that the only way to determine whether a patient has Lyme disease is the two-tier serologic test" (Docket No. 362 at 7), the IDSA Guidelines do not require a positive result for the standard two-tier test to diagnose early Lyme disease. Docket No. 363 at 16 (citing Docket No. 363-2 at 1101). Defendant contends that Plaintiffs improperly seek to oversimplify a complex question in order to allege misrepresentation. *Id.* at 16–17 (citing *Lone Star*, 594 F.3d at 388).

Defendant then argues that Plaintiffs fail to allege sufficient details to state claims for misrepresentation under Virginia law and Rule 9(b). *Id.* at 17. Defendant argues that because both of Plaintiffs' new misrepresentation claims are based on the same set of facts, they are subject to the heightened pleading standard in Rule 9(b). *Id.* (citing *Lone Star*, 594 F.3d at 387 n.3 ("Rule 9(b) does apply . . . when 'fraud and negligent misrepresentation claims are based on the same set of of alleged facts.' ")). But, Defendant argues, Plaintiffs plead only conclusory allegations and set forth no specific explanation of how each Plaintiff was harmed by a misrepresentation of fact contained in the IDSA Guidelines; no allegation of when and where those alleged misrepresentations occurred; no details in the allegations of which doctors relied on the IDSA Guidelines; no details in the allegations of whether a doctor's reliance overrode their own judgment and actually caused the alleged injury; no details in the allegations of how the doctors first read the IDSA Guidelines; and no allegations of when and where those doctors made decisions that caused Plaintiffs' alleged harm. *Id.* at 18–19.

Defendant finally argues that while Plaintiffs assert that they can recover under Restatement (Second) Torts §§ 310–11 because they were treated by some doctors who, in turn, allegedly relied at least in part on the IDSA Guidelines, no state law supports this.  Defendant argues that even under the Restatement, Plaintiffs have failed to plead viable claims.  *Id.* at 20 (citing Restatement (Second) Torts § 311, cmt a (explaining the provision applies in cases of "the professional duty of a physician to give correct information as to the character of the disease from which his patient is suffering")).  Virginia would not recognize Plaintiffs' claim for derivative reliance because Defendant had no special relationship with Plaintiffs.  *Id.* at 19 (citing *Nasser v. Parker*, 249 Va. 172, 176 (1995)).  "Texas courts have not explicitly adopted § 311."  *Id.* at 20 (quoting *Butler v. Juno Therapeutics, Inc.*, No. H-18-898, 2019 WL 2568477, *24 (S.D. Tex. June 21, 2019)).  And under New York law, Defendant contends that Plaintiffs' misrepresentation claims fare no better, as Plaintiffs do not allege any connection or relationship between themselves and Defendant.  *Id.*  Defendant further asserts that Plaintiffs do not allege that they personally relied on the IDSA Guidelines to their detriment.  *Id.*  Indeed, Defendant points out, Plaintiffs plead that they did not rely on the IDSA Guidelines but instead sought treatment outside the IDSA Guidelines.  *Id.*  And Defendant contends that the cases Plaintiff's cite are inapposite, as they rely on a direct relationship between plaintiffs and the defendant medical societies—such as an actual regulatory body or a direct recommendation similar to an actual doctor-patient relationship.  But, Defendant asserts, Plaintiffs do not and cannot allege that Defendant has such a relationship with them.  *Id.* at 21 (citing *Snyder v. Am. Ass'n of Blood Banks*, 144 N.J. 269, 296 (1996); *In re Factor VIII or IX Concentrate Blood Prod. Litig.*, 25 F. Supp. 2d 837, 846 (N.D. Ill. 1998)).

Plaintiffs first respond that recent testimony of Defendant confirmed that it is liable for misrepresentations involving risk of physical harm as set forth in the Second Restatement of Torts

and under Texas law. Docket No. 370 at 6 (citing Restatement (Second) of Torts § 311 (1965); *D.S.A., Inc. v. Hillsboro Indep. Sch. Dist.*, 973 S.W.2d 662, 664 (Tex. 1998); Texas Pattern Jury Instruction 105.19). Plaintiffs argue that new testimony established that Defendant provides false information regarding treatment failure and false information regarding the accuracy of testing for Lyme disease. *Id.* at 6–8 (citing Docket No. 370-1 at 36:11–13; Docket No. 370-2 at 34:3–4, 36:19–25, 42:4–19, 49:16–19; Docket No. 370-6 at 110:1–5).

Plaintiffs next respond that Defendant failed to establish any of the elements of judicial estoppel. *Id.* at 9. Plaintiffs argue that they previously took the position they were not seeking personal injury damages for their RICO claim (*see* Docket No. 60 at 8) and are still not seeking personal injury damages for their RICO claims; instead, they are seeking personal injury damages under a new cause of action—so there is no inconsistency in their prior and current positions. Docket No. 370 at 10. Plaintiffs also argue that Defendant failed to show that Plaintiffs were previously aware of the facts related to the misrepresentations made by Defendant. *Id.*

Plaintiffs also respond that the pleading requirement here is governed by federal law, and Plaintiffs' negligent misrepresentation claims should be decided by Rule 8(a). *Id.* at 13 (citing *Am. Realty Tr., Inc. v. Hamilton Lane Advisors, Inc.*, 115 Fed. Appx. 662, 668–69 (5th Cir. 2004)). Plaintiffs argue that Defendant did not contest that Plaintiffs satisfy Rule 8(a). *Id.* at 14. Plaintiffs further argue that their claim for fraudulent misrepresentation meets the Rule 9(b) pleading requirements: the Third Amended Complaint specifically sets forth the fraudulent statements (*i.e.*, there is no treatment failure and two-tier testing is accurate); identifies the speaker (*i.e.*, Defendant); states when and where the statements were made (*i.e.*, in the 2000 and 2006 IDSA Guidelines); and explains why the statements were fraudulent (*i.e.*, there is treatment failure and the tests are inaccurate). *Id.* at 14–15 (citing Docket No. 361 at 52–60; *Herrmann Holdings Ltd.*

*v. Lucent Techs. Inc.*, 302 F.3d 552, 564–65 (5th Cir. 2002); *Williams v. WMX Techs., Inc.*, 112 F.3d 175 (5th Cir. 1997)).

Plaintiffs then respond that Defendant failed to provide any law supporting its claim that Plaintiffs' misrepresentation claims are improper. *Id.* at 15. Plaintiffs argue that medical societies can be held liable for disseminating false and dangerous information. *Id.* at 15–16 (citing Restatement (Second) of Torts § 311; *Blood Prods.*, 25 F. Supp. 2d 837; *Snyder*, 676 A.2d at 1048–50, 1055; *Weigand v. Univ. Hosp. of N.Y. Univ. Med. Ctr.*, 659 N.Y.S.2d 395, 398–401 (Sup. Ct. 1997)).

Under any state law that the parties debate, Plaintiffs' claims fail. To sustain either claim for misrepresentation, Plaintiffs must plead that the representations are factual statements, that the statements are false and that Plaintiffs detrimentally relied on those misrepresentations of fact. *Trenholm*, 646 S.W.2d at 930; *R&M Mixed Beverage Consultants*, 578 S.W.3d at 239 n.11. Plaintiffs, however, fail to plead any false statements.

In the Third Amended Complaint, Plaintiffs plead that "[e]ven though the IDSA knows there is treatment failure, the 2006 guidelines specifically state there is absolutely no treatment failure for Lyme disease" (Docket No. 361 ¶ 181), and "the IDSA provides false information regarding the accuracy of testing for Lyme disease. The IDSA tells doctors that the only way to determine whether a patient has Lyme disease is the two-tier serologic test . . . [but t]he testimony of the IDSA and the IDSA doctors establishes that the two-tier test is completely inaccurate and fails to detect Lyme disease" (*id.* ¶¶ 186, 187). *See also id.* ¶¶ 193, 198 (same). While standing alone the pled statements may support Plaintiffs' claims, the identified statements are isolated portions of complex documents and reading the IDSA Guidelines in their entirety undermines Plaintiffs' pleadings. *Cf. Lone Star*, 594 F.3d at 388; *see also id.* at 387 (allowing a court to

consider "any documents attached to the complaint[] and any documents attached to the motion to dismiss that are central to the claim and referenced by the complaint."). The IDSA Guidelines state "[n]ot all patients with Lyme arthritis respond to 2–4 week courses of oral or intravenous antibiotic therapy." *See e.g.*, Docket No. 373-3 at 1112. As to the testing requirement, the IDSA Guidelines state that "[s]erologic testing is too insensitive in the acute phase (the first 2 weeks of infection) to be helpful diagnostically. Patients should be treated on the basis of clinical findings." *See e.g.*, *id.* at 1101.

Indeed, the statements in the IDSA Guidelines are not the type of statements that Plaintiffs can recover for based on misrepresentation, as they are medical opinions, not factual representations. The IDSA Guidelines set forth explanations of medical research, experiments and knowledge based on citations to other published studies and clinical trials, not naked assertions of fact. *See generally* Docket Nos. 373-3, 373-7; *see also* Docket No. 373-3 at 1 ("It is important to realize that guidelines cannot always account for individual variation among patients. They are not intended to supplant physician judgment with respect to particular patients or special clinical situations. The Infectious Diseases Society of America considers adherence to these guidelines to be voluntary, with the ultimate determination regarding their application to be made by the physician in the light of each patient's individual circumstances."). And where there is a legitimate difference of opinion on medical treatments among experts, there is no false representation of a material fact. *See McAnnulty*, 187 U.S. at 105 ("[T]he effectiveness of almost any particular method of treatment of disease is, to a more or less extent, a fruitful source of difference of opinion."); *A Plus Benefits*, 139 F. App'x at 983 ("Expressions of opinion, scientific judgments, or statements as to conclusions about which reasonable minds may differ cannot be false."); *Weidner*, 1997 Tex. App. LEXIS 4875, at *27–28 (finding no evidence of false representation of

22-40728.6419

a material fact when there was a legitimate difference of opinion among experts regarding the risk of medical treatments.). At best, Plaintiffs cite other studies or statements that have reached different conclusions or formed different opinions than those expressed in the IDSA Guidelines. *See McAnnulty*, 187 U.S. at 106 ("[D]ifferent schools of medicine have their followers, and many who believe in the one will pronounce the other wholly devoid of merit. But there is no precise standard by which to measure the claims of either."). But Plaintiffs do not allege that the studies cited by the IDSA Guidelines do not contain the findings described therein. Moreover, when "the information forming the basis for [Defendant]'s opinions was equally available to both . . . [the] statements are not actionable misrepresentations." *Paul*, 987 S.W.2d at 219–20. Here, Plaintiffs' doctors were equally capable of reviewing the studies and papers cited as the basis for the opinions expressed in the IDSA Guidelines. Thus, the statements pled here are not actionable.[5]

As Plaintiffs have not pled claims for relief that are plausible on their face, Defendant's second motion to dismiss (Docket No. 363) is **GRANTED-IN-PART** as to Plaintiffs' negligent and fraudulent misrepresentation claims.

\* \* \*

For the reasons set forth above, Defendant's first motion to dismiss (Docket No. 355) is **DENIED-AS-MOOT** and second motion to dismiss (Docket No. 363) is **GRANTED-IN-PART** and **DENIED-IN-PART** as moot. It is

**ORDERED** that Plaintiffs' negligent and fraudulent misrepresentation claims are **DISMISSED WITH PREJUDICE**. It is further

---

[5] While Plaintiffs argue that medical associations can be held liable, the cases they cite are distinguishable from the allegations in suit here. *Weigand* and *Snyder* did not involve misrepresentation claims; rather, the allegations involved negligence in promulgating binding standards on blood banking organizations. *Weigand*, 659 N.Y.S.2d at 396; *Snyder*, 676 A.2d at 1038. *Blood Products* did include a negligent misrepresentation claim, but it involved direct reliance by the plaintiffs. 25 F. Supp.2d at 839–40.

ORDERED that within seven (7) days of the issuance of this order, the parties shall jointly submit a proposed redacted version of this sealed order so that a public version can be made available.

So ORDERED and SIGNED this 20th day of September, 2021.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| LISA TORREY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  5:17-CV-00190-RWS |
| | § | |
| INFECTIOUS DISEASES SOCIETY OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the Court is Defendant Infectious Diseases Society of America's ("Defendant")

Unopposed Motion for Entry of Its Bill of Costs.  Docket No. 417.  For the reasons stated below,

the motion is hereby **GRANTED**.  Under Federal Rule of Civil Procedure 54(d)(1), costs—other

than attorney's fees—should generally be awarded to the prevailing party.  FED. R. CIV. P. 54(d)(1).

Title 28 U.S.C. § 1920 defines the term "costs" as used in Rule 54(d)(1).  *Crawford Fitting Co. v.*

*J.T. Gibbons, Inc.*, 482 U.S. 437, 441 (1987).  Under Section 1920, a district court may award the

following "costs":

    (1) Fees of the clerk and marshal;
    (2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
    (3) Fees and disbursements for printing and witnesses;
    (4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
    (5) Docket fees under section 1923 of Title 28; and
    (6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of Title 28.

28 U.S.C. § 1920.  While a district court may decline to award costs listed in the statute, it may

not award costs omitted from the statute.  *Core Wireless Licensing S.a.r.l. v. LG Elecs., Inc.*, No.

2:14-CV-00912-JRG, 2020 WL 1557492, at *2 (E.D. Tex. Apr. 1, 2020) (citing *Crawford Fitting Co.*, 482 U.S. at 441–43). In any event, "Rule 54(d)(1) contains a strong presumption that the prevailing party will be awarded costs." *Pacheco v. Mineta*, 448 F.3d 783, 793 (5th Cir. 2006) (citing *Schwarz v. Folloder*, 767 F.2d 125, 131 (5th Cir. 1985)).

Here, Defendant requests the following recoverable costs: fees of the clerk ($300.00), fees for recorded transcripts necessarily obtained for use in the case ($32,297.76), fees for the costs of making copies of materials necessarily obtained for use in the case ($387.30) and compensation of a court appointed medical examiner ($10,955.00). *Id.* at 2–3. Plaintiffs do not oppose Defendant's motion. Docket No. 419. Accordingly, it is

**ORDERED** that Defendant Infectious Diseases Society of America shall recover $43,940.06 in unobjected to costs from Plaintiffs.

**So ORDERED and SIGNED this 4th day of October, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Lisa Torrey, et al. | ) | |
| | ) | |
| v. | ) | Case No.: 5:17-CV-00190-RWS |
| Infectious Diseases Society of America, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  9/01/21 and 09/20/21  against   Plaintiffs                        ,
the Clerk is requested to tax the following as costs:
Date

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 300.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 32,297.76 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 387.30 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 10,955.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| | TOTAL    $ | 43,940.06 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]    Electronic service                [ ]    First class mail, postage prepaid

[ ]    Other: _____

s/ Attorney:      /s Alvin Dunn _____

Name of Attorney:  Alvin Dunn _____

For:              Infectious Diseases of Society of America              Date:     01/05/2022
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of        **$43,940.06**                and included in the judgment.

David A. O'Toole                    By:   S. Olive                      **10/4/22**
*Clerk of Court*                          *Deputy Clerk*                    *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| LISA TORREY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  5:17-CV-00190-RWS |
| | § | |
| INFECTIOUS  DISEASES  SOCIETY  OF AMERICA, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the parties' Joint Stipulation of Dismissal Concerning Infectious Diseases Society of America ("IDSA") and the Doctors[1] (Docket No. 396) and the Court's order approving the minor Plaintiffs' settlement agreements and granting the parties' Joint Requests to Dismiss Plaintiffs' Claims Against the Settling Defendants with Prejudice[2] (Docket Nos. 420–24), the Court hereby enters Final Judgment.  Accordingly, it is

**ORDERED** that the above-titled cause of action is **DISMISSED WITH PREJUDICE**, and with the exception of the Court's Order Granting Defendant IDSA's Motion for Entry of Its

---

[1] The parties stipulate that (1) all Plaintiffs' claims against Defendants Raymond J. Dattwyler, John J. Halperin, Eugene D. Shapiro, Leonard H. Sigal, Allen C. Steere and Gary P. Wormser (collectively, the "Doctors") and (2) Plaintiffs' Racketeer Influenced and Corrupt Organizations Act ("RICO") claims against both IDSA and the Doctors are dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Docket No. 396.  Having reviewed the parties' stipulation, the stipulation is hereby accepted by the Court.

[2] The "Settling Defendants" include (1) Aetna, Inc. ("Aetna"); (2) Anthem, Inc. ("Anthem"); (3) Kaiser Foundation Health Plan, Inc. (named in this matter as Kaiser Permanente, Inc.) ("Kaiser"); (4) Blue Cross and Blue Shield Association (BCBSA); (5) Cigna Health and Life Insurance Company (named in this matter as Cigna Corporation) ("Cigna"); (6) Blue Cross and Blue Shield of Texas ("BCBSTX"); and (7) United Healthcare Services, Inc. and United Healthcare Group Incorporated (collectively "United").

Bill of Costs (Docket No. 443), each party shall bear its own remaining costs and fees.  All pending

motions are **DENIED-AS-MOOT**.[3]

      The Clerk of the Court is directed to close the case.

      It is so **ORDERED**.

      **SIGNED this 7th day of October, 2022.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[3] Plaintiffs' Third Amended Complaint alleged four counts of RICO violations and one count of antitrust violations against IDSA, the Doctors and the Settling Defendants.  *See generally*, Docket No. 377.  Plaintiffs further pleaded two misrepresentation claims against only IDSA.  *Id.*  Plaintiffs' antitrust and misrepresentation claims against IDSA were previously dismissed with prejudice.  Docket Nos. 407, 408.  Accordingly, the Court finds that all Plaintiffs' claims have been dismissed with prejudice.